## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## WHEELING DIVISION

MARK McEVOY, *et al.*,

        Plaintiffs,

v().                                                    Civil Action No. 5:22-cv-00171-JPB
                                                        Judge John P. Bailey

DIVERSIFIED ENERGY COMPANY, PLC, *et al.*,

        Defendants.

### AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c) and Federal Rule of Evidence 502, the Parties here, by and through their undersigned attorneys, respectfully requests that this Court enter the proposed protective order (the "Protective Order") attached as Exhibit A hereto.

**I.    STATEMENT OF ISSUE TO BE RULED ON**

This Motion for Entry of Protective Order asks the Court to enter an Order protecting the confidentiality of materials produced by the parties over the course of this litigation, pursuant to Federal Rule of Civil Procedure 26(c). "A party or any person from whom discovery is sought may move for a protective order in the court where the action is pending." Fed. R. Civ. P. 26(c). The Court has significant discretion to enter a protective order under Rule 26(c). *See Harris v. Amoco Prod. Co.*, 768 F.2d 669, 684 (5th Cir. 1985).

**II.    ARGUMENT**

The proposed Protective Order attached as Exhibit A should be entered because the parties agree that it is necessary to protect certain confidential information likely to be disclosed in this civil action. The proposed Protective Order contains procedures for the designation of and

treatment of commercially and competitively sensitive information, as well as confidential attorney products and communications, to ensure such information remains confidential.

### III. CONCLUSION

For the reasons stated above, the Parties respectfully request that this Court enter the proposed agreed to Protective Order attached hereto as Exhibit A.

Respectfully submitted,

| | |
|---|---|
| | */s/Athanasios Basdekis*_____ |
| J. Michael Becher (WVSB No. 10588) | Brian A. Glasser, Esq. (WVSB No. 6597) |
| Joseph M. Lovett (WVSB No. 6926) | John W. Barrett, Esq. (WVSB No. 7289) |
| Isak Howell (WVSB No. 11558) | Brian R. Swiger (WVSB No. 5872) |
| Benjamin Luckett (WVSB No. 11463) | Athanasios Basdekis (WVSB No. 9832) |
| APPALACHIAN MOUNTAIN | William S. Flynn (WVSB No, 13947) |
| ADVOCATES | Panida Anderson admitted pro hac vice |
| P.O. Box 507 | BAILEY & GLASSER, LLP |
| Lewisburg, WV 24901 | 209 Capitol Street |
| (304) 645-9006 | Charleston, West Virginia 25301 |
| jlovett@appalmad.org | (304) 345-6555 (phone) |
| mbecher@appalmad.org | (304) 342-1110 (fax) |
| ihowell@appalmad.org | bglasser@baileyglasser.com |
| bluckett@appalmad.org | jbarrett@baileyglasser.com |
| | bswiger@baileyglasser.com |
| | tbasdekis@baileyglasser.com |
| | wflynn@baileyglasser.com |
| | panderson@baileyglasser.com |

***Counsel for Plaintiffs and Proposed Class***

*/s/ Jennifer J. Hicks*

| | |
|---|---|
| Jennifer J. Hicks, Esquire (WVSB #11423) | Anna Rotman, P.C. (*pro hac vice*) |
| Tiffany M. Arbaugh, Esquire (WVSB #9982) | Nick Brown (*pro hac vice*) |
| BABST, CALLAND, CLEMENTS AND ZOMNIR, P.C. | KIRKLAND & ELLIS LLP |
| 300 Summers Street, Suite 1000 | 609 Main Street |
| Charleston, WV 25301 | Houston, TX 77002 |
| Phone: (681) 205-8888 | Phone: (713) 836-3600 |
| Fax:    (681) 205-8814 | Fax:    (713) 836-3601 |
| Email: jhicks@babstcalland.com | Email: anna.rotman@kirkland.com |
|            tarbaugh@babstcalland.com |            nick.brown@kirkland.com |

Mark K. Dausch, Esquire (WVSB #11655)
BABST, CALLAND, CLEMENTS AND ZOMNIR, P.C.
603 Stanwix Street
Pittsburgh, PA  15222
Phone: (412) 394-5655
Fax:    (412) 394-6579
Email: mdausch@babst.calland.com

*Counsel for Defendants EQT Production Company, EQT Production HTW, LLC, EQT Energy, LLC, EQT Investment Holdings, LLC, EQT Gathering, LLC, EQM Midstream Partners LP, EQT Midstream Partners LP, EQT GP Holdings, LP, and EQT Corporation*

*/s/ Howard M. Persinger, III*

| | |
|---|---|
| Howard M. Persinger, III | Daniel Donovan, P.C. (admitted *pro hac vice*) |
| PERSINGER & PERSINGER, L.C. | Ragan Naresh, P.C. (admitted *pro hac vice*) |
| 237 Capitol Street | KIRKLAND & ELLIS LLP |
| Charleston, WV 25301 | 1301 Pennsylvania Avenue, N.W. |
| Phone: (304) 346-9333 | Washington, D.C. 20004 |
| Fax:    (304) 346-90337 | Phone: 202) 389-5267 |
| Email: hmp3@persingerlaw.com | Fax:    (202) 389-5200 |
| | Email: daniel.donovan@kirkland.com |
| | ragan.naresh@kirkland.com |

Kenneth Young (admitted *pro hac vice*)
Dustin Womack (admitted *pro h ac vice*)
KIRKLAND & ELLIS LLP
609 Main Street
Houston, TX 77002
Phone: (713) 836-3600
Fax:    (713) 836-3601
Email: kenneth.young@kirkland.com
           dustin.womack@kirkland.com

***Counsel for Defendants Diversified Energy Company PLC, Diversified Gas & Oil, PLC, Diversified Production LLC, Diversified Gas & Oil Corporation, Diversified Oil and Gas LLC, and Alliance Petroleum Corporation***

4