IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

MARK MCEVOY, et al., individually and
on behalf of a proposed class,

                    Plaintiffs,

                                                                   Civil Action No. 5:22-cv-171
v.                                                    The Honorable John P. Bailey

DIVERSIFIED ENERGY COMPANY PLC,
et al.,

                    Defendants.

**STIPULATION OF DISMISSAL OF DEFENDANTS
EQM MIDSTREAM PARTNERS LP, F/K/A EQT MIDSTREAM PARTNERS, AND
EQGP HOLDINGS LP F/K/A EQT GP HOLDINGS, LP PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

      Pursuant to FRCP 41(a)(1)(A)(ii), all Parties to this action hereby stipulate to the dismissal of the claims by Plaintiffs against EQM Midstream Partners, LP f/k/a EQT Midstream Partners, LP and EQGP Holdings LP, f/k/a EQT GP Holdings, LP.  The Parties further stipulate that Plaintiffs have not previously dismissed any federal- or state-court suit based on or including the same claims or same parties as those presented in this case and that dismissal should be without prejudice.

**Dated: January 13, 2023**                                                                           **Agreed by:**

/s/ J. Michael Becher
J. Michael Becher, Esq. (WVSB #10588)
Joseph M. Lovett, Esq. (WVSB #6926)

Appalachian Mountain Advocates
P.O. Box 507 Lewisburg, WV 24901
Telephone: (304) 645-9006
Email: jlovett@appalmad.org
Email: mbecher@appalmad.org

Brian A. Glasser, Esq. (WVSB#6597)
John W. Barrett, Esq. (WVSB#7289)
**BAILEY & GLASSER, LLP**
209 Capitol Street
Charleston, West Virginia 25301
Telephone: (304) 345-6555
Facsimile:  (304) 342-1110
Email:
Bglasser@baileyglasser.com
Email:
Jbarrett@baileyglasser.com

*Attorneys for Plaintiffs and Proposed Class*

*/s/ Jennifer J. Hicks*
Jennifer J. Hicks (WVSB #11423)
**BABST, GALLAND, CLEMENTS & ZOMNIR, P.C.**
300 Summers Street, Suite 1000
Charleston, WV 25301
Telephone: (681) 205-8888
Facsimile:  (681) 205-8814
Email: jhicks@babstcalland.com

Mark K. Dausch (WVSB #11655)
**BABST, GALLAND, CLEMENTS & ZOMNIR, P.C.**
Two Gateway Center, 6th Floor
603 Stanwix Street
Pittsburgh, PA 15222
Telephone: (412) 394-5655
Email: mdausch@babstcalland.com

*Counsel for EQT Production Company;*
*EQT Production HTW, LLC; EQT Energy, LLC;*

*EQT Investment Holdings, LLC; EQT Gathering, LLC; EQM Midstream Partners LP; EQT Midstream Partners LP; EQT GP Holdings, LP; and EQT Corporation.*

/s/ Daniel T. Donovan
**Daniel T. Donovan**
Kirkland & Ellis, LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 389-5000
Fax: (202) 654-9586
Email: daniel.donovan@kirkland.com

**Howard M. Persinger,** III (WVSB #6943)
**PERSINGER & PERSINGER, L.C.**
237 Capitol Street
Charleston, WV 25301
Telephone: (304) 346-9333
Facsimile: (304) 346-933 7
Email: hmp3@persingerlaw.com

*Counsel for Defendants Diversified Energy Company, PLC; Diversified Gas & Oil, PLC; Diversified Production LLC; Diversified Gas & Oil Corporation; Diversified Oil and Gas LLC; and Alliance Petroleum Corporation.*

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

MARK MCEVOY, et al., individually and
on behalf of a proposed class,

        Plaintiffs,

                                            Civil Action No. 5:22-cv-171
v.                                          The Honorable John P. Bailey

DIVERSIFIED ENERGY COMPANY PLC,
et al.,

        Defendants.

**CERTIFCATE OF SERVICE**

    I, J. Michael Becher, hereby certify that on January 13, 2023, I caused to be filed the foregoing with the Clerk of the Court using the CM/ECF System, which caused a true and accurate copy of such filing to be served upon all attorneys of record.

                                                        /s/ J. Michael Becher