IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

MARK McEVOY, JAMES TAWNEY,
SUSAN TAWNEY, SAMUEL STARK,
SUSAN DENNISON, MARK GOFF,
CAROL DELROSSO, GEORGE
DELROSSE, individually and on behalf
of a proposed class, SCOTT CORCORAN,
JENNIFER TANNER, CLINTON AND
CANDACE DRAINER IRREVOCABLE TRUST,
JEFFREY L. SALTIS, KATHY JOHNSON,
EBEN FRITTS, BENJAMIN PATTERSON,
CHAD SILVERSTER, REGINA COLLETTE,
JACOB COLLETTE, JOAN MEDLEY,
CHRISTINE COCHRAN, MINERVA EVANS,
MICHELLE SILVESTER, EBEN FRITTS, III,
LANE EVANS, KELLIE D. SALTIS,
MAYNARD TANNER, HEIDI DEEM, and
GARY WENTZ,

      Plaintiffs,

    v.                **CIVIL ACTION NO. 5:22-CV-171**
                       Judge Bailey

DIVERSIFIED ENERGY COMPANY PLC,
DIVERSIFIED GAS & OIL, PLC,
DIVERSIFIED PRODUCTION, LLC,
DIVERSIFIED GAS & OIL CORPORATION,
DIVERSIFIED OIL AND GAS LLC,
ALLIANCE PETROLEUM CORPORATION,
EQT PRODUCTION COMPANY,
EQT PRODUCTION HTW, LLC,
EQT ENERGY LLC,
EQT INVESTMENT HOLDINGS, LLC,
EQT GATHERING, LLC, and
EQT CORPORATION,

      Defendants.

## ORDER OF REFERRAL

The above-styled matter came before this Court for consideration of Plaintiffs' Motion to Compel Production of Documents from EQT [Doc. 115]; Plaintiffs' Motion to Compel Production of Documents from Diversified [Doc. 117]; and Diversified Defendants' Motion to Compel [Doc. 120]. Accordingly, this Court now **ORDERS** that, pursuant to 28 U.S.C. § 636(b)(1)(A), this matter is now **REFERRED** to Magistrate Judge James P. Mazzone, who is hereby designated and authorized to consider the record and do all things proper to decide this Motion and all other discovery matters. The magistrate judge may, without limitation, conduct a hearing on the Motion if necessary, and enter into the record a written Order setting forth findings of fact and a disposition. Either party may then appeal Magistrate Judge Mazzone's ruling to this Court.

It is so **ORDERED**.

The Clerk is directed to forward copy of this Order to all counsel of record and to the Honorable James P. Mazzone, United States Magistrate Judge.

**DATED:** January 30, 2023.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE