IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

MARK McEVOY, JAMES TAWNEY,
SUSAN TAWNEY, SAMUEL STARK,
SUSAN DENNISON, MARK GOFF,
CAROL DELROSSO, GEORGE
DELROSSE, individually and on behalf
of a proposed class, SCOTT CORCORAN,
JENNIFER TANNER, CLINTON AND
CANDACE DRAINER IRREVOCABLE TRUST,
JEFFREY L. SALTIS, KATHY JOHNSON,
EBEN FRITTS, BENJAMIN PATTERSON,
CHAD SILVERSTER, REGINA COLLETTE,
JACOB COLLETTE, JOAN MEDLEY,
CHRISTINE COCHRAN, MINERVA EVANS,
MICHELLE SILVESTER, EBEN FRITTS, III,
LANE EVANS, KELLIE D. SALTIS,
MAYNARD TANNER, HEIDI DEEM, and
GARY WENTZ,

      Plaintiffs,

v.               CIVIL ACTION NO. 5:22-CV-171
                 Judge Bailey

DIVERSIFIED ENERGY COMPANY PLC,
DIVERSIFIED GAS & OIL, PLC,
DIVERSIFIED PRODUCTION, LLC,
DIVERSIFIED GAS & OIL CORPORATION,
DIVERSIFIED OIL AND GAS LLC,
ALLIANCE PETROLEUM CORPORATION,
EQT PRODUCTION COMPANY,
EQT PRODUCTION HTW, LLC,
EQT ENERGY LLC,
EQT INVESTMENT HOLDINGS, LLC,
EQT GATHERING, LLC, and
EQT CORPORATION,

      Defendants.

## ORDER

Pending before this Court is a Motion to File Plaintiffs' Unredacted Response to EQT's Motion to Disqualify Plaintiffs' Counsel Related to Bryant "Wayne" Bowman II Under Seal [Doc. 130], filed February 7, 2023. Therein, plaintiffs request this Court for leave to file under seal a copy of their response containing an unredacted quote from an exhibit.

The Motion **[Doc. 130]** is **GRANTED**. The Clerk is hereby **DIRECTED** to **FILE UNDER SEAL**:

- Plaintiffs' Response to Defendant's Motion to Disqualify Plaintiffs' Counsel Related to Bryant "Wayne" Bowman II [Doc. 130-1].

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

**DATED**: February 7, 2023.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE