**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING**

**MARK MCEVOY, et al.,**

        **Plaintiffs,**

**v.**

**DIVERSIFIED ENERGY COMPANY
PLC, et al.,**

        **Defendants.**

**CIVIL ACTION NO.: 5:22CV171
(BAILEY)**

## ORDER

Currently pending before the Court on referral from the District Court are two Motions: Plaintiffs' Motion to Compel Production of Documents from EQT [ECF No. 115] and Plaintiffs' Motion to Compel Production of Documents from Diversified [ECF No. 117], filed January 27, 2023.   The parties appeared before the Court for an Oral Argument/Evidentiary Hearing on February 21, 2023.  At the conclusion of said hearing, the Motions were taken under advisement.  While the Court considers the pending Motions, the Court encourages the parties to continue meeting and conferring regarding the outstanding issues.[1]  The parties may, but are not required to, advise the Court as to the status of the meet and confer sessions, including whether and to what extent outstanding issues have been resolved and/or streamlined.

The Court **DIRECTS** the Clerk of the Court to serve a copy of this Order upon any *pro se* party by certified mail, return receipt requested, and upon counsel of record herein.

Dated: 2/21/2023

*/s/ James P. Mazzone*

JAMES P. MAZZONE
UNITED STATES MAGISTRATE JUDGE

---

[1] These continued meet and confer sessions will not delay the Court's consideration of the Motions.