# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# WHEELING DIVISION

MARK MCEVOY, *et al.*,

        Plaintiffs,

v.

DIVERSIFIED ENERGY COMPANY PLC, *et al.*,

        Defendants.

Civil Action No. 5:22-cv-00171-JPB
Judge John P. Bailey

## PROPOSED ORDER GRANTING DIVERSIFIED'S MOTION FOR LIMITED STAY OF DISCOVERY ORDER PENDING RULE 72 OBJECTIONS

Having considered the parties' briefs and all materials relevant hereto, the Court **GRANTS** Diversified's Motion for Limited Stay of Discovery Pending Rule 72 Objections. The Court **ORDERS** as follows:

1. The effect of the Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel (ECF No. 180) is stayed pending the outcome of the Court's ruling on Diversified's objections to the same.

The Clerk is directed to provide copies of this Order to all counsel of record.

ENTERED: _____, 2023

                                                _____
                                                Honorable John Preston Bailey