# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF WEST VIRGINIA
# WHEELING DIVISION

**MARK McEVOY, JAMES TAWNEY** and
**SUSAN TAWNEY, SAMUEL STARK,**
**SUSAN DENNISON, MARK GOFF,**
and **CAROL DELROSSO** and **GEORGE**
**DELROSSO,** individually and on behalf of
a proposed class,
   Plaintiffs

v.                  **CIVIL ACTION NO. 5:22-CV-171**
                  Honorable Judge John P. Bailey

**DIVERSIFIED ENERGY COMPANY, PLC,**
**DIVERSIFIED GAS & OIL, PLC, DIVERSIFIED**
**PRODUCTION LLC, DIVERSIFIED GAS & OIL**
**CORPORATION, DIVERSIFIED OIL AND GAS**
**LLC, ALLIANCE PETROLEUM CORPORATION,**
**EQT PRODUCTION COMPANY, EQT**
**PRODUCTION HTW, LLC, EQT ENERGY LLC,**
**EQT INVESTMENT HOLDINGS, LLC, EQT**
**GATHERING, LLC, EQT MIDSTREAM PARTNERS**
**LP,** and **EQT CORPORATION,**
   Defendants.

### DIVERSIFIED DEFENDANTS' NOTICE OF WITHDRAWAL OF
### DIVERSIFIED DEFENDANTS' MOTION TO COMPEL PRODUCTION
### OF DOCUMENTS FROM THIRD PARTY OHIO RIVER VALLEY
### INSTITUTE AND TED BOETTNER PURSUANT TO
### <u>SUBPOENAS *DUCES TECA* [ECF #188]</u>

**NOW COME** defendants Diversified Energy Company PLC, Diversified Gas & Oil, PLC, Diversified Production LLC, Diversified Gas & Oil Corporation, Diversified Oil and Gas LLC, and Alliance Petroleum Corporation (collectively "Diversified Defendants"), by and through their undersigned counsel, Howard M. Persinger III, and Persinger & Persinger, L.C., and Daniel Donovan, P.C., and Kirkland & Ellis LLP, and hereby provide notice that they are withdrawing Diversified Defendants' Motion to Compel Production of Documents From Third Party Ohio River Valley Institute and Ted Boettner Pursuant to

Subpoenas *Duces Teca* (ECF #188) filed on March 21, 2023, **without prejudice** to file another motion to compel as production comes.

| | |
|---|---|
| Respectfully submitted: | Dated: April 4, 2023 |
|  */s/ Howard M. Persinger, III* | |
| Howard M. Persinger, III | Daniel Donovan, P.C. (*pro hac vice*) |
| **PERSINGER & PERSINGER, L.C.** | Ragan Naresh, P.C. (*pro hac vice*) |
| 237 Capitol Street | **KIRKLAND & ELLIS LLP** |
| Charleston, WV 25301 | 1301 Pennsylvania Avenue, N.W. |
| Phone:   (304) 346-9333 | Washington, D.C. 20004 |
| Fax:       (304) 346-9337 | Phone: (202) 389-5267 |
| Email:    hmp3@persingerlaw.com | Fax:     (202) 389-5200 |
| | Email:  daniel.donovan@kirkland.com |
| |         ragan.naresh@kirkland.com |
| | |
| | Kenneth Young (*pro hac vice*) |
| | Dustin Womack (*pro hac vice*) |
| | **KIRKLAND & ELLIS LLP** |
| | 609 Main Street |
| | Houston, TX 77002 |
| | Phone:  (713) 836-3600 |
| | Fax:      (713) 836-3601 |
| | Email:   kenneth.young@kirkland.com |
| |         dustin.womack@kirkland.com |

*Counsel for Defendants Diversified Energy Company PLC, Diversified Gas & Oil, PLC, Diversified Production LLC, Diversified Gas & Oil Corporation, Diversified Oil and Gas LLC, and Alliance Petroleum Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 4, 2023 a copy of the foregoing was served on all counsel of record via the Court's electronic filing system.

*/s/ Howard M. Persinger*
Howard M. Persinger, III
