# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# WHEELING

| | |
|---|---|
| **MARK MCEVOY, et al.,**<br><br>       **Plaintiffs,**<br><br>v.<br><br>**DIVERSIFIED ENERGY COMPANY PLC, et al.,**<br><br>       **Defendants.** | **CIVIL ACTION NO.: 5:22CV171 (BAILEY)** |

## ORDER VACATING DEADLINES AND CANCELLING HEARING

Currently pending before the Court on referral from the District Court is Diversified Defendants' Motion [188] to Compel, filed March 21, 2023. On April 4, 2023, Diversified Defendants filed a Notice [205] of Withdrawal of said Motion. In their Notice, Diversified Defendants state that they are withdrawing the Motion [188] to Compel without prejudice to refiling at a later date.

Accordingly, Diversified Defendants' Notice [205] is **GRANTED**. ECF No. 188 is **WITHDRAWN WITHOUT PREJUDICE**, and the Court's Order [197] Setting Deadlines and Oral Argument/Evidentiary Hearing is **VACATED**. The Oral Argument/Evidentiary Hearing currently set for April 13, 2023, is **CANCELLED**.

It is so **ORDERED**.

The Court **DIRECTS** the Clerk of the Court to serve a copy of this Order upon any *pro se* party by certified mail, return receipt requested, and upon counsel of record herein.

Dated: 4/5/2023

*/s/ James P. Mazzone*
JAMES P. MAZZONE
UNITED STATES MAGISTRATE JUDGE