IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**MARK McEVOY**, *et al.,*

        Plaintiffs,

v.         **Civil Action No. 5:22-CV-171**
        Judge Bailey

**DIVERSIFIED ENERGY COMPANY PLC**,
*et al.,*

        Defendants.

## ORDER OF REFERRAL

The above-styled matter came before this Court for consideration of Diversified Defendants' Motion for Protective Order [Doc. 217], filed April 13, 2023. Accordingly, this Court now **ORDERS** that, pursuant to 28 U.S.C. § 636(b)(1)(A), this matter is now **REFERRED** to Magistrate Judge James P. Mazzone, who is hereby designated and authorized to consider the record and do all things proper to decide this Motion and all other discovery matters. The magistrate judge may, without limitation, conduct a hearing on the Motion if necessary, and enter into the record a written Order setting forth findings of fact and a disposition. Either party may then appeal Magistrate Judge Mazzone's ruling to this Court.

It is so **ORDERED**.

The Clerk is directed to forward copy of this Order to all counsel of record and to the Honorable James P. Mazzone, United States Magistrate Judge.

**DATED:** April 14, 2023.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE