IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING

**MARK MCEVOY, et al.,**

    **Plaintiffs,**

v.                                    **CIVIL ACTION NO.: 5:22CV171 (BAILEY)**

**DIVERSIFIED ENERGY COMPANY PLC, et al.,**

    **Defendants.**

## ORDER SETTING DEADLINES AND ORAL ARGUMENT/EVIDENTIARY HEARING

Currently pending before the Court on referral from the District Court is Diversified Defendants' Motion for Protective Order, filed April 13, 2023. ECF No. 217. Accordingly, it is hereby **ORDERED** that:

Responses in opposition are due to be filed on or before **April 19, 2023;**

Replies, if any, are due to be filed on or before **April 21, 2023**.

An Oral Argument/Evidentiary Hearing is **SET** for **April 24, 2023, at 1:30pm** in the **Wheeling Magistrate Judge Courtroom before Magistrate Judge James P. Mazzone**.

It is so **ORDERED**.

The Court **DIRECTS** the Clerk of the Court to serve a copy of this Order upon any *pro se* party by certified mail, return receipt requested, and upon counsel of record herein.

Dated: 4/14/2023                           /s/ James P. Mazzone
                                                    JAMES P. MAZZONE
                                                    UNITED STATES MAGISTRATE JUDGE