## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF WEST VIRGINIA
## WHEELING DIVISION

MARK MCEVOY, et al., individually and
on behalf of a proposed class,

                Plaintiffs,

                                      Civil Action No. 5:22-cv-171
      v.                            The Honorable John P. Bailey

DIVERSIFIED ENERGY COMPANY PLC,
et al.,

                Defendants.

## NOTICE OF VOLUNTARY DISMISSAL OF
## PLAINTIFF MICHELLE SILVESTER

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs and their counsel hereby give notice that with respect to Plaintiff Michelle Silvester, the above-captioned action is voluntarily dismissed, without prejudice against the parties. The voluntary dismissal of Plaintiff Michelle Silvester complies with the requirements of Rule 41(a)(1)(A)(i) in that neither an Answer nor a Motion for Summary Judgment has been filed in this matter. The dismissal also comports with Rule 23(e) as there is currently no certified class, and there is no proposal for a class to be certified for purposes of settlement at this time.

**WHEREFORE**, Plaintiff Michelle Silvester is dismissed from this action as of the date and time this Notice is filed with the Clerk of this Court.

Dated: April 19, 2022

                                       Respectfully submitted by,

                                       */s/ John W. Barrett*
                                        Brian A. Glasser, Esq. (WVSB #6597)
                                        John W. Barrett, Esq. (WVSB #7289)
                                        Brian R. Swiger, Esq. (WVSB #5872)

Athanasios Basdekis, Esq. (WVSB #9832)
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, West Virginia 25301
(304) 345-6555 (phone)
(304) 342-1110 (fax)
bglasser@baileyglasser.com
jbarrett@baileyglasser.com
bswiger@baileyglasser.com
tbasdekis@baileyglasser.com

Panida A. Anderson
Bailey & Glasser, LLP - DC
1055 Thomas Jefferson St. NW
Suite 540
Washington, DC 20007
panderson@baileyglasser.com

Joseph M. Lovett, Esq. (WVSB #6926)
Benjamin A. Luckett, Esq. (WVSB #11463)
J. Michael Becher, Esq. (WVSB #10588)
Amanda Demmerle (WVSB #13930)
Appalachian Mountain Advocates
P.O. Box 507
Lewisburg, WV 24901
(304) 645-9006
jlovett@appalmad.org
bluckett@appalmad.org
mbecher@appalmad.org
ademerle@appalmad.org

*Counsel for Plaintiffs and Proposed Class*

## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF WEST VIRGINIA
## WHEELING DIVISION

MARK MCEVOY, et al., individually and
on behalf of a proposed class,

                Plaintiffs,

                                        Civil Action No. 5:22-cv-171

      v.                             The Honorable John P. Bailey

DIVERSIFIED ENERGY COMPANY PLC,
et al.,

                Defendants.

## <u>CERTIFICATE OF SERVICE</u>

        I, John W. Barrett, do hereby certify that on the 19th day of April 2023, the foregoing

*CERTIFICATE OF SERVICE* for **NOTICE OF VOLUNTARY DISMISSAL OF**

**PLAINTIFF MICHELLE SILVESTER** using the Court's CM/ECF was filed with the Clerk

of Court using the CM/ECF System and a true and accurate copy was served upon the

following parties via email as follows:

                Jennifer J. Hicks, Esq.
                **BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.**
                300 Summers Street, Suite 1000
                Charleston WV 25301
                jhicks@babstcalland.com

                James D. Miller
                Chelsea R. Heinz
                 **BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.**
                2 Gateway Center, 6th Floor
                Pittsburgh, PA 15222
                jmiller@babstcalland.com
                cheinz@babstcalland.com

Mark K. Dausch, Esq.
**BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.**
Two Gateway Center, 6th Floor
603 Stanwix Street
Pittsburgh, PA 15222
mdausch@babstcalland.com

Anna G. Rotman, Esq.
Nick Brown, Esq.
**KIRKLAND & ELLIS LLP - HOUSTON**
609 Main Street
Houston, TX 77002
anna.rotman@kirkland.com
nick.brown@kirkland.com
*Counsel for EQT Defendants*

Howard M. Persinger, III, Esq.
**PERSINGER & PERSINGER, L.C.**
237 Capitol Street
Charleston, WV 25301
hmp3@persingerlaw.com

Daniel T. Donovan, Esq.
Ragan Naresh, Esq.
**KIRKLAND & ELLIS, LLP**
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
daniel.donovan@kirkland.com
ragan.naresh@kirkland.com

Kenneth A. Young, Esq.
Dustin L. Womack
**KIRKLAND & ELLIS, LLP**
609 Main Street
Houston, TX 77002
kenneth.young@kirkland.com
dustin.womack@kirkland.com

Jennifer J. Hicks, Esq.
**BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.**
300 Summers Street, Suite 1000
Charleston WV 25301
jhicks@babstcalland.com
*Counsel for Diversified and Alliance Petroleum Corporation Defendants*

4

_/s/ John W. Barrett_____
John W. Barrett, Esq. (WVSB #7289)