## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## Wheeling

**MARK McEVOY**, *et al.,*

        Plaintiffs,

v.                                    **Civil Action No. 5:22-CV-171**
                                          Judge Bailey

**DIVERSIFIED ENERGY COMPANY PLC**,
*et al.,*

        Defendants.

## ORDER

On April 19, 2023, plaintiffs filed a Notice of Voluntary Dismissal of Plaintiff Michelle Silvester [Doc. 224]. Therein, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs voluntarily dismiss without prejudice plaintiff Michelle Silvester because neither an Answer nor a Motion for Summary Judgment has been filed in this matter. Moreover, the dismissal comports with Rule 23(e) as there is currently no certified class, and there is no proposal for a class to be certified for purposes of settlement at this time.

Upon consideration, this Court hereby **DISMISSES WITHOUT PREJUDICE** plaintiff Michelle Silvester.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: April 24, 2023.

                                                  JOHN PRESTON BAILEY
                                                  UNITED STATES DISTRICT JUDGE