# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# WHEELING DIVISION

| | |
|---|---|
| MARK MCEVOY, *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>DIVERSIFIED ENERGY COMPANY PLC, *et al.*,<br>    Defendants. | Civil Action No. 5:22-cv-00171-JPB<br>Judge John P. Bailey<br>Magistrate Judge James P. Mazzone |

### NOTICE OF ISSUANCE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION TO PAUL WAWRZYNEK

**PLEASE TAKE NOTICE,** pursuant to *Fed.R.Civ.P. 45*, the defendants, Diversified Energy Company, PLC, Diversified Gas & Oil, PLC, Diversified Production LLC, Diversified Gas & Oil Corporation, Diversified Oil and Gas LLC and Alliance Petroleum Corporation, intend to serve a Subpoena, in the forms attached hereto, to Paul Wawrzynek on April 29, 2023, or as soon thereafter as service may be effectuated.

Dated: April 28, 2023.

Respectfully submitted:

 */s/ Howard M. Persinger, III*
Howard M. Persinger, III *(WVSB #6943)*
**PERSINGER & PERSINGER, L.C.**
237 Capitol Street
Charleston, WV 25301
Phone: (304) 346-9333
Fax: (304) 346-9337
Email: hmp3@persingerlaw.com

Dated: April 28, 2023

Daniel Donovan, P.C. (admitted *pro hac vice*)
Ragan Naresh, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 389-5267
Fax: (202) 389-5200
Email: daniel.donovan@kirkland.com
    ragan.naresh@kirkland.com

>Kenneth Young (admitted *pro hac vice*)
>Dustin Womack (admitted *pro hac vice*)
>**KIRKLAND & ELLIS LLP**
>609 Main Street
>Houston, TX 77002
>Phone:   (713) 836-3600
>Fax:        (713) 836-3601
>Email:    kenneth.young@kirkland.com
>              dustin.womack@kirkland.com

*Counsel for Defendants Diversified Energy Company PLC, Diversified Gas & Oil, PLC, Diversified Production LLC, Diversified Gas & Oil Corporation, Diversified Oil and Gas LLC, and Alliance Petroleum Corporation*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 28, 2023, a copy of the foregoing was served on all counsel of record via the Court's electronic filing system.

                                               */s/ Howard M. Persinger, III*
                                               Howard M. Persinger, III