# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# WHEELING DIVISION

| | |
|---|---|
| MARK MCEVOY, *et al.*, <br>　　　　　Plaintiffs, <br><br> v. <br><br> DIVERSIFIED ENERGY COMPANY PLC, *et al.*, <br>　　　　　Defendants. | Civil Action No. 5:22-cv-00171-JPB <br> Judge John P. Bailey <br> Magistrate Judge James P. Mazzone |

**NOTICE OF ISSUANCE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION TO INSTITUTE FOR ENERGY ECONOMICS AND FINANCIAL ANALYSIS**

**PLEASE TAKE NOTICE,** pursuant to *Fed.R.Civ.P. 45*, the defendants, Diversified Energy Company, PLC, Diversified Gas & Oil, PLC, Diversified Production LLC, Diversified Gas & Oil Corporation, Diversified Oil and Gas LLC and Alliance Petroleum Corporation, intend to serve a Subpoena, in the forms attached hereto, to Institute for Energy Economics and Financial Analysis on April 29, 2023, or as soon thereafter as service may be effectuated.

Dated:　April 28, 2023.

| | |
|---|---|
| Respectfully submitted: | Dated: April 28, 2023 |
| */s/ Howard M. Persinger, III* <br> Howard M. Persinger, III *(WVSB #6943)* <br> **PERSINGER & PERSINGER, L.C.** <br> 237 Capitol Street <br> Charleston, WV 25301 <br> Phone:　(304) 346-9333 <br> Fax:　　(304) 346-9337 <br> Email:　hmp3@persingerlaw.com | Daniel Donovan, P.C. (admitted *pro hac vice*) <br> Ragan Naresh, P.C. (admitted *pro hac vice*) <br> **KIRKLAND & ELLIS LLP** <br> 1301 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20004 <br> Phone:　(202) 389-5267 <br> Fax:　　(202) 389-5200 <br> Email:　daniel.donovan@kirkland.com <br> 　　　　ragan.naresh@kirkland.com |

2

        Kenneth Young (admitted *pro hac vice*)
        Dustin Womack (admitted *pro hac vice*)
        **KIRKLAND & ELLIS LLP**
        609 Main Street
        Houston, TX 77002
        Phone:  (713) 836-3600
        Fax:     (713) 836-3601
        Email:  kenneth.young@kirkland.com
                   dustin.womack@kirkland.com

*Counsel for Defendants Diversified Energy Company PLC, Diversified Gas & Oil, PLC, Diversified Production LLC, Diversified Gas & Oil Corporation, Diversified Oil and Gas LLC, and Alliance Petroleum Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 28, 2023, a copy of the foregoing was served on all counsel of record via the Court's electronic filing system.

    */s/ Howard M. Persinger, III*
    Howard M. Persinger, III