**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**WHEELING DIVISION**

|  |  |
|---|---|
| MARK MCEVOY, *et al.*,<br>                              Plaintiffs,<br><br>v.<br><br>DIVERSIFIED ENERGY COMPANY PLC,<br>*et al.*,<br><br>                              Defendants. | Civil Action No. 5:22-cv-00171-JPB<br>Judge John P. Bailey<br>Magistrate Judge James P. Mazzone |

**NOTICE OF ISSUANCE OF SUBPOENA TO PRODUCE DOCUMENTS,**
**INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES**
**IN A CIVIL ACTION TO CLARK WILLIAMS-DERRY**

**PLEASE TAKE NOTICE,** pursuant to *Fed.R.Civ.P. 45*, the defendants, Diversified

Energy Company, PLC, Diversified Gas & Oil, PLC, Diversified Production LLC, Diversified Gas

& Oil Corporation, Diversified Oil and Gas LLC and Alliance Petroleum Corporation, intend to

serve a Subpoena, in the forms attached hereto, to Clark Williams-Derry on April 29, 2023, or as

soon thereafter as service may be effectuated.

        Dated:   April 28, 2023.

Respectfully submitted:

 */s/ Howard M. Persinger, III*
Howard M. Persinger, III *(WVSB #6943)*
**PERSINGER & PERSINGER, L.C.**
237 Capitol Street
Charleston, WV 25301
Phone:   (304) 346-9333
Fax:      (304) 346-9337
Email:   hmp3@persingerlaw.com

Dated: April 28, 2023

Daniel Donovan, P.C. (admitted *pro hac vice*)
Ragan Naresh, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone:   (202) 389-5267
Fax:      (202) 389-5200
Email:   daniel.donovan@kirkland.com
             ragan.naresh@kirkland.com

Kenneth Young (admitted *pro hac vice*)
Dustin Womack (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
609 Main Street
Houston, TX 77002
Phone:   (713) 836-3600
Fax:       (713) 836-3601
Email:   kenneth.young@kirkland.com
               dustin.womack@kirkland.com

*Counsel for Defendants Diversified Energy Company PLC, Diversified Gas & Oil, PLC,
Diversified Production LLC, Diversified Gas & Oil Corporation, Diversified Oil and Gas LLC,
and Alliance Petroleum Corporation*

3

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on April 28, 2023, a copy of the foregoing was served

on all counsel of record via the Court's electronic filing system.

　*/s/ Howard M. Persinger, III*
Howard M. Persinger, III

3