# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### WHEELING DIVISION

| | |
|---|---|
| MARK MCEVOY, *et al.*,<br>　　　　　　　Plaintiffs,<br><br>v.<br><br>DIVERSIFIED ENERGY COMPANY PLC, *et al.*,<br>　　　　　　　Defendants. | Civil Action No. 5:22-cv-00171-JPB<br>Judge John P. Bailey<br>Magistrate Judge James P. Mazzone |

**AMENDED NOTICE OF ISSUANCE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION TO CAPITOL FORUM**

**PLEASE TAKE NOTICE,** pursuant to *Fed.R.Civ.P. 45*, the defendants, Diversified Energy Company, PLC, Diversified Gas & Oil, PLC, Diversified Production LLC, Diversified Gas & Oil Corporation, Diversified Oil and Gas LLC and Alliance Petroleum Corporation, intend to serve a Subpoena, in the form attached hereto, to Capitol Forum on May 2, 2023, or as soon thereafter as service may be effectuated.

　　　　Dated:　May 1, 2023

| | |
|---|---|
| Respectfully submitted: | Dated: May 1, 2023 |
| */s/ Howard M. Persinger, III*<br>Howard M. Persinger, III<br>**PERSINGER & PERSINGER, L.C.**<br>237 Capitol Street<br>Charleston, WV 25301<br>Phone:　(304) 346-9333<br>Fax:　　(304) 346-9337<br>Email:　hmp3@persingerlaw.com | Daniel Donovan, P.C. (admitted *pro hac vice*)<br>Ragan Naresh, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Phone:　(202) 389-5267<br>Fax:　　(202) 389-5200<br>Email:　daniel.donovan@kirkland.com<br>　　　　ragan.naresh@kirkland.com |

2

                    Kenneth Young (admitted *pro hac vice*)
                    Dustin Womack (admitted *pro hac vice*)
                    **KIRKLAND & ELLIS LLP**
                    609 Main Street
                    Houston, TX 77002
                    Phone:   (713) 836-3600
                    Fax:      (713) 836-3601
                    Email:   kenneth.young@kirkland.com
                                  dustin.womack@kirkland.com

*Counsel for Defendants Diversified Energy Company PLC, Diversified Gas & Oil, PLC, Diversified Production LLC, Diversified Gas & Oil Corporation, Diversified Oil and Gas LLC, and Alliance Petroleum Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 1, 2023, a copy of the foregoing was served on all counsel of record via the Court's electronic filing system.

                                                       */s/ Howard M. Persinger, III*
                                                       Howard M. Persinger, III