# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### WHEELING DIVISION

| | |
|---|---|
| MARK MCEVOY, *et al.*,<br>  Plaintiffs,<br><br>v.<br><br>DIVERSIFIED ENERGY COMPANY PLC, *et al.*,<br>  Defendants. | Civil Action No. 5:22-cv-00171-JPB<br>Judge John P. Bailey<br>Magistrate Judge James P. Mazzone |

**NOTICE OF ISSUANCE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION TO SIERRA CLUB**

**PLEASE TAKE NOTICE,** pursuant to *Fed.R.Civ.P. 45*, the defendants, Diversified Energy Company, PLC, Diversified Gas & Oil, PLC, Diversified Production LLC, Diversified Gas & Oil Corporation, Diversified Oil and Gas LLC and Alliance Petroleum Corporation, intend to serve a Subpoena, in the form attached hereto, to Sierra Club on May 2, 2023, or as soon thereafter as service may be effectuated.

Dated:   May 1, 2023

Respectfully submitted:

 */s/ Howard M. Persinger, III*
Howard M. Persinger, III
**PERSINGER & PERSINGER, L.C.**
237 Capitol Street
Charleston, WV 25301
Phone:   (304) 346-9333
Fax:       (304) 346-9337
Email:    hmp3@persingerlaw.com

Dated: May 1, 2023

Daniel Donovan, P.C. (admitted *pro hac vice*)
Ragan Naresh, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone:   (202) 389-5267
Fax:       (202) 389-5200
Email:    daniel.donovan@kirkland.com
              ragan.naresh@kirkland.com

2

        Kenneth Young (admitted *pro hac vice*)
        Dustin Womack (admitted *pro hac vice*)
        **KIRKLAND & ELLIS LLP**
        609 Main Street
        Houston, TX 77002
        Phone:  (713) 836-3600
        Fax:      (713) 836-3601
        Email:  kenneth.young@kirkland.com
                   dustin.womack@kirkland.com

*Counsel for Defendants Diversified Energy Company PLC, Diversified Gas & Oil, PLC, Diversified Production LLC, Diversified Gas & Oil Corporation, Diversified Oil and Gas LLC, and Alliance Petroleum Corporation*

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 1, 2023, a copy of the foregoing was served on all counsel of record via the Court's electronic filing system.

                                             */s/ Howard M. Persinger, III*
                                             Howard M. Persinger, III