**UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF WEST VIRGINIA**
**WHEELING DIVISION**

MARK MCEVOY, et al., individually and
on behalf of a proposed class,

           Plaintiffs,

v.                                                     CIVIL ACTION NO. 5:22-cv-171
                                                       Honorable Judge John P. Bailey

DIVERSIFIED ENERGY COMPANY PLC,
et al.,

           Defendants.

**NOTICE OF INTENT TO SERVE AMENDED SUBPOENA**

PLEASE TAKE NOTICE that pursuant to Rule 45(a) of the Federal Rules of Civil Procedure, Plaintiffs intend to serve an amended Subpoena upon Nick's Well Plugging of PA, LLC in the form attached hereto as Exhibit A on May 2, 2023, or as soon thereafter as service may be effectuated.

Dated: May 1, 2023                                         Respectfully submitted,

                                                               */s/ John W. Barrett*
                                                                John W. Barrett, Esq. (WVSB No. 7289)
                                                                 Brian A. Glasser, Esq. (WVSB No. 6597)
                                                                 Brian R. Swiger (WVSB No. 5872)
                                                                 Athanasios Basdekis (WVSB No. 9832)
                                                                Benjamin J. Hogan (WVSB No. 12997)
                                                                Panida A. Anderson (admitted *pro hac vice*)
                                                                BAILEY & GLASSER, LLP
                                                                209 Capitol Street
                                                                Charleston, West Virginia 25301
                                                                (304) 345-6555 (phone)
                                                                (304) 342-1110 (fax)
                                                                bglasser@baileyglasser.com
                                                                jbarrett@baileyglasser.com
                                                                bswiger@baileyglasser.com

tbasdekis@baileyglasser.com
bhogan@baileyglasser.com
panderson@baileyglasser.com

J. Michael Becher (WVSB No. 10588)
Joseph M. Lovett (WVSB No. 6926)
Isak Howell (WVSB No. 11558)
Benjamin Luckett (WVSB No. 11463)
Amanda Demmerle (WVSB #13930)
APPALACHIAN MOUNTAIN
ADVOCATES
P.O. Box 507
Lewisburg, WV 24901
(304) 645-9006
jlovett@appalmad.org
mbecher@appalmad.org
ihowell@appalmad.org
bluckett@appalmad.org
ademmerle@appalmad.org

*Attorneys for Plaintiffs and Proposed Class*

**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION**

MARK MCEVOY, et al., individually and
on behalf of a proposed class,

                      Plaintiffs,

v.                                           CIVIL ACTION NO. 5:22-cv-171
                                           Honorable Judge John P. Bailey

DIVERSIFIED ENERGY COMPANY PLC,
et al.,

                      Defendants.

**CERTIFICATE OF SERVICE**

      I, John Barrett, certify that on May 1, 2023, a true and correct copy of *Notice of Intent to Serve Amended Subpoena* was filed using CM/ECF, the Court's electronic notification system, which provided notice to all counsel of record.

                                                */s/ John W. Barrett*
                                                John W. Barrett, Esq. (WVSB No. 7289)