**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION**

| | |
|---|---|
| MARK MCEVOY, *et al.*,<br>　　　　　Plaintiffs,<br><br>v.<br><br>DIVERSIFIED ENERGY COMPANY PLC, *et al.*,<br>　　　　　Defendants. | Civil Action No. 5:22-cv-00171-JPB<br>Judge John P. Bailey<br>Magistrate Judge James P. Mazzone |

**AMENDED NOTICE OF ISSUANCE OF SUBPOENA TO PRODUCE DOCUMENTS,
INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES
IN A CIVIL ACTION TO CATHY KUNKEL**

**PLEASE TAKE NOTICE,** pursuant to *Fed.R.Civ.P. 45*, the defendants, Diversified Energy Company, PLC, Diversified Gas & Oil, PLC, Diversified Production LLC, Diversified Gas & Oil Corporation, Diversified Oil and Gas LLC and Alliance Petroleum Corporation, intend to serve a Subpoena, in the forms attached hereto, to Cathy Kunkel on May 6, 2023, or as soon thereafter as service may be effectuated.

　　　　Dated:　May 5, 2023.

| | |
|---|---|
| Respectfully submitted:<br><br> */s/ Howard M. Persinger, III*<br>Howard M. Persinger, III *(WVSB #6943)*<br>**PERSINGER & PERSINGER, L.C.**<br>237 Capitol Street<br>Charleston, WV 25301<br>Phone:　(304) 346-9333<br>Fax:　　(304) 346-9337<br>Email:　hmp3@persingerlaw.com | Dated: May 5, 2023<br><br>Daniel Donovan, P.C. (admitted *pro hac vice*)<br>Ragan Naresh, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Phone:　(202) 389-5267<br>Fax:　　(202) 389-5200<br>Email:　daniel.donovan@kirkland.com<br>　　　　ragan.naresh@kirkland.com |

1

2

          Kenneth Young (admitted *pro hac vice*)
          Dustin Womack (admitted *pro hac vice*)
          **KIRKLAND & ELLIS LLP**
          609 Main Street
          Houston, TX 77002
          Phone:  (713) 836-3600
          Fax:     (713) 836-3601
          Email:  kenneth.young@kirkland.com
                     dustin.womack@kirkland.com

*Counsel for Defendants Diversified Energy Company PLC, Diversified Gas & Oil, PLC, Diversified Production LLC, Diversified Gas & Oil Corporation, Diversified Oil and Gas LLC, and Alliance Petroleum Corporation*

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 5, 2023, a copy of the foregoing was served on all counsel of record via the Court's electronic filing system.

                                        */s/ Howard M. Persinger, III*
                                        Howard M. Persinger, III