IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

MARK MCEVOY, et al., individually and
on behalf of a proposed class,

        Plaintiffs,

v.

DIVERSIFIED ENERGY COMPANY PLC,
et al.,

        Defendants.

Civil Action No. 5:22-cv-171
The Honorable John P. Bailey

### STIPULATION AND AGREED ORDER PURSUANT TO FED. R. EVID. 502(d) FOR THE PRODUCTION OF UNREDACTED CLIENT REPRESENTATION AGREEMENTS WITHOUT WAVIER

Pursuant to Federal Rule of Evidence 502(d) Plaintiffs and Defendants Diversified Energy Company PLC, Diversified Gas & Oil, PLC, Diversified Oil and Gas LLC, Diversified Production LLC, Diversified Gas & Oil Corporation, and Alliance Petroleum Corporation (collectively, "Diversified") hereby stipulate to the production of specific documents without waiver of attorney-client, attorney-work product, or other privilege. Those documents have been Bates Stamped PLAINTIFF006092—PLAINTIFF006216 and are being produced in an effort to resolve a discovery dispute as to whether redactions were applied appropriately.

As such, the Court hereby ORDERS that Plaintiffs produce within seven (7) days documents Bates Stamped PLAINTIFF006092—PLAINTIFF006216 without redaction. No waiver of privilege shall result from the production of these documents.

Date: 5/8/2023

                                                  The Honorable John P. Bailey
                                                  United States District Court Judge

Dated: May 5, 2023                                                                                   Agreed by:


/s/ J. Michael Becher
**J. Michael Becher** (WVSB #10588)
Joseph M. Lovett, (WVSB #6926)
Appalachian Mountain Advocates
P.O. Box 507 Lewisburg, WV 24901
Telephone: (304) 645-9006
Email: jlovett@appalmad.org
Email: mbecher@appalmad.org

John W. Barrett, Esq. (WVSB#7289)
**BAILEY & GLASSER, LLP**
209 Capitol Street
Charleston, West Virginia 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110
Email:
Bglasser@baileyglasser.com
Email:
Jbarrett@baileyglasser.com

*Attorneys for Plaintiffs and Proposed Class*


/s/Kenneth A. Young
**Kenneth A. Young**
Kirkland & Ellis LLP - Houston
609 Main Street
Houston, TX 77002
(713) 836-3636
Fax: (713) 836-3601
Email: kenneth.young@kirkland.com

**Howard M. Persinger,** III (WVSB #6943)
**PERSINGER & PERSINGER, L.C.**
237 Capitol Street
Charleston, WV 25301
Telephone: (304) 346-9333
Facsimile: (304) 346-933 7
Email: hmp3@persingerlaw.com

- 3 -

*Counsel for Defendants Diversified Energy Company, PLC; Diversified Gas & Oil, PLC; Diversified Production LLC; Diversified Gas & Oil Corporation; Diversified Oil and Gas LLC; and Alliance Petroleum Corporation.*