**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION**

MARK MCEVOY, et al., individually and
on behalf of a proposed class,

      Plaintiffs,

                 Civil Action No. 5:22-cv-171
 v.              The Honorable John P. Bailey

DIVERSIFIED ENERGY COMPANY PLC,
et al.,

      Defendants.

**CERTIFICATE OF SERVICE**

  I, John W. Barrett, do hereby certify that on 8th day of May 2023, the foregoing

***CERTIFICATE OF SERVICE*** for ***PLAINTIFFS' SECOND SUPPLEMENTAL RESPONSES TO DIVERSIFIED'S FIRST SET OF REQUESTS FOR PRODUCTION TO PLAINTIFFS*** using the Court's CM/ECF was filed with the Clerk of Court using the CM/ECF System and a true and accurate copy was served upon the following parties via email as follows:

    Howard M. Persinger, III, Esq.
    **PERSINGER & PERSINGER, L.C.**
    237 Capitol Street
    Charleston, WV 25301
    hmp3@persingerlaw.com

    Daniel T. Donovan, Esq.
    Ragan Naresh, Esq.
    **KIRKLAND & ELLIS, LLP**
    1301 Pennsylvania Avenue, N.W.
    Washington, DC 20004
    daniel.donovan@kirkland.com
    ragan.naresh@kirkland.com

Kenneth A. Young, Esq.
Dustin L. Womack
**KIRKLAND & ELLIS, LLP**
609 Main Street
Houston, TX 77002
kenneth.young@kirkland.com
dustin.womack@kirkland.com

*Counsel for Diversified and Alliance Petroleum Corporation Defendants*

Jennifer J. Hicks, Esq.
Tiffany M. Arbaugh
**BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.**
300 Summers Street, Suite 1000
Charleston WV 25301
jhicks@babstcalland.com
tarbaugh@babstcalland.com

James D. Miller
Chelsea R. Heinz
**BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.**
2 Gateway Center, 6th Floor
Pittsburgh, PA 15222
jmiller@babstcalland.com
cheinz@babstcalland.com

Mark K. Dausch, Esq.
**BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.**
Two Gateway Center, 6th Floor
603 Stanwix Street
Pittsburgh, PA 15222
mdausch@babstcalland.com

Anna G. Rotman, Esq.
Nick Brown, Esq.
**KIRKLAND & ELLIS LLP - HOUSTON**
609 Main Street
Houston, TX 77002
anna.rotman@kirkland.com
nick.brown@kirkland.com

*Counsel for EQT Defendants*

*/s/ John W. Barrett*
John W. Barrett, Esq. (WVSB #7289)