**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION**

| | |
|---|---|
| MARK MCEVOY, *et al.*,<br>       Plaintiffs,<br><br>v.<br><br>DIVERSIFIED ENERGY COMPANY PLC,<br>*et al.*,<br>       Defendants. | Civil Action No. 5:22-cv-00171-JPB<br>Judge John P. Bailey |

**DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS
FOR FAILURE TO JOIN REQUIRED PARTIES**

Pursuant to Federal Rule of Civil Procedure 12(c), Defendants move the Court for judgment on the pleadings following Plaintiffs' failure to join necessary parties under Federal Rule of Civil Procedure 19. Plaintiffs have failed to join West Virginia's Department of Environmental Protection and thousands of mineral owners whose interests will be terminated as a result of Plaintiffs' claims. Disposition of this case in their absence will leave the Court unable to accord complete relief, impair or impede the non-parties' ability to protect their interests, and expose Defendants to the risk of inconsistent obligations. For these reasons, and those more fully set forth in the accompanying Memorandum in Support of Defendants' Motion for Judgment on the Pleadings for Failure to Join Required Parties, the Court should grant this motion and dismiss Plaintiffs' claims or, in the alternative, join these necessary parties.

Respectfully submitted:                                   Dated: May 10, 2023

 /s/ Howard M. Persinger, III
Howard M. Persinger, III (WVSB #6943)                     Daniel Donovan, P.C.
**PERSINGER & PERSINGER, L.C.**                           Ragan Naresh, P.C.
237 Capitol Street                                        **KIRKLAND & ELLIS LLP**
Charleston, WV 25301                                      1301 Pennsylvania Avenue, N.W.
Phone:   (304) 346-9333                                   Washington, D.C. 20004
Fax:     (304) 346-9337                                   Phone:   (202) 389-5267
Email:   hmp3@persingerlaw.com                            Fax:     (202) 389-5200
                                                          Email:   daniel.donovan@kirkland.com
                                                                   ragan.naresh@kirkland.com

                                                          Kenneth Young
                                                          Dustin Womack
                                                          **KIRKLAND & ELLIS LLP**
                                                          609 Main Street
                                                          Houston, TX 77002
                                                          Phone:   (713) 836-3600
                                                          Fax:     (713) 836-3601
                                                          Email:   kenneth.young@kirkland.com
                                                                   dustin.womack@kirkland.com

*Counsel for Defendants Diversified Energy Company PLC, Diversified Gas & Oil, PLC, Diversified Production LLC, Diversified Gas & Oil Corporation, Diversified Oil and Gas LLC, and Alliance Petroleum Corporation*

 /s/ Jennifer J. Hicks
Jennifer J. Hicks, Esquire (WVSB #11423)                  Anna Rotman, P.C.
Tiffany M. Arbaugh, Esquire (WVSB #9982)                  Nick Brown
**BABST, CALLAND, CLEMENTS AND ZOMNIR, P.C.**             **KIRKLAND & ELLIS LLP**
300 Summers Street, Suite 1000                            609 Main Street
Charleston, WV 25301                                      Houston, TX 77002
Phone:   (681) 205-8888                                   Phone:   (713) 836-3600
Fax:     (681) 205-8814                                   Fax:     (713) 836-3601
Email:   jhicks@babstcalland.com                          Email:   anna.rotman@kirkland.com
         tarbaugh@babstcalland.com                                 nick.brown@kirkland.com

Mark K. Dausch, Esquire (WVSB #11655)
**BABST, CALLAND, CLEMENTS AND ZOMNIR, P.C.**
603 Stanwix Street
Pittsburgh, PA 15222
Phone:   (412) 394-5655
Fax:     (412) 394-6579
Email:   mdausch@babst.calland.com

*Counsel for Defendants EQT Production Company, EQT Production HTW, LLC, EQT Energy LLC, EQT Investment Holdings, LLC, EQT Gathering, LLC, and EQT Corporation*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 10, 2023, a copy of the foregoing was served on all counsel of record via the Court's electronic filing system.

                 */s/ Howard M. Persinger, III*
                 Howard M. Persinger, III (WVSB #6943)