## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## WHEELING DIVISION

| | |
|---|---|
| MARK MCEVOY, *et al.*,<br>　　　　　Plaintiffs,<br><br>v.<br><br>DIVERSIFIED ENERGY COMPANY PLC, *et al.*,<br>　　　　　Defendants. | Civil Action No. 5:22-cv-00171-JPB<br>Judge John P. Bailey |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 12, 2023, the foregoing Certificate of Service for Diversified Defendants' Supplement to their Initial Disclosures was filed using the Court's CM/ECF system and a true and correct copy Diversified Defendants' Supplement to their Initial Disclosures was served via email and U.S. mail as follows:

William S. Flynn
Brian A. Glasser
John W. Barrett
Brian R. Swiger
Athanasios Basdekis
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, West Virginia 25301
wflynn@baileyglasser.com
bglasser@baileyglasser.com
jbarrett@baileyglasser.com
bswiger@baileyglasser.com
tbasdekis@baileyglasser.com

Panida A. Anderson
BAILEY & GLASSER, LLP
1055 Thomas Jefferson St. NW, Suite 540
Washington, DC 20007
panderson@baileyglasser.com

Joseph M. Lovett
Benjamin A. Luckett
J. Michael Becher
APPALACHIAN MOUNTAIN ADVOCATES
P.O. Box 507
Lewisburg, WV 24901
jlovett@appalmad.org
bluckett@appalmad.org
mbecher@appalmad.org

*Counsel for Plaintiffs*

| | |
|---|---|
| Jennifer J. Hicks<br>BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.<br>300 Summers Street, Suite 1000<br>Charleston, WV 25301<br>jhicks@babstcalland.com<br><br>Mark K. Dausch<br>BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.<br>Two Gateway Center, 6th Floor<br>603 Stanwix Street<br>Pittsburgh, PA 15222<br>mdausch@babstcalland.com | Anna G. Rotman<br>Nick Brown<br>KIRKLAND & ELLIS LLP<br>609 Main Street<br>Houston, TX 77002<br>anna.rotman@kirkland.com<br>nick.brown@kirkland.com |

*Counsel for EQT Production Company, EQT Production HTW, LLC, EQT Energy LLC, EQT Investment Holdings, LLC, EQT Gathering, LLC, EQT Midstream Partners LP, EQT Midstream Partners LP, EQT GP Holdings, LP, and EQT Corporation*

                                              */s/ Howard M. Persinger, III*
                                              Howard M. Persinger, III