IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

**MARK McEVOY, JAMES TAWNEY** and
**SUSAN TAWNEY, SAMUEL STARK,**
**SUSAN DENNISON, MARK GOFF,**
and **CAROL DELROSSO** and **GEORGE**
**DELROSSO,** individually and on behalf of
a proposed class,
    Plaintiffs

v.                  CIVIL ACTION NO. 5:22-CV-171
                   Honorable Judge John P. Bailey

**DIVERSIFIED ENERGY COMPANY, PLC,**
**DIVERSIFIED GAS & OIL, PLC, DIVERSIFIED**
**PRODUCTION LLC, DIVERSIFIED GAS & OIL**
**CORPORATION, DIVERSIFIED OIL AND GAS**
**LLC, ALLIANCE PETROLEUM CORPORATION,**
**EQT PRODUCTION COMPANY, EQT**
**PRODUCTION HTW, LLC, EQT ENERGY LLC,**
**EQT INVESTMENT HOLDINGS, LLC, EQT**
**GATHERING, LLC, EQT MIDSTREAM PARTNERS**
**LP,** and **EQT CORPORATION,**
    Defendants.

**DIVERSIFIED DEFENDANTS' NOTICE OF WITHDRAWAL OF**
**DIVERSIFIED DEFENDANTS' MOTION TO COMPEL [ECF #264]**

**NOW COME** defendants Diversified Energy Company PLC, Diversified Gas & Oil, PLC, Diversified Production LLC, Diversified Gas & Oil Corporation, Diversified Oil and Gas LLC, and Alliance Petroleum Corporation (collectively "Diversified Defendants"), by and through their undersigned counsel, Howard M. Persinger III, and Persinger & Persinger, L.C., and Daniel Donovan, P.C., and Kirkland & Ellis LLP, and hereby provide notice that they are withdrawing Diversified Defendants' Motion to Compel (ECF #264) filed on May 5, 2023, **without prejudice** to file another motion to compel as production comes.

Respectfully submitted:

 /s/ Howard M. Persinger, III
Howard M. Persinger, III
**PERSINGER & PERSINGER, L.C.**
237 Capitol Street
Charleston, WV 25301
Phone: (304) 346-9333
Fax: (304) 346-9337
Email: hmp3@persingerlaw.com

Dated: May 15, 2023

Daniel Donovan, P.C. (*pro hac vice*)
Ragan Naresh, P.C. (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 389-5267
Fax: (202) 389-5200
Email: daniel.donovan@kirkland.com
ragan.naresh@kirkland.com

Kenneth Young (*pro hac vice*)
Dustin Womack (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
609 Main Street
Houston, TX 77002
Phone: (713) 836-3600
Fax: (713) 836-3601
Email: kenneth.young@kirkland.com
dustin.womack@kirkland.com

*Counsel for Defendants Diversified Energy Company PLC, Diversified Gas & Oil, PLC, Diversified Production LLC, Diversified Gas & Oil Corporation, Diversified Oil and Gas LLC, and Alliance Petroleum Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 15, 2023 a copy of the foregoing was served on all counsel of record via the Court's electronic filing system.

<i>/s/ Howard M. Persinger</i><br>
Howard M. Persinger, III