IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

| | |
|---|---|
| MARK MCEVOY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DIVERSIFIED ENERGY COMPANY PLC, *et al.*, <br><br> Defendants. | Civil Action No. 5:22-cv-00171-JPB <br> Judge John P. Bailey |

## DIVERSIFIED'S OBJECTION TO ORDER DENYING DIVERSIFIED'S MOTION FOR PROTECTIVE ORDER

    Diversified[1] asks the Court to overturn Magistrate Judge Mazzone's Order Denying Diversified's Motion for Protective Order (ECF No. 253). The Court should grant the requested relief for the reasons given in the accompanying memorandum offered in support of this objection.

---

[1] "Diversified Defendants" or "Diversified" are Diversified Energy Company PLC, Diversified Production LLC, and Diversified Gas & Oil Corporation. As Plaintiffs are aware, (1) Diversified Gas & Oil, PLC now operates as Diversified Energy Company PLC; (2) Alliance Petroleum Corporation now operates as Diversified Production LLC; and (3) Diversified Oil and Gas LLC does not exist.

| | |
|---|---|
| Respectfully submitted: | Dated: May 16, 2023 |
| /s/ Howard M. Persinger, III | |
| Howard M. Persinger, III (WVSB #6943) | Daniel Donovan, P.C. (admitted *pro hac vice*) |
| **PERSINGER & PERSINGER, L.C.** | Ragan Naresh, P.C. (admitted *pro hac vice*) |
| 237 Capitol Street | **KIRKLAND & ELLIS LLP** |
| Charleston, WV 25301 | 1301 Pennsylvania Avenue, N.W. |
| Phone: (304) 346-9333 | Washington, D.C. 20004 |
| Fax: (304) 346-9337 | Phone: (202) 389-5267 |
| Email: hmp3@persingerlaw.com | Fax: (202) 389-5200 |
| | Email: daniel.donovan@kirkland.com |
| | ragan.naresh@kirkland.com |
| | Kenneth Young (*pro hac vice*) |
| | Dustin Womack (*pro hac vice*) |
| | **KIRKLAND & ELLIS LLP** |
| | 609 Main Street |
| | Houston, TX 77002 |
| | Phone: (713) 836-3600 |
| | Fax: (713) 836-3601 |
| | Email: kenneth.young@kirkland.com |
| | dustin.womack@kirkland.com |

*Counsel for Defendants Diversified Energy Company PLC, Diversified Gas & Oil, PLC, Diversified Production LLC, Diversified Gas & Oil Corporation, Diversified Oil and Gas LLC, and Alliance Petroleum Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 16, 2023, a copy of the foregoing was served on all counsel of record via the Court's electronic filing system.

/s/ Howard M. Persinger
Howard M. Persinger, III