IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

MARK MCEVOY, *et al.*,

        Plaintiffs,

v.

DIVERSIFIED ENERGY COMPANY PLC, *et al.*,

        Defendants.

Civil Action No. 5:22-cv-00171-JPB
Judge John P. Bailey

**PROPOSED ORDER OVERRULING ORDER DENYING
DIVERSIFIED'S MOTION FOR PROTECTIVE ORDER**

Having considered the parties' briefs and all materials relevant hereto, the Court **OVERRULES** the Order Denying Diversified's Motion for Protective Order (ECF No. 253) as follows:

1. Diversified's objection to the sharing of confidential documents with Luke Plants, of Plants and Goodwin, LLC, is **SUSTAINED** and Plaintiffs shall not disclose documents designated as "Confidential" or "Confidential Attorney Eyes Only" under the Protective Order (ECF No. 82) to Luke Plants.

The Clerk is directed to provide copies of this Order to all counsel of record.

ENTERED: _____, 2023

                                                _____
                                                Honorable John Preston Bailey