IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**MARK McEVOY**, et al.,

        Plaintiffs,

v.                                                                        **Civil Action No. 5:22-CV-171**
                                                                     Judge Bailey

**DIVERSIFIED ENERGY COMPANY PLC**,
et al.,

        Defendants.

## ORDER

Pending before this Court is Diversified Defendants' Notice of Withdrawal of Diversified Defendants' Motion to Compel [ECF #264] [Doc. 281], filed May 15, 2023. Therein, the Diversified Defendants provide notice that they are withdrawing their Motion to Compel without prejudice to file another motion to compel as production comes.

Thus, the Notice of Withdrawal of Diversified Defendants' Motion to Compel [**Doc. 281**] is **GRANTED**. Diversified Defendants' Motion to Compel [**Doc. 264**] is **DENIED WITHOUT PREJUDICE**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: May 16, 2023.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE