**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION**

| | |
|---|---|
| MARK MCEVOY, *et al.*,<br>　　　　　　　Plaintiffs,<br><br>v.<br><br>DIVERSIFIED ENERGY COMPANY PLC, *et al.*,<br>　　　　　　　Defendants. | Civil Action No. 5:22-cv-00171-JPB<br>Judge John P. Bailey<br>Magistrate Judge James P. Mazzone |

**DIVERSIFIED'S OBJECTION TO THE ORDER [283] GRANTING IN
PART MOTION TO QUASH OR IN THE ALTERNATIVE FOR PROTECTIVE ORDER**

Diversified asks the Court to overturn the Order Granting in Part the Motion to Quash or in the Alternative for Protective Order (ECF No. 283) (the "Order"). While the Order correctly denied the Motion to Quash based on lack of jurisdiction, it granted the alternative Motion for Protective Order. As with the former relief, there was no jurisdiction to grant the latter relief. Additionally, the Order misapplies Federal Rule of Civil Procedure 26. For these reasons, and as further set out in the supporting memorandum, the Court should overrule the Order and should refuse to enter Plaintiffs or Plants and Goodwin Inc.'s requested protective order.

| | |
|---|---|
| Respectfully submitted: | Dated: May 19, 2023 |
| /s/ Howard M. Persinger, III | |
| Howard M. Persinger, III (WVSB #6943) | Daniel Donovan, P.C. |
| **PERSINGER & PERSINGER, L.C.** | Ragan Naresh, P.C. |
| 237 Capitol Street | **KIRKLAND & ELLIS LLP** |
| Charleston, WV 25301 | 1301 Pennsylvania Avenue, N.W. |
| Phone:   (304) 346-9333 | Washington, D.C. 20004 |
| Fax:       (304) 346-9337 | Phone:   (202) 389-5267 |
| Email:    hmp3@persingerlaw.com | Fax:       (202) 389-5200 |
| | Email:    daniel.donovan@kirkland.com |
| | ragan.naresh@kirkland.com |
| | |
| | Kenneth Young |
| | Dustin Womack |
| | **KIRKLAND & ELLIS LLP** |
| | 609 Main Street |
| | Houston, TX 77002 |
| | Phone:   (713) 836-3600 |
| | Fax:       (713) 836-3601 |
| | Email:    kenneth.young@kirkland.com |
| | dustin.womack@kirkland.com |

*Counsel for Defendants Diversified Energy Company PLC, Diversified Gas & Oil, PLC, Diversified Production LLC, Diversified Gas & Oil Corporation, Diversified Oil and Gas LLC, and Alliance Petroleum Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 19, 2023, a copy of the foregoing was served on all counsel of record via the Court's electronic filing system.

*/s/ Howard M. Persinger, III*
Howard M. Persinger, III (WVSB #6943)