**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**Wheeling**

**MARK McEVOY**, *et al.*,

                Plaintiffs,

     v.                             **Civil Action No. 5:22-CV-171**
                                             Judge Bailey

**DIVERSIFIED ENERGY COMPANY PLC**,
*et al.*,

                Defendants.

**ORDER**

Pending before this Court is Diversified's Motion to File Unredacted Exhibit Under Seal [Doc. 301], filed May 31, 2023.  Therein, Diversified Defendants request this Court to permit them to file an unredacted version of Exhibit C to Defendants' Reply in Support of Defendants' Motion for Judgment on the Pleadings for Failure to Join Required Parties because it contains "Confidential" information pursuant to the Protective Order in this case.

The Motion  [**Doc. 301**] is **GRANTED**.  The Clerk is hereby **DIRECTED** to **FILE UNDER SEAL**:

- Exhibit C [Doc. 301-1] to Defendants' Reply in Support of Defendants' Motion for Judgment on the Pleadings for Failure to Join Required Parties [Doc. 300].

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

1

**DATED**: May 31, 2023.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE