**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION**

| | |
|---|---|
| MARK MCEVOY, JAMES TAWNEY and SUSAN TAWNEY, SAMUEL STARK, SUSAN DENNISON, MARK GOFF, and CAROL DELROSSO and GEORGE DELROSSO, individually and on behalf of a proposed class, | CIVIL ACTION NO. 5:22-cv-171<br><br>Honorable John Preston Bailey |
| Plaintiffs, | |
| v. | |
| DIVERSIFIED ENERGY COMPANY, PLC, DIVERSIFIED GAS & OIL, PLC, DIVERSIFIED PRODUCTION, LLC, DIVERSIFIED GAS & OIL CORPORATION, DIVERSIFIED OIL AND GAS, LLC, ALLIANCE PETROLEUM CORPORATION, EQT PRODUCTION COMPANY, EQT PRODUCTION, HTW, LLC, EQT ENERGY LLC, EQT INVESTMENT HOLDINGS, LLC, EQT GATHERING, LLC, EQM MIDSTREAM PARTNERS, LP, EQT MIDSTREAM PARTNERS, LP, EQT GP HOLDINGS, LP, And EQT CORPORATION, | |
| Defendants. | |

## MOTION TO WITHDRAW APPEARANCE OF JAMES D. MILLER

Pursuant to Rule 83.03 of the Local Rules of Court for the U.S. District Court for the Northern District of West Virginia, the undersigned moves to withdraw his appearance as counsel for Defendants, EQT Production Company, EQT Production HTW, LLC, EQT Energy LLC, EQT Investment Holdings, LLC, EQT Gathering, LLC, EQM Midstream Partners LP, EQT Midstream Partners, LP, EQT GP Holdings, LP and EQT Corporation.

Defendants, EQT Production Company, EQT Production HTW, LLC, EQT Energy LLC, EQT Investment Holdings, LLC, EQT Gathering, LLC, EQM Midstream Partners LP, EQT

Midstream Partners, LP, EQT GP Holdings, LP and EQT Corporation will continue to be represented by Jennifer J. Hicks, Esquire, Tiffany M. Arbaugh, Esquire, Mark K. Dausch, Esquire and Chelsea R. Heinz, Esquire and Babst, Calland, Clements & Zomnir, P.C.

  WHEREFORE, the undersigned attorney respectfully requests that this Court grant this Motion and an enter the proposed order withdrawing the appearance of James D. Miller as counsel for Defendants, EQT Production Company, EQT Production HTW, LLC, EQT Energy LLC, EQT Investment Holdings, LLC, EQT Gathering, LLC, EQM Midstream Partners LP, EQT Midstream Partners, LP, EQT GP Holdings, LP and EQT Corporation, in the above-captioned matter.

            Respectfully submitted,

            Babst, Calland, Clements & Zomnir, P.C.

Date: June 8, 2023      By:_____
            James D. Miller, Esquire
            PA I.D. No. 209679
            Two Gateway Center, 8th Floor
            603 Stanwix Street
            Pittsburgh, PA 15222
            (412) 394-6438 – Phone
            jmiller@babstcalland.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing *Motion to Withdraw Appearance* was filed this 8th day of June 2023, through this Court's CM/ECF system, which will send a notice of the electronic filing to the following:

William S. Flynn, Esquire
Brian R. Swiger, Esquire
Brian A. Glasser, Esquire
John W. Barrett, Esquire
Athanasios Basdekis, Esquire
William Flynn, Esquire
Panida Anderson, Esquire
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301
bswiger@baileyglasser.com
bglasser@baileyglasser.com
jbarrett@baileyglasser.com
tbesdekis@baileyglasser.com
wflynn@baileyglasser.com
*Counsel for Plaintiffs and Proposed Class*

Joseph M. Lovett, Esquire
Benjamin A. Luckett, Esquire
J. Michael Becher, Esquire
Appalachian Mountain Advocates
PO Box 507
Lewisburg, WV 24901
jlovett@appalmad.org
bluckett@appalmad.org
mbecher@appalmad.org
*Counsel for Plaintiffs and Proposed Class*

Howard M. Persinger, III, Esquire
Persinger & Persinger, L.C.
237 Capitol Street
Charleston, WV 25301
Hmp3@persingerlaw.com
*Counsel for Defendants Diversified Energy Company, PLC,
Diversified Gas & Oil, PLC, Diversified Production, LLC,
Diversified Gas & Oil Corporation, Diversified Oil and Gas LLC and
Alliance Petroleum Corporation*

Ragan Naresh, P.C.
Daniel T. Donovan, P.C.
Kirkland & Ellis, LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Ragan.naresh@kirland.com
Daniel.donovan@kirkland.com
*Counsel for Defendants Diversified Energy Company, PLC,
Diversified Gas & Oil, PLC, Diversified Production, LLC,
Diversified Gas & Oil Corporation, Diversified Oil and Gas LLC and
Alliance Petroleum Corporation*

George A. Patterson, III, Esquire
Patrick C. Timony, Esquire
Evan G. Conrad, Esquire
Bowles Rice LLP
600 Quarrier Street
Charleston, WV  25301
gpatterson@bowlesrice.com
ptimony@bowlesrice.com
econrad@bowlesrice.com
*Counsel for Defendant Gas and Oil Association of WV, Inc. (GO-WV)*

_____
James D. Miller, Esquire