IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

| | |
|---|---|
| MARK MCEVOY, JAMES TAWNEY and SUSAN TAWNEY, SAMUEL STARK, SUSAN DENNISON, MARK GOFF, and CAROL DELROSSO and GEORGE DELROSSO, individually and on behalf of a proposed class, | CIVIL ACTION NO. 5:22-cv-171<br><br>Honorable John Preston Bailey |

Plaintiffs,

v.

DIVERSIFIED ENERGY COMPANY, PLC, et al.

Defendants.

## ORDER OF COURT

AND NOW, on this 9th day of June, 2023, upon consideration of the Motion to Withdraw Appearance of James D. Miller, it is hereby ordered that the Motion is GRANTED. The appearance of James D. Miller as counsel of record for Defendants, EQT Production Company, EQT Production HTW, LLC, EQT Energy LLC, EQT Investment Holdings, LLC, EQT Gathering, LLC, EQM Midstream Partners LP, EQT Midstream Partners, LP, EQT GP Holdings, LP and EQT Corporation, is WITHDRAWN.

Defendants, EQT Production Company, EQT Production HTW, LLC, EQT Energy LLC, EQT Investment Holdings, LLC, EQT Gathering, LLC, EQM Midstream Partners LP, EQT Midstream Partners, LP, EQT GP Holdings, LP and EQT Corporation will continue to be represented by Jennifer J. Hicks, Esquire, Tiffany M. Arbaugh, Esquire, Mark K. Dausch, Esquire and Chelsea R. Heinz, Esquire and Babst, Calland, Clements & Zomnir, P.C.

BY THE COURT:

_____, J.