IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**MARK McEVOY**, *et al.,*

        Plaintiffs,

v.                                       **Civil Action No. 5:22-CV-171**
                                                Judge Bailey

**DIVERSIFIED ENERGY COMPANY PLC**,
*et al.,*

        Defendants.

## ORDER

Pending before this Court is Diversified's Motion to File Unredacted Exhibits Under Seal [Doc. 313], filed June 12, 2023. Therein, Diversified Defendants request this Court to permit them to file an unredacted version of Exhibits D, E, L, and P to Diversified's Motion to Reconsider Order (ECF No. 308) Quashing Diversified's Subpoena (ECF No. 246) to Sierra Club because it contains "Confidential" information pursuant to the Protective Order in this case.

The Motion [**Doc. 313**] is **GRANTED**. The Clerk is hereby **DIRECTED** to **FILE UNDER SEAL**:

- Exhibits D, E, L and P [Docs. 313-1 through 313-4] to Diversified's Motion to Reconsider Order (ECF No. 308) Quashing Diversified's Subpoena (ECF No. 246) to Sierra Club [Doc. 311].

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: June 13, 2023.

_____
**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**