IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

MARK MCEVOY, *et al.*,

       Plaintiffs,

v.

DIVERSIFIED ENERGY COMPANY PLC, *et al.*,

       Defendants.

Civil Action No. 5:22-cv-00171-JPB
Judge John P. Bailey

## [REDACTED] ORDER GRANTING
## JOINT STIPULATION REGARDING PLAINTIFFS' THIRD AMENDED COMPLAINT

Pending before the Court is the parties' *Joint Stipulation Regarding Plaintiffs' Third Amended Complaint* ("Stipulation"). For good cause shown, the Court so-orders the Stipulation.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

ENTERED this 15th day of June, 2023.

Honorable John Preston Bailey
United States District Court Judge
Northern District of West Virginia