# EXHIBIT 4

| | |
|---|---|
| **From:** | Mike Becher [mbecher@appalmad.org] |
| **Sent:** | Tuesday, March 29, 2022 8:22:27 AM |
| **To:** | Daniel Sherwood; Ted Boettner |
| **CC:** | Josep Alba |
| **Subject:** | Re: Upstream |

Nice to meet you, Daniel and thank you, Ted. Is there a time that we could talk later this week? I'm out of the office, but fairly flexible on Thursday and Friday.

Look forward to speaking with you,

Mike

**From:** Daniel Sherwood <dsherwood@thecapitolforum.com>
**Sent:** Monday, March 28, 2022 5:03 PM
**To:** Ted Boettner <ted@ohiorivervalleyinstitute.org>; Mike Becher <mbecher@appalmad.org>
**Cc:** Josep Alba <jalba@thecapitolforum.com>
**Subject:** Re: Upstream

Thank you Ted and hello Mike - good to meet you!

We should definitely chat - I've covered DEC since 2018 and monitor the Marcellus/Utica closer than most. Certainly happy to talk the data platform too. I also CC'd my colleague Josep who will help in talking about access to Upstream if that's something that could be helpful for you and your team Mike.

Looking forward t connecting.

Daniel

> On Mar 28, 2022, at 4:59 PM, Ted Boettner <ted@ohiorivervalleyinstitute.org> wrote:
>
> Daniel,
> Meet Mike Becher with Appalachin Mountain Advocates. He is interested in looking at a subscription of Upstream. We are working with Mike and others on legal action about abandoned wells and Diversified Energy. Mike, Daniel created the database and knows more about oil and gas financial issues than anyone I know. You two should talk!
> Let me know if I can help in any way.
> Ted
>
> --
> **TED BOETTNER** I Senior Researcher
> **Ohio River Valley Institute**
> (c) 304 590 3454 @BoettnerTed