# EXHIBIT 7

| | |
|---|---|
| **From:** | Kathy Hipple [kathrynhipple@gmail.com] |
| **Sent:** | Monday, March 28, 2022 12:20 PM |
| **To:** | Mike Becher |
| **Cc:** | Anthony R. Ingraffea; Joanne Kilgour; Joe Lovett; Peter Morgan; Ted Boettner; isak@howell-lawoffice.com; karan.may@sierraclub.org |
| **Subject:** | Re: Diversified Energy Update re FY 2021 Financials and Earnings Call |

Please go ahead.

On Mon, Mar 28, 2022 at 12:13 PM Mike Becher <mbecher@appalmad.org> wrote:
> Thank you, Kathy. We're talking with a firm that is experienced in fraudulent transaction cases. Would you allow us to share this document with them? They'll agree to keep it to themselves.
>
> Thanks, Mike
>
> **From:** Kathy Hipple <kathrynhipple@gmail.com>
> **Sent:** Monday, March 28, 2022 9:24 AM
> **To:** Mike Becher <mbecher@appalmad.org>; Joe Lovett <jlovett@appalmad.org>; isak@howell-lawoffice.com <isak@howell-lawoffice.com>; karan.may@sierraclub.org <karan.may@sierraclub.org>; Peter Morgan <peter.morgan@sierraclub.org>
> **Cc:** Ted Boettner <ted@ohiorivervalleyinstitute.org>; Anthony R. Ingraffea <ari1@cornell.edu>; Joanne Kilgour <joanne@ohiorivervalleyinstitute.org>
> **Subject:** Diversified Energy Update re FY 2021 Financials and Earnings Call
>
> Dear All,
>
> Diversified Energy reported FY 2021 earnings recently. I've put together a few random thoughts in the attached. We are updating the report to incorporate these latest numbers.
>
> I'm not sure I have a complete list of those who have read the draft report, so feel free to forward the memo to them. Beyond that, please do not circulate.
>
> Best,
> Kathy
>
>
> **Kathy Hipple**
> Finance Professor
> **Bard MBA in Sustainability**
> Financial Analyst
>
>
> --
> **Kathy Hipple**
> Finance Professor
> **Bard MBA in Sustainability**
> Financial Analyst

1

2

ORVI_TB021635