# EXHIBIT 8

| | |
|---|---|
| **From:** | Sean O'Leary [sean@ohiorivervalleyinstitute.org] |
| **Sent:** | Wednesday, October 13, 2021 5:48 AM |
| **To:** | Joanne Kilgour; Eric de Place; Ted Boettner; Ben Hunkler; Eric Dixon |
| **Subject:** | ORVI contributes to Diversified stock plunge |

https://todayuknews.com/banking/market-report-leaking-wells-send-diversified-energy-crashing-20/

Ted quoted in UK Today News.



--
Sean O'Leary
Senior Researcher
Ohio River Valley Institute
sean@ohiorivervalleyinstitute.org
603-661-3586

ORVI_TB016542