# EXHIBIT 9

| | |
|---|---|
| **From:** | Ted Boettner [ted@ohiorivervalleyinstitute.org] |
| **Sent:** | Wednesday, May 5, 2021 4:22 PM |
| **To:** | David McMahon; Daniel Sherwood |
| **Subject:** | Diversified Oil & Gas |

Dave,

Daniel Sherwood writes for the <u>The Capitol Forum</u> and has been doing some great work covering Diversified Oil and Gas and I think it would be great if we could all talk sometime soon.

Would next week work for you?

Thanks, Ted


--

**TED BOETTNER** I Senior Researcher
**Ohio River Valley Institute**
(c) 304 590 3454 @BoettnerTed