# EXHIBIT 12

| | |
|---|---|
| **From:** | Ted Boettner [ted@ohiorivervalleyinstitute.org] |
| **Sent:** | Sunday, December 12, 2021 9:20 PM |
| **To:** | David McMahon |
| **Subject:** | Stripper Well Report Draft |
| **Attachments:** | Stayin Alive Full Draft Boettner.docx |

Dave,

I hope you had a nice weekend!

Attached is a draft of the stripper well report. We plan to release it on Thursday. Please take a look at Section 6 that talks about your bill

Any feedback on the whole report would be greatly appreciated. We decided to release a separate report on Diversified Energy in January since the report was getting too big.

Thanks so much Dave for all your help on this report. Your knowledge on this is invaluable and I have learned so much from working with you on these issues.

Thanks again!

Ted

--

**TED BOETTNER** I Senior Researcher
**Ohio River Valley Institute**
(c) 304 590 3454 @BoettnerTed

ORVI_TB011779