# EXHIBIT 15

| | |
|---|---|
| **From:** | David McMahon [wvdavid@mountain.net] |
| **Sent:** | Monday, August 09, 2021 3:02:05 PM |
| **To:** | Ted Boettner |
| **Subject:** | misc stuff running on to |
| **Attachments:** | Laabyrinth DGO WV SCOPING ANALYSIS 13 DEC 2018.pdf; Marginal Well 2016 - FINAL.pdf |

Hi,

I found the report from the presentation of the Hedge Fund guy. I remember now he was very strict about it being confidential. Does not want sued by Diversified. I will check to see if I can get permission to share now -- three years later, but doubt it.

Dave

--
David McMahon
E-Mail: wvdavid@mountain.net*
Landline: 304-415-4288
Fax: 810-958-6143
Address: 1624 Kenwood Road
Charleston, WV 25314

*Note new email address 2021. Old address, wvdavid@wvdavid.net, somehow was branded as spam when I used it to send, but I can still receive emails sent to that address -- or to this new one!