IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**MARK McEVOY**, et al.,

            Plaintiffs,

v.                                    **Civil Action No. 5:22-CV-171**
                                                  Judge Bailey

**DIVERSIFIED ENERGY COMPANY PLC**,
et al.,

            Defendants.

## ORDER

Pending before this Court is Diversified's Motion to File Unredacted Exhibits Under Seal [Doc. 324], filed June 20, 2023. Therein, Diversified Defendants request this Court to permit them to file unredacted versions of Exhibits 2, 3, 6, 13 and 16 to Diversified's Response in Opposition to David McMahon's Objections to and Motion to Quash Subpoena Served by Defendant Diversified on David McMahon, or, in the Alternative, for a Protective Order because the exhibits contains "Confidential" information pursuant to the Protective Order in this case.

The Motion [**Doc. 324**] is **GRANTED**. The Clerk is hereby **DIRECTED** to **FILE UNDER SEAL**:

- Exhibits 2, 3, 6, 13 and 16 [Docs. 324-1 through 324-5] to Diversified's Response in Opposition to David McMahon's Objections to and Motion to Quash Subpoena

1

Served by Defendant Diversified on David McMahon, or, in the Alternative, for a Protective Order [Doc. 323].

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: June 20, 2023.

                                      **JOHN PRESTON BAILEY**
                                      **UNITED STATES DISTRICT JUDGE**