**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION**

**MARK MCEVOY**, et al., individually and
on behalf of a proposed class,

                Plaintiffs,

v.                                                 CIVIL ACTION NO. 5:22-cv-171
                                                 Honorable Judge John P. Bailey

**DIVERSIFIED ENERGY COMPANY PLC**,
et al.,

                Defendants.


**JOINT STIPULATION REQUESTING ENLARGEMENT OF TIME
FOR THIRD-PARTY DAVID MCMAHON TO FILE REPLY
REGARDING OBJECTIONS TO AND MOTION TO QUASH
"SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR
OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL
ACTION" SERVED BY DEFENDANT DIVERSIFIED ON DAVID MCMAHON,
J.D., NOT PARTY, OR IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER**

      Diversified Defendants[1] and Third-Party David McMahon, by and through their respective counsel, hereby stipulate and jointly request the Court to grant Third-Party David McMahon an extension of time through and including **July 6, 2023**, to file and serve a Reply regarding Objections to and Motion to Quash "Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action" Served by Defendant Diversified on David McMahon, J.D., Not Party, or in the Alternative, for a Protective Order (ECF #306) filed on June 5, 2023, and Diversified's Response in Opposition to David McMahon's Objections to and Motion to Quash Subpoena Served by

---

[1] "Diversified Defendants" or "Diversified" are Diversified Energy Company PLC, Diversified Production LLC, and Diversified Gas & Oil Corporation. As Plaintiffs are aware, (1) Diversified Gas & Oil, PLC now operates as Diversified Energy Company PLC; (2) Alliance Petroleum Corporation now operates as Diversified Production LLC; and (3) Diversified Oil and Gas LLC does not exist.

Diversified on David McMahon or, in the Alternative, for a Protective Order (ECF #323) filed on June 19, 2023.

**STIPULATED AND AGREED TO ON JUNE 23, 2023, BY**:

 /s/ Howard Persinger, III
Howard Persinger, III *(WVSB #6943)*
**PERSINGER & PERSINGER, L.C.**
237 Capitol Street
Charleston, WV 25301
Phone:   (304) 346-9333
Fax:       (304) 346-9337
Email:    hmp3@persingerlaw.com

Daniel Donovan, P.C. (admitted *pro hac vice*)
Ragan Naresh, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone:   (202) 389-5267
Fax:       (202) 389-5200
Email:    daniel.donovan@kirkland.com
               ragan.naresh@kirkland.com

Kenneth Young (*pro hac vice*)
Dustin Womack (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
609 Main Street
Houston, TX 77002
Phone:   (713) 836-3600
Fax:       (713) 836-3601
Email:    kenneth.young@kirkland.com
               dustin.womack@kirkland.com

*Counsel for Defendants Diversified Energy Company PLC, Diversified Gas & Oil, PLC, Diversified Production LLC, Diversified Gas & Oil Corporation, Diversified Oil and Gas LLC, and Alliance Petroleum Corporation*

and

 /s/ John F. McCuskey,_____
John F. McCuskey *(WVSB #_____)*
**SHUMAN MCCUSKEY SLICER,PLLC**
P. O. Box 3953
Charleston, WV 25339
Phone:  304-345-1400
Fax:      304-343-1826
Email:   jmccuskey@shumanlaw.com
               *Counsel for David McMahon*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 23, 2023, a copy of the foregoing was served on all counsel of record via the Court's electronic filing system.

                                      */s/ Howard M. Persinger*
                                      Howard M. Persinger, III