# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# WHEELING DIVISION

| | |
|---|---|
| MARK MCEVOY, *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>DIVERSIFIED ENERGY COMPANY PLC, *et al.*,<br>    Defendants. | Civil Action No. 5:22-cv-00171-JPB<br>Judge John P. Bailey |

## DEFENDANTS' NOTICE OF APPEAL

Pursuant to the 28 U.S.C. § 1291, Defendants Diversified Energy Company PLC; Diversified Gas & Oil, PLC; Diversified Oil and Gas LLC; Diversified Production LLC; Diversified Gas & Oil Corporation; Alliance Petroleum Corporation;[1] EQT Production Company; EQT Production HTW, LLC; EQT Energy LLC; EQT Investment Holdings, LLC; EQT Gathering, LLC; and EQT Corporation appeal to the United States Court of Appeals for the Fourth Circuit from the Order (ECF No. 303) entered on June 1, 2023, denying Defendants' Motion for Judgment on the Pleadings based on Plaintiffs' failure to join West Virginia's Department of Environmental Protection.  *See Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S. Ct. 1221, 93 L. Ed. 1528 (1949).

---

[1] Diversified Gas & Oil, PLC now operates as Diversified Energy Company PLC; Alliance Petroleum Corporation now operates as Diversified Production LLC; and Diversified Oil and Gas LLC does not exist.  Likewise, EQT Production HTW, LLC does not exist.

1

| | |
|---|---|
| Respectfully submitted: | Dated: June 30, 2023 |

| | |
|---|---|
| /s/ Howard Persinger, III | |
| Howard Persinger, III | Daniel Donovan, P.C. |
| **PERSINGER & PERSINGER, L.C.** | Ragan Naresh, P.C. |
| 237 Capitol Street | **KIRKLAND & ELLIS LLP** |
| Charleston, WV 25301 | 1301 Pennsylvania Avenue, N.W. |
| Phone: (304) 346-9333 | Washington, D.C. 20004 |
| Fax: (304) 346-9337 | Phone: (202) 389-5267 |
| Email: hmp3@persingerlaw.com | Fax: (202) 389-5200 |
| | Email: daniel.donovan@kirkland.com |
| | ragan.naresh@kirkland.com |
| | |
| | Kenneth Young |
| | Dustin Womack |
| | **KIRKLAND & ELLIS LLP** |
| | 609 Main Street |
| | Houston, TX 77002 |
| | Phone: (713) 836-3600 |
| | Fax: (713) 836-3601 |
| | Email: kenneth.young@kirkland.com |
| | dustin.womack@kirkland.com |

*Counsel for Defendants Diversified Energy Company PLC, Diversified Gas & Oil, PLC, Diversified Production LLC, Diversified Gas & Oil Corporation, Diversified Oil and Gas LLC, and Alliance Petroleum Corporation*

| | |
|---|---|
| /s/ Jennifer J. Hicks | |
| Jennifer J. Hicks, Esquire (WVSB #11423) | Anna Rotman, P.C. |
| Tiffany M. Arbaugh, Esquire (WVSB #9982) | Nick Brown |
| **BABST, CALLAND, CLEMENTS AND ZOMNIR, P.C.** | **KIRKLAND & ELLIS LLP** |
| 300 Summers Street, Suite 1000 | 609 Main Street |
| Charleston, WV 25301 | Houston, TX 77002 |
| Phone: (681) 205-8888 | Phone: (713) 836-3600 |
| Fax: (681) 205-8814 | Fax: (713) 836-3601 |
| Email: jhicks@babstcalland.com | Email: anna.rotman@kirkland.com |
| tarbaugh@babstcalland.com | nick.brown@kirkland.com |

Mark K. Dausch, Esquire (WVSB #11655)
**BABST, CALLAND, CLEMENTS AND ZOMNIR, P.C.**
603 Stanwix Street
Pittsburgh, PA 15222
Phone: (412) 394-5655
Fax: (412) 394-6579
Email: mdausch@babst.calland.com

*Counsel for Defendants EQT Production Company, EQT Production HTW, LLC, EQT Energy LLC, EQT Investment Holdings, LLC, EQT Gathering, LLC, and EQT Corporation*

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 30, 2023 a copy of the foregoing was served on all counsel of record via the Court's electronic filing system.

                                             */s/ Howard Persinger, III*
                                             Howard Persinger, III