**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**WHEELING DIVISION**

| | |
|---|---|
| MARK MCEVOY, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>DIVERSIFIED ENERGY COMPANY PLC, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 5:22-cv-00171-JPB<br>Judge John P. Bailey |

## **DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT**

The Court should dismiss Plaintiffs' claims pursuant to Federal Rule of Civil Procedure 12(b)(1).  In further support, Defendants offer the accompanying Memorandum of Law.

| | |
|---|---|
| Respectfully submitted: | Dated: July 14, 2023 |

 /s/ Howard Persinger, III
| | |
|---|---|
| Howard Persinger, III | Daniel Donovan, P.C. (admitted *pro hac vice*) |
| **PERSINGER & PERSINGER, L.C.** | Ragan Naresh, P.C. (admitted *pro hac vice*) |
| 237 Capitol Street | **KIRKLAND & ELLIS LLP** |
| Charleston, WV 25301 | 1301 Pennsylvania Avenue, N.W. |
| Phone:  (304) 346-9333 | Washington, D.C. 20004 |
| Fax:      (304) 346-9337 | Phone:  (202) 389-5267 |
| Email:   hmp3@persingerlaw.com | Fax:      (202) 389-5200 |
| | Email:   daniel.donovan@kirkland.com |
| |              ragan.naresh@kirkland.com |

| | |
|---|---|
| | Kenneth Young (admitted *pro hac vice*) |
| | Dustin Womack (admitted *pro hac vice*) |
| | **KIRKLAND & ELLIS LLP** |
| | 609 Main Street |
| | Houston, TX 77002 |
| | Phone:  (713) 836-3600 |
| | Fax:      (713) 836-3601 |
| | Email:   kenneth.young@kirkland.com |
| |              dustin.womack@kirkland.com |

*Counsel for Defendants Diversified Energy Company PLC, Diversified Gas & Oil, PLC, Diversified Production LLC, Diversified Gas & Oil Corporation, Diversified Oil and Gas LLC, and Alliance Petroleum Corporation*

 /s/ Jennifer J. Hicks
| | |
|---|---|
| Jennifer J. Hicks, Esquire (WVSB #11423) | Anna Rotman, P.C. (*pro hac vice*) |
| Tiffany M. Arbaugh, Esquire (WVSB #9982) | Nick Brown (*pro hac vice*) |
| **BABST, CALLAND, CLEMENTS AND ZOMNIR, P.C.** | **KIRKLAND & ELLIS LLP** |
| 300 Summers Street, Suite 1000 | 609 Main Street |
| Charleston, WV 25301 | Houston, TX 77002 |
| Phone:  (681) 205-8888 | Phone:  (713) 836-3600 |
| Fax:      (681) 205-8814 | Fax:      (713) 836-3601 |
| Email:   jhicks@babstcalland.com | Email:   anna.rotman@kirkland.com |
|              tarbaugh@babstcalland.com |              nick.brown@kirkland.com |

Mark K. Dausch, Esquire (WVSB #11655)
**BABST, CALLAND, CLEMENTS AND ZOMNIR, P.C.**
603 Stanwix Street
Pittsburgh, PA 15222
Phone:  (412) 394-5655
Fax:      (412) 394-6579
Email:   mdausch@babst.calland.com

*Counsel for Defendants EQT Production Company, EQT Production HTW, LLC, EQT Energy LLC, EQT Investment Holdings, LLC, EQT Gathering, LLC, and EQT Corporation*