IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

**MARK MCEVOY, et al., individually and**
on behalf of a proposed class,

       Plaintiffs,

v.                Civil Action No. 5:22-cv-171
                   The Honorable John P. Bailey

**DIVERSIFIED ENERGY COMPANY PLC,**
et al.,

       Defendants.

STIPULATION OF DISMISSAL OF DEFENDANTS
EQM MIDSTREAM PARTNERS LP, F/K/A EQT MIDSTREAM PARTNERS; EQGP
HOLDINGS LP F/K/A EQT GP HOLDINGS, LP; EQT PRODUCTION HTW, LLC; EQT
ENERGY, LLC; AND EQT INVESTMENT HOLDINGS, LLC
<u>PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)</u>

  Pursuant to FRCP 41(a)(1)(A)(ii), all Parties to this action hereby stipulate to the dismissal

of the claims by Plaintiffs against EQM Midstream Partners, LP f/k/a EQT Midstream Partners,

LP; EQGP Holdings LP, f/k/a EQT GP Holdings, LP; EQT Production HTW, LLC; EQT Energy,

LLC; and EQT Investment Holdings, LLC.  The Parties further stipulate that Plaintiffs have not

previously dismissed any federal or state-court suit based on or including the same claims or same

parties as those presented in this case and that dismissal should be without prejudice.


Dated:  July 24, 2023

Agreed to by:


 /s/ Jennifer J. Hicks
Jennifer J. Hicks, Esquire (WVSB #11423)
Tiffany M. Arbaugh, Esquire (WVSB #9982)
Babst, Calland, Clements & Zomnir, P.C.
300 Summers Street, Suite 1000
Charleston, WV 25301
jhicks@babstcalland.com
tarbaugh@babstcalland.com

Mark K. Dausch, Esquire (WVSB #11655)
Chelsea R. Heinz, Esquire (WVSB #12406)
Babst, Calland, Clements & Zomnir, P.C.
603 Stanwix Street
Pittsburgh, PA 15222
mdausch@babstcalland.com
cheinz@babstcalland.com
*Counsel for Defendants EQT Production Company,
EQT Production HTW, LLC, EQT Energy, LLC, EQT Investment Holdings, LLC,
EQT Gathering, LLC and EQT Corporation*

AND


 /s/ J. Michael Becher
Joseph M. Lovett, Esquire (WVSB #6926)
Benjamin A. Luckett, Esquire (WVSB #11463)
J. Michael Becher, Esquire (WVSB #10588)
Amanda Demmerle, Esquire (WVSB #13930)
Appalachian Mountain Advocates
P.O. Box 507
Lewisburg, WV 24901
jlovett@appalmad.org
bluckett@appalmad.org
mbecher@appalmad.org
ademmerle@appalmad.org

Brian R. Swiger, Esquire (WVSB #5872)
Brian A. Glasser, Esquire (WVSB #6597)
John W. Barrett, Esquire (WVSB #7289)
Athanasios Basdekis, Esquire (WVSB #9832)
Benjamin J. Hogan, Esquire (WVSB #12997)
Kevin W. Barrett, Esquire (WVSB #13569)
Bailey & Glasser, LLP

209 Capitol Street
Charleston, WV 25301
bswiger@baileyglasser.com
bglasser@baileyglasser.com
jbarrett@baileyglasser.com
tbasdekis@baileyglasser.com
bhogan@baileyglasser.com
kbarrett@baileyglasser.com

Panida A. Anderson, Esquire
Bailey & Glasser, LLP - DC
1055 Thomas Jefferson St. NW
Suite 540 Washington, DC 20007
panderson@baileyglasser.com
*Counsel for Plaintiffs and Proposed Class*

AND


 */s/ Howard M. Persinger, III*
Howard M. Persinger, III, Esquire (WVSB #6943)
Persinger & Persinger, L.C.
237 Capitol Street
Charleston, WV 25301
Hmp3@persingerlaw.com

Ragan Naresh, P.C.
Daniel T. Donovan, P.C.
Kirkland & Ellis, LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
ragan.naresh@kirkland.com
daniel.donovan@kirkland.com

Kenneth Young, Esquire
Dustin Womack, Esquire
Kirkland & Ellis, LLP
609 Main Street
Houston, TX  77002
Kenneth.Young@kirkland.com
Dustin.Womack@kirkland.com
*Counsel for Defendants Diversified Energy Company, PLC,*
*Diversified Gas & Oil, PLC, Diversified Production, LLC,*
*Diversified Gas & Oil Corporation, Diversified Oil and Gas LLC and*
*Alliance Petroleum Corporation*

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

**MARK MCEVOY, et al., individually and**
**on behalf of a proposed class,**

                    **Plaintiffs,**

v.                                      **Civil Action No. 5:22-cv-171**
                                                  **The Honorable John P. Bailey**

**DIVERSIFIED ENERGY COMPANY PLC,**
**et al.,**

                    **Defendants.**

## CERTIFICATE OF SERVICE

I, Jennifer J. Hicks, hereby certify that on the 24th day of July, 2023, I caused to be filed the foregoing *Stipulation of Dismissal of Defendants EQM Midstream Partners LP, f/k/a EQT Midstream Partners; EQGP Holdings LP f/k/a EQT GP Holdings, LP; EQT Production HTW, LLC; EQT Energy, LLC; and EQT Investments Holdings, LLC Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)* with the Clerk of the Court using the CM/ECF System, which will send a true and accurate copy of such filing to be served upon all attorneys of record.

                    Brian R. Swiger, Esquire
                    Brian A. Glasser, Esquire
                    John W. Barrett, Esquire
                    Athanasios Basdekis, Esquire
                    Benjamin J. Hogan, Esquire
                    Kevin W. Barrett, Esquire
                    Bailey & Glasser, LLP
                    209 Capitol Street
                    Charleston, WV 25301
                    bswiger@baileyglasser.com
                    bglasser@baileyglasser.com
                    jbarrett@baileyglasser.com
                    tbasdekis@baileyglasser.com
                    bhogan@baileyglasser.com
                    kbarrett@baileyglasser.com

Panida A. Anderson, Esquire
Bailey & Glasser, LLP - DC
1055 Thomas Jefferson St. NW
Suite 540 Washington, DC 20007
panderson@baileyglasser.com

Joseph M. Lovett, Esquire
Benjamin A. Luckett, Esquire
J. Michael Becher, Esquire
Amanda Demmerle, Esquire
Appalachian Mountain Advocates
P.O. Box 507
Lewisburg, WV 24901
jlovett@appalmad.org
bluckett@appalmad.org
mbecher@appalmad.org
ademmerle@appalmad.org

*Counsel for Plaintiffs and Proposed Class*

Howard M. Persinger, III, Esquire
Persinger & Persinger, L.C.
237 Capitol Street
Charleston, WV 25301
Hmp3@persingerlaw.com

Ragan Naresh, P.C.
Daniel T. Donovan, P.C.
Kirkland & Ellis, LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
ragan.naresh@kirkland.com
daniel.donovan@kirkland.com

Kenneth Young, Esquire
Dustin Womack, Esquire
Kirkland & Ellis, LLP
609 Main Street
Houston, TX  77002
Kenneth.Young@kirkland.com
Dustin.Womack@kirkland.com

*Counsel for Defendants Diversified Energy Company, PLC,
Diversified Gas & Oil, PLC, Diversified Production, LLC,
Diversified Gas & Oil Corporation, Diversified Oil and Gas LLC and
Alliance Petroleum Corporation*

*/s/ Jennifer J. Hicks*
Jennifer J. Hicks, Esquire (WVSB #11423)