IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

MARK MCEVOY, et al., individually and
on behalf of a proposed class,

        Plaintiffs,

v.

DIVERSIFIED ENERGY COMPANY PLC,
et al.,

        Defendants.

Civil Action No. 5:22-cv-171
The Honorable John P. Bailey

## AMENDED RULE 30 NOTICE OF DEPOSITION OF ANDREW BREESE

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, please take notice that Plaintiff, Mark McEvoy will take the deposition of **Andrew Breese** beginning at 9:30 a.m. on September 12th at:

The Law Offices of Bailey Glasser, LLP,
180 Swinderman Rd., Suite 100,
Wexford, PA 15090

or, at another mutually agreeable time and location. The deposition may be used for discovery and/or evidentiary purposes. The testimony will be taken before a stenographer duly authorized by law to administer oaths in Pennsylvania. The deposition will also be recorded by video. Also take notice that the court reporter and/or videographer may also be remote for the purposes of reporting the proceeding and may or may not be in the presence of the deponent consistent with the laws of Pennsylvania.

        Respectfully Submitted,

/s J. Michael Becher
J. Michael Becher (WVSB No. 10588)
Joseph M. Lovett (WVSB No. 6926)

Isak Howell (WVSB No. 11558)
Benjamin Luckett (WVSB No. 11463)
Amanda Demmerle (WVSB No. 13930)
APPALACHIAN MOUNTAIN
ADVOCATES
P.O. Box 507
Lewisburg, WV 24901
(304) 645-9006
jlovett@appalmad.org
mbecher@appalmad.org
ihowell@appalmad.org
bluckett@appalmad.org

Brian A. Glasser, Esq. (WVSB No. 6597)
John W. Barrett, Esq. (WVSB No. 7289)
Brian R. Swiger (WVSB No. 5872)
Athanasios Basdekis (WVSB No. 9832)
William S. Flynn (WVSB No, 13947)
Panida Anderson admitted pro hac vice
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, West Virginia 25301
(304) 345-6555 (phone)
(304) 342-1110 (fax)
bglasser@baileyglasser.com
jbarrett@baileyglasser.com
bswiger@baileyglasser.com
tbasdekis@baileyglasser.com
wflynn@baileyglasser.com
panderson@baileyglasser.com

*Attorneys for Plaintiffs and Proposed Class*

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

MARK MCEVOY, et al., individually and
on behalf of a proposed class,

                Plaintiffs,

v.                                       CIVIL ACTION NO. 5:22-cv-171
                                       Honorable Judge John P. Bailey

DIVERSIFIED ENERGY COMPANY PLC,
et al.,

                Defendants.

## CERTIFICATE OF SERVICE

I, J. Michael Becher, hereby certify that on August 2, 2023, I caused the foregoing <u>Notice of Deposition of Andrew Breese</u> to be served with the Clerk of Court using the CM/ECF System, which caused a true and accurate copy of such filing to be served upon all attorneys of record. The notice was also served by email on the following:

**Anna G. Rotman**
Kirkland & Ellis LLP - Houston
609 Main Street
Houston, TX 77002
(713) 832-3600
Fax: (713) 836-3601
Email: anna.rotman@kirkland.com

**Chelsea Rebecca Heinz**
Babst Calland
Pittsburgh
Two Gateway Center, 9th Floor
603 Stanwix St.
Pittsburgh, PA 15222
412-253-8805
Fax: 412-394-6576
Email: cheinz@babstcalland.com

**Jennifer Jo Hicks**
Babst, Calland, Clements & Zomnir, P.C.
BB&T Square

300 Summers Street
Suite 1000
Charleston, WV 25301
(681) 205-8888
Fax: (681) 205-8814
Email: jhicks@babstcalland.com

**Mark K. Dausch**
Babst Calland Clements & Zomnir, P.C.
Two Gateway Center
6th Floor
Pittsburgh, PA 15222
(412) 394-5400
Fax: (412) 253-8894
Email: mdausch@babstcalland.com

**Nick Brown**
Kirkland & Ellis LLP - Houston
609 Main Street
Houston, TX 77002
(713) 832-3600
Fax: (713) 836-3601
Email: nick.brown@kirkland.com

**Tiffany Marie Arbaugh**
Babst, Calland, Clements and Zomnir
300 Summers Street
Suite 1000
Charleston, WV 25301
681-205-1376
Fax: 681-205-8814
Email: tarbaugh@babstcalland.com

/s/J. Michael Becher
J. Michael Becher (WVSB No. 10588)