# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# WHEELING DIVISION

**MARK MCEVOY, JAMES
TAWNEY AND SUSAN
TAWNEY, SAMUEL STARK,
SUSAN DENNISON, MARK GOFF,
and CAROL DELROSSO AND
GEORGE DELROSSO, BENJAMIN
PATTERSON, CHAD AND
MICHELLE SILVESTER, CLINTON
AND CANDACE DRAINER IRREVOCABLE
TRUST, EBEN FRITTS and EBEN FRITTS iii
GARY WENTZ, HEIDI DEEM, JEFFERY L.
SALTIS and KELLIE D. SALTIS, LANE and
MINERVA EVANS, MAYNARD and
JENNIFER TANNER, JOAN MEDLEY,
JACOB and REGINA COLLETTE,
SCOTT CORCORAN, KATHY JOHNSON,
and CHRISTINE COCHRAN individually and
on behalf of a proposed class,**

       **Plaintiffs,**

v.                  **CIVIL ACTION NO. 5:22-cv-171-JPB**

**DIVERSIFIED ENERGY COMPANY PLC,
DIVERSIFIED GAS & OIL, PLC,
DIVERSIFIED PRODUCTION LLC,
DIVERSIFIED GAS & OIL CORPORATION,
DIVERSIFIED OIL AND GAS LLC,
ALLIANCE PETROLEUM CORPORATION,
EQT PRODUCTION COMPANY,
EQT PRODUCTION HTW, LLC,
EQT ENERGY LLC,
EQT INVESTMENT HOLDINGS, LLC,
EQT GATHERING, LLC
EQM MIDSTREAM PARTNERS LP,
EQT MIDSTREAM PARTNERS LP,
EQT GP HOLDINGS, LP,
and
EQT CORPORATION,**

       **Defendants.**

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned enters his appearance as co-counsel on behalf of Intervening Defendants Chester C. Dodd, Jr., Kathryn M. Hunt, and Linda Dodd Fluharty.

G. Nicholas Casey, Jr. (WVSB #666)
4401 Kanawha Ave. SE
Charleston, WV 25304
(304) 610-4941
gncaseywv@gmail.com

        **CHESTER C. DODD, JR.,**
        **KATHRYN M. HUNT, and LINDA**
        **DODD FLUHARTY**
          Intervening Defendants.


        By: /s/ G. Nicholas Casey, Jr.
          Counsel for Intervening Defendants

Patrick S. Casey (WVSB #668)
Sandra M. Chapman (WVSB #701)
Ryan P. Orth (WVSB #13029)
CASEY & CHAPMAN, PLLC
Wheeling, WV 26003
(304) 231-2405
(866) 296-2591 (fax)

and

G. Nicholas Casey, Jr. (WVSB #666)
4401 Kanawha Ave. SE
Charleston, WV 25304
(304) 610-4941

## CERTIFICATE OF SERVICE

  I hereby certify that on the 10th day of August, 2023, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                  **CHESTER C. DODD, JR.,**
                  **KATHRYN M. HUNT, and LINDA**
                  **DODD FLUHARTY**
                    Intervening Defendants.

                 By: /s/ G. Nicholas Casey, Jr.
                   Counsel for Intervening Defendants

Patrick S. Casey (WVSB #668)
Sandra M. Chapman (WVSB #701)
Ryan P. Orth (WVSB #13029)
CASEY & CHAPMAN, PLLC
Wheeling, WV 26003
(304) 231-2405
(866) 296-2591 (fax)

and

G. Nicholas Casey, Jr. (WVSB #666)
4401 Kanawha Ave. SE
Charleston, WV 25304
(304) 610-4941