## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## WHEELING DIVISION

| | |
|---|---|
| MARK MCEVOY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DIVERSIFIED ENERGY COMPANY PLC, *et al.*, <br><br> Defendants. | Civil Action No. 5:22-cv-00171-JPB <br> Judge John P. Bailey |

### DIVERSIFIED DEFENDANTS' NOTICE OF DEPOSITION OF CHAD SILVESTER

PLEASE TAKE NOTICE that Diversified Energy Company PLC, Diversified Production LLC, and Diversified Gas & Oil Corporation[1] (collectively, "Diversified Defendants"), by and through their attorneys, Kirkland & Ellis LLP and Persinger & Persinger, L.C., shall take the oral deposition of Chad Silvester, pursuant to the Federal Rules of Civil Procedure, before a Notary Public or other Officer authorized to administer oaths, on September 15, 2023 at 9:30 a.m. (ET) to give testimony relevant to the issues in this lawsuit.

The deposition will take place at the offices of Steptoe & Johnson PLLC, 400 White Oaks Blvd, Bridgeport, WV, and it will also permit electronic means of attendance. The deposition will be conducted remotely via video conference and recorded by stenographic and video means.

---

[1] As Plaintiffs are aware, (1) Diversified Gas & Oil, PLC was merged with Diversified Energy Company PLC; (2) Alliance Petroleum Corporation was merged with Diversified Production LLC; and (3) Diversified Oil and Gas LLC does not exist.

2

Respectfully submitted:

 /s/ Howard Persinger, III
Howard Persinger, III (WVSB #6943)
**PERSINGER & PERSINGER, L.C.**
237 Capitol Street
Charleston, WV 25301
Phone: (304) 346-9333
Fax: (304) 346-9337
Email: hmp3@persingerlaw.com

Dated: September 1, 2023

Daniel Donovan, P.C. (admitted *pro hac vice*)
Ragan Naresh, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 389-5267
Fax: (202) 389-5200
Email: daniel.donovan@kirkland.com
ragan.naresh@kirkland.com

Kenneth Young (admitted *pro hac vice*)
Dustin Womack (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
609 Main Street
Houston, TX 77002
Phone: (713) 836-3600
Fax: (713) 836-3601
Email: kenneth.young@kirkland.com
dustin.womack@kirkland.com

*Counsel for Defendants Diversified Energy Company PLC, Diversified Gas & Oil, PLC, Diversified Production LLC, Diversified Gas & Oil Corporation, Diversified Oil and Gas LLC, and Alliance Petroleum Corporation*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# WHEELING DIVISION

| | |
|---|---|
| MARK MCEVOY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DIVERSIFIED ENERGY COMPANY PLC, *et al.*, <br><br> Defendants. | Civil Action No. 5:22-cv-00171-JPB <br> Judge John P. Bailey |

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 1, 2023, the foregoing Certificate of Service for Diversified Defendants' Notice of Deposition of Chad Silvester was filed using the Court's CM/ECF system and a true and correct copy of Diversified Defendants' Notice of Deposition of Chad Silvester was served via email as follows:

William S. Flynn
Brian A. Glasser
John W. Barrett
Brian R. Swiger
Athanasios Basdekis
**BAILEY & GLASSER, LLP**
209 Capitol Street
Charleston, West Virginia 25301
wflynn@baileyglasser.com
bglasser@baileyglasser.com
jbarrett@baileyglasser.com
bswiger@baileyglasser.com
tbasdekis@baileyglasser.com

Panida A. Anderson
**BAILEY & GLASSER, LLP**
1055 Thomas Jefferson St. NW, Suite 540
Washington, DC 20007
panderson@baileyglasser.com

Joseph M. Lovett
Benjamin A. Luckett
J. Michael Becher
Amanda Demmerle
**APPALACHIAN MOUNTAIN ADVOCATES**
P.O. Box 507
Lewisburg, WV 24901
jlovett@appalmad.org
bluckett@appalmad.org
mbecher@appalmad.org
ademmerle@appalmad.org

*Counsel for Plaintiffs*

| | |
|---|---|
| Jennifer J. Hicks<br>**BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.**<br>300 Summers Street, Suite 1000<br>Charleston, WV 25301<br>jhicks@babstcalland.com | Anna G. Rotman<br>Nick Brown<br>**KIRKLAND & ELLIS LLP**<br>609 Main Street<br>Houston, TX 77002<br>anna.rotman@kirkland.com<br>nick.brown@kirkland.com |
| Mark K. Dausch<br>**BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.**<br>Two Gateway Center, 6th Floor<br>603 Stanwix Street<br>Pittsburgh, PA 15222<br>mdausch@babstcalland.com | |

*Counsel for EQT Production Company, EQT Production HTW, LLC, EQT Energy LLC, EQT Investment Holdings, LLC, EQT Gathering, LLC, EQT Midstream Partners LP, EQT Midstream Partners LP, EQT GP Holdings, LP, and EQT Corporation*

*/s/ Howard Persinger, III*
Howard Persinger, III