**FILED**

3:44 pm Jul 17 2023
**Clerk U.S. District Court**
**Northern District of Ohio**
**Akron**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

IN RE SUBPOENA DUCES TECUM directed
to non-party the Institute for Energy
Economics and Financial Analysis in
connection with

*McEvoy, et al. v. Diversified Energy Company*
*PLC, et al.*, N.D. W. Va., Case No. 5:22-cv-
00171

1:23MC 31

Miscellaneous Action No. _____

JUDGE BARKER

---

**DIVERSIFIED'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO**
**THE INSTITUTE FOR ENERGY ECONOMICS AND FINANCIAL ANALYSIS**

---

Pursuant to Federal Rules of Civil Procedure 26 and 45, Diversified Energy Company PLC,

Diversified Production LLC, and Diversified Gas & Oil Corporation (collectively, "Diversified")

respectfully request that the Court, as the district of compliance, compel the Institute for Energy

Economics and Financial Analysis to produce documents responsive to Requests 1–12 of the

subpoena attached as **Exhibit 1**.  The Court should grant this motion for the reasons given in the

accompanying memorandum.

1

Respectfully submitted:

Dated: July 13th, 2023

Daniel Donovan, P.C.
Ragan Naresh, P.C.
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone:   (202) 389-5000
Fax:       (202) 389-5200
Email:   ddonovan@kirkland.com
            ragan.naresh@kirkland.com

Kenneth Young (*pro hac vice* forthcoming)
**KIRKLAND & ELLIS LLP**
609 Main Street
Houston, TX 77002
Phone:       (713) 836-3600
Fax:           (713) 836-3601
Email:       kenneth.young@kirkland.com

*Counsel for Diversified Energy Company PLC, Diversified Production LLC, and Diversified Gas & Oil Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 13ᵗʰ, 2023 a copy of the foregoing was served by Federal Express ~~overnight mail~~ upon the following:

William S. Flynn
Brian A. Glasser
John W. Barrett
Brian R. Swiger
Athanasios Basdekis
**BAILEY & GLASSER, LLP**
209 Capitol Street
Charleston, West Virginia 25301
wflynn@baileyglasser.com
bglasser@baileyglasser.com
jbarrett@baileyglasser.com
bswiger@baileyglasser.com
tbasdekis@baileyglasser.com

Panida A. Anderson
**BAILEY & GLASSER, LLP**
1055 Thomas Jefferson St. NW, Suite 540
Washington, DC 20007
panderson@baileyglasser.com

Joseph M. Lovett
Benjamin A. Luckett
J. Michael Becher
**APPALACHIAN MOUNTAIN ADVOCATES**
P.O. Box 507
Lewisburg, WV 24901
jlovett@appalmad.org
bluckett@appalmad.org
mbecher@appalmad.org

*Counsel for Mark McEvoy, James Tawney, Susan Tawney, Samuel Stark, Susan Dennison, Mark Goff, Carol DelRosso, George DelRosso, Benjamin Patterson, Chad Silvester, Clinton and Candace Drainer Irrevocable Trust, Eben Fritts, Eben Fritts III, Gary Wentz, Heidi Deem, Jeffery Saltis, Kellie Saltis, Lane Evans, Minerva Evans, Maynard Tanner, Jennifer Tanner, Joan Medley, Jacob Collette, Regina Collette, Scott Corcoran, Kathy Johnson, and Christine Cochran*

Jennifer J. Hicks
**BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.**
300 Summers Street, Suite 1000
Charleston, WV 25301
jhicks@babstcalland.com

Mark K. Dausch
**BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.**
Two Gateway Center, 6th Floor
603 Stanwix Street
Pittsburgh, PA 15222
mdausch@babstcalland.com

Anna G. Rotman
Nick Brown
**KIRKLAND & ELLIS LLP**
609 Main Street
Houston, TX 77002
anna.rotman@kirkland.com
nick.brown@kirkland.com

*Counsel for EQT Production Company, EQT Production HTW, LLC, EQT Energy LLC, EQT Investment Holdings, LLC, EQT Gathering, LLC, EQT Midstream Partners LP, EQT Midstream Partners LP, EQT GP Holdings, LP, and EQT Corporation*

1

Edward A. Icove
**ICOVE LEGAL GROUP, LTD.**
50 Public Square
Terminal Tower, Suite 3220
Cleveland, Ohio 44113
ed@icovelegal.com

*Counsel for the Institute of Energy Economics and Financial Analysis*

_____
Ragan Naresh, P.C.