IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**MARK McEVOY**, *et al.,*

        Plaintiffs,

v.          **Civil Action No. 5:22-CV-171**
        Judge Bailey

**DIVERSIFIED ENERGY COMPANY PLC**,
*et al.,*

        Defendants.

### **ORDER**

Pending before this Court is Diversified's Motion to Compel Compliance with Subpoena to The Institute for Energy Economics and Financial Analysis [Doc. 381], filed September 11, 2023.[1]

A Response shall be filed on or before **September 21, 2023**.

It is so **ORDERED**.

The Clerk shall transmit copies of this Order to all counsel on record and to mail a certified copy to Counsel for the Institute of Energy Economics and Financial Analysis:

Edward A. Icove
Icove Legal Group, Ltd.
50 Public Square
Terminal Tower**,** Suite 3220
Cleveland, Ohio 44113

---

[1] This Motion was originally filed on July 17, 2023, in the Northern District of Ohio, Akron.

1

**DATED:** September 13, 2023.

/s/ John Preston Bailey<br>
JOHN PRESTON BAILEY<br>
UNITED STATES DISTRICT JUDGE