# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF WEST VIRGINIA
# WHEELING DIVISION

MARK MCEVOY, et al., individually and
on behalf of a proposed class,

                Plaintiffs,

v.                                     CIVIL ACTION NO. 5:22-cv-171
                                       Honorable Judge John P. Bailey

DIVERSIFIED ENERGY COMPANY PLC,
et al.,

                Defendants.

## PLAINTIFFS' AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF AUSTIN SUTLER

PLEASE TAKE NOTICE that Plaintiff, Mark McEvoy, by counsel, will take the deposition of Austin Sutler on Wednesday, **October 4, 2023**, at **9:30 a.m. EDT** at the office of **Persinger & Persinger, 237 Capitol Street, Charleston, West Virginia, 25301**. This deposition is being taken pursuant to Rule 30 of the Federal Rules of Civil Procedure and will be recorded by video and stenographic means before a Notary Public or other person authorized to administer oaths. The deposition shall continue from day to day until completed. Also take notice that the court reporter and/or videographer may be remote for the purposes of reporting the proceeding and may or may not be in the presence of the deponent consistent with the laws of the State where the witness is located.

This deposition will be used for any purpose allowed under the Federal Rules of Civil Procedure in the trial of the above-captioned matter. You are invited to attend and protect your interests.

Dated: September 18, 2023                            Respectfully submitted,

                                                                    */s/ J. Michael Becher*

1

J. Michael Becher (WVSB No. 10588)
Joseph M. Lovett (WVSB No. 6926)
Isak Howell (WVSB No. 11558)
Benjamin Luckett (WVSB No. 11463)
Amanda Demmerle (WVSB No. 13930)
APPALACHIAN MOUNTAIN
ADVOCATES
P.O. Box 507
Lewisburg, WV 24901
(304) 645-9006
jlovett@appalmad.org
mbecher@appalmad.org
ihowell@appalmad.org
bluckett@appalmad.org
ademmerle@appalmad.org


John W. Barrett, Esq. (WVSB No. 7289)
Brian A. Glasser, Esq. (WVSB No. 6597)
Brian R. Swiger (WVSB No. 5872)
Athanasios Basdekis (WVSB No. 9832)
Benjamin J. Hogan (WVSB No. 12997)
Panida A. Anderson (admitted *pro hac vice*)
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, West Virginia 25301
(304) 345-6555 (phone)
(304) 342-1110 (fax)
bglasser@baileyglasser.com
jbarrett@baileyglasser.com
bswiger@baileyglasser.com
tbasdekis@baileyglasser.com
bhogan@baileyglasser.com
panderson@baileyglasser.com

*Attorneys for Plaintiffs and Proposed Class*

## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF WEST VIRGINIA
## WHEELING DIVISION

MARK MCEVOY, et al., individually and
on behalf of a proposed class,

                      Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 5:22-cv-171
　　　　　　　　　　　　　　　　　　　　　Honorable Judge John P. Bailey

DIVERSIFIED ENERGY COMPANY PLC,
et al.,

                      Defendants.

## CERTIFICATE OF SERVICE

I, J. Michael Becher, certify that on September 18, 2023, a true and correct copy of *PLAINTIFFS' AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF AUSTIN SUTLER* using CM/ECF, the Court's electronic notification system, which provided notice to all counsel of record.

                                       */s/ J. Michael Becher*
                                       J. Michael Becher (WVSB No. 10588)