**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION**

| | |
|---|---|
| MARK MCEVOY, *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>DIVERSIFIED ENERGY COMPANY PLC, *et al.*,<br>    Defendants. | Civil Action No. 5:22-cv-00171-JPB<br>Judge John P. Bailey |

**NOTICE OF DEPOSITION OF KATHY JOHNSON**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30, Diversified Energy Company PLC will take the oral deposition of Kathy Johnson before a Notary Public or other Officer authorized to administer oaths, on October 23, 2023 at 10:00 a.m. (ET) to give testimony relevant to the issues in this lawsuit. The deposition will be conducted remotely and a link for attendance will be circulated prior to the deposition. The deposition will be recorded by stenographic and video means.

| | |
|---|---|
| Respectfully submitted: | Dated: October 6, 2023 |
| */s/ Howard Persinger, III* | |
| Howard Persinger, III (WVSB #6943) | Daniel Donovan, P.C. (*pro hac vice*) |
| **PERSINGER & PERSINGER, L.C.** | Ragan Naresh, P.C. (*pro hac vice*) |
| 237 Capitol Street | **KIRKLAND & ELLIS LLP** |
| Charleston, WV 25301 | 1301 Pennsylvania Avenue, N.W. |
| Phone: (304) 346-9333 | Washington, D.C. 20004 |
| Fax: (304) 346-9337 | Phone: (202) 389-5267 |
| Email: hmp3@persingerlaw.com | Fax: (202) 389-5200 |
| | Email: daniel.donovan@kirkland.com |
| | ragan.naresh@kirkland.com |
| | |
| | Kenneth Young (*pro hac vice*) |
| | Dustin Womack (*pro hac vice*) |
| | **KIRKLAND & ELLIS LLP** |
| | 609 Main Street |
| | Houston, TX 77002 |
| | Phone: (713) 836-3600 |
| | Fax: (713) 836-3601 |
| | Email: kenneth.young@kirkland.com |
| | dustin.womack@kirkland.com |

*Counsel for Diversified Energy Company PLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 6, 2023, a copy of the foregoing was served on all counsel of record via the Court's electronic filing system.

*/s/ Howard Persinger, III*
Howard Persinger, III (WVSB #6943)