**UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF WEST VIRGINIA**
**WHEELING DIVISION**

MARK MCEVOY, et al., individually and
on behalf of a proposed class,

        Plaintiffs,

v.                                       CIVIL ACTION NO. 5:22-cv-171
                                               Honorable Judge John P. Bailey

DIVERSIFIED ENERGY COMPANY PLC,
et al.,

        Defendants.

## NOTICE OF INTENT TO SERVE SUBPOENA

PLEASE TAKE NOTICE that pursuant to Rule 45(a) of the Federal Rules of Civil Procedure, Plaintiffs intend to serve a Subpoena upon KeyCorp, KeyBank, KeyBanc Capital Markets Inc., KeyBank National Association in the form attached hereto as Exhibit A on October 9, 2023, or as soon thereafter as service may be effectuated.

Dated: October 9, 2023                          Respectfully submitted,

                                                                */s/ John W. Barrett*
                                                                   John W. Barrett, Esq. (WVSB No. 7289)
                                                                   Brian A. Glasser, Esq. (WVSB No. 6597)
                                                                   Brian R. Swiger (WVSB No. 5872)
                                                                   Athanasios Basdekis (WVSB No. 9832)
                                                                   J. Lincoln Wolfe (WVSB No. 14117)
                                                                   BAILEY & GLASSER, LLP
                                                                   209 Capitol Street
                                                                   Charleston, West Virginia 25301
                                                                   (304) 345-6555 (phone)
                                                                   (304) 342-1110 (fax)
                                                                   bglasser@baileyglasser.com
                                                                   jbarrett@baileyglasser.com
                                                                   bswiger@baileyglasser.com
                                                                   tbasdekis@baileyglasser.com
                                                                   lwolfe@baileyglasser.com

Panida A. Anderson (admitted *pro hac vice*)
Bailey & Glasser, LLP
1055 Thomas Jefferson St. NW,
Suite 540
Washington, DC 20007
PAnderson@baileyglasser.com
Telephone: (202) 463-2101
Facsimile: (202) 463-2103

J. Michael Becher (WVSB No. 10588)
Joseph M. Lovett (WVSB No. 6926)
Isak Howell (WVSB No. 11558)
Benjamin Luckett (WVSB No. 11463)
Amanda Demmerle (WVSB No. 13930)
Claire Horan (admitted *pro hac vice*)
APPALACHIAN MOUNTAIN
ADVOCATES
P.O. Box 507
Lewisburg, WV 24901
(304) 645-9006
jlovett@appalmad.org
mbecher@appalmad.org
ihowell@appalmad.org
bluckett@appalmad.org
ademmerle@appalmad.org
choran@appalmad.org

*Attorneys for Plaintiffs and Proposed Class*

## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF WEST VIRGINIA
## WHEELING DIVISION

MARK MCEVOY, et al., individually and
on behalf of a proposed class,

       Plaintiffs,

v.              CIVIL ACTION NO. 5:22-cv-171
               Honorable Judge John P. Bailey

DIVERSIFIED ENERGY COMPANY PLC,
et al.,

       Defendants.

### CERTIFICATE OF SERVICE

   I, John Barrett, certify that on October 9, 2023, a true and correct copy of *Notice of Intent to Serve Subpoena* was filed using CM/ECF, the Court's electronic notification system, which provided notice to all counsel of record.

              */s/ John W. Barrett*
              John W. Barrett, Esq. (WVSB No. 7289)