IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

MARK MCEVOY, et al., individually and
on behalf of a proposed class,

        Plaintiffs,

v.

DIVERSIFIED ENERGY COMPANY PLC,
et al.,

        Defendants.

Civil Action No. 5:22-cv-171
The Honorable John P. Bailey

## PLAINTIFFS' NOTICE OF VIDEOTAPED DEPOSITION OF TREVOR MALLERNEE

PLEASE TAKE NOTICE that Plaintiff Mark McEvoy, by counsel, will take the deposition of Trevor Mallernee on Tuesday, October 17, 2023, at 9:00 a.m. ET at the offices of Kyler Lundholm, 300 E. Third Street, Dover, Ohio 44622. This deposition is being taken pursuant to Rule 30 of the Federal Rules of Civil Procedure and will be recorded by video and stenographic means before a Notary Public or other person authorized to administer oaths. The deposition shall continue from day to day until completed. Also take notice that the court reporter and/or videographer may be remote for the purposes of reporting the proceeding and may or may not be in the presence of the deponent consistent with the laws of the State where the witness is located.

This deposition will be used for any purpose allowed under the Federal Rules of Civil Procedure in the trial of the above-captioned matter. You are invited to attend and protect your interests.

Dated: October 10, 2023

Respectfully submitted,

/s Amanda Demmerle
Amanda Demmerle (WVSB No. 13930)

J. Michael Becher (WVSB No. 10588)
Joseph M. Lovett (WVSB No. 6926)
Isak Howell (WVSB No. 11558)
Benjamin Luckett (WVSB No. 11463)
Claire Horan (admitted *pro hac vice*)
APPALACHIAN MOUNTAIN ADVOCATES
P.O. Box 507
Lewisburg, WV 24901
(304) 645-9006
ademmerle@appalmad.org
mbecher@appalmad.org
jlovett@appalmad.org
ihowell@appalmad.org
bluckett@appalmad.org
choran@appalmad.org

Brian A. Glasser, Esq. (WVSB No. 6597)
John W. Barrett, Esq. (WVSB No. 7289)
Brian R. Swiger (WVSB No. 5872)
Athanasios Basdekis (WVSB No. 9832)
Panida Anderson (admitted *pro hac vice*)
James Lincoln Wolfe (WVSB No. 14117)
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, West Virginia 25301
(304) 345-6555 (phone)
(304) 342-1110 (fax)
bglasser@baileyglasser.com
jbarrett@baileyglasser.com
bswiger@baileyglasser.com
tbasdekis@baileyglasser.com
panderson@baileyglasser.com
lwolfe@baileyglasser.com

*Attorneys for Plaintiffs and Proposed Class*

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

MARK MCEVOY, et al., individually and
on behalf of a proposed class,

           Plaintiffs,

v.                                                           CIVIL ACTION NO. 5:22-cv-171
                                                                Honorable Judge John P. Bailey

DIVERSIFIED ENERGY COMPANY PLC,
et al.,

           Defendants.

**CERTIFICATE OF SERVICE**

      I, Amanda Demmerle, certify that on October 10, 2023, a true and correct copy of PLAINTIFFS' NOTICE OF VIDEOTAPED DEPOSITION OF TREVOR MALLERNEE using CM/ECF, the Court's electronic notification system, which provided notice to all counsel of record.

                                                                    /s/ Amanda Demmerle
                                                                    Amanda Demmerle (WVSB No. 13930)