IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**MARK McEVOY**, et al.,

        Plaintiffs,

v.                                          **Civil Action No. 5:22-CV-171**
                                                    Judge Bailey

**DIVERSIFIED ENERGY COMPANY PLC**,
et al.,

        Defendants.

## ORDER

Pending before this Court is Plaintiffs' Motion to File Under Seal Certain Exhibits to Plaintiffs' Motion for the Issuance of Letters Rogatory Regarding the Deposition of Non-Party Timothy Michael McAllister [Doc. 432], filed November 1, 2023. Therein, plaintiffs request leave of Court to file under seal certain exhibits to plaintiffs' Motion for the Issuance of Letters of Request for International Judicial Assistance (Letters Rogatory) Regarding the Deposition of Non-Party Michael McAllister because the exhibits constitute confidential business records relating to Mr. McAllister's work for non-party PwC as an external auditor of Diversified. Moreover, the exhibits have each been designated by the parties as Confidential Information within the meaning of the Protective Order entered by the Court, and should therefore not be made part of the public record.

The Motion [**Doc. 432**] is **GRANTED**. The Clerk is hereby **DIRECTED** to **FILE UNDER SEAL**:

- Exhibit C [Doc. 432-1] and Exhibit D [Doc. 432-2] to Plaintiffs' Motion for the Issuance of Letters of Request for International Judicial Assistance (Letter Rogatory) Regarding the Deposition of Non-Party Timothy Michael McAllister [Doc. 431].

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: November 2, 2023.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE