IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

**MARK McEVOY, et al.,**

        Plaintiffs

v.                                              CIVIL ACTION NO. 5:22-CV-171
                                                       Honorable Judge John P. Bailey

**DIVERSIFIED ENERGY COMPANY, PLC,**
**et al.**

        Defendants.

ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of **Maria Kearns-Galeano** it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented parties.

ENTER:   1-11-2024.

                                                        United States District Judge