IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

WHEELING DIVISION

MARK MCEVOY, et al., individually
and on behalf of a proposed class,

              Plaintiffs,

                                        Civil Action No. 5:22-cv-171
v.                                          The Honorable John P. Bailey

DIVERSIFIED ENERGY COMPANY PLC,
et al.,

              Defendants.

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW THEIR MOTION FOR A PROTECTIVE ORDER LIMITING THE SCOPE OF LUKE PLANTS DEPOSITION IN ALLEGHENY COUNTY ACTION (ECF NO. 537) AND DENYING THE MOTION FOR PROTECTIVE ORDER

As requested by Plaintiffs and as it is unopposed by EQT Defendants, who filed a response to the motion, the Court hereby GRANTS Plaintiff's Motion to Withdraw their previously filed Motion for Protective Order to Limit the Scope of the Deposition of Luke Plants in Civil Action No: GD-23-004683, *EQT Production Company v. Plants and Goodwin et al.* (ECF No. 537). As such, the previously filed motion at ECF Docket No. 537 is summarily DENIED.

Date: 3-18-2024

The Honorable John Preston Bailey
United States District Court Judge