IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**MARK McEVOY**, *et al.,*

        Plaintiffs,

v.                                      **Civil Action No. 5:22-CV-171**
                                             Judge Bailey

**DIVERSIFIED ENERGY COMPANY PLC**,
*et al.,*

        Defendants.

## ORDER

Pending before this Court is Plaintiffs' Third Motion to Compel Production of Documents and Motion for Expedited Relief [Doc. 564], filed March 29, 2024.

This Court will **GRANT IN PART [Doc. 564]** the Motion and set an expedited briefing schedule. Responses are due on or before **April 5, 2024**. Replies are due on or before **April 10, 2024**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: April 1, 2024.

                                                **JOHN PRESTON BAILEY**
                                                **UNITED STATES DISTRICT JUDGE**