## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### Wheeling

**MARK McEVOY**, *et al.*,

        Plaintiffs,

v.                                **Civil Action No. 5:22-CV-171**
                                            Judge Bailey

**DIVERSIFIED ENERGY COMPANY PLC**,
*et al.*,

        Defendants.

### ORDER

Pending before this Court is a Motion to File Plaintiffs' Unredacted Memorandum of Law in Support of Motion for Class Certification Under Seal [Doc. 615], filed June 21, 2024. Therein, plaintiffs request an order permitting them to file their Memorandum of Law in Support of Motion for Class Certification and Exhibit A to the Memorandum under seal because the Memorandum and Exhibit contain potential proprietary information under the Protective Order entered in this case.

The Motion [**Doc. 615**] is **GRANTED**. The Clerk is **DIRECTED** to **FILE UNDER SEAL**:

• Plaintiffs' Memorandum of Law in Support of Motion for Class Certification [Doc. 615-1] and Exhibit A [Doc. 615-2].

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

1

**DATED**: June 24, 2024.

                                                 _____
                                                 JOHN PRESTON BAILEY
                                                 UNITED STATES DISTRICT JUDGE