IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

WHEELING DIVISION

MARK MCEVOY, et al., individually and
on behalf of a proposed class,

Plaintiffs,

v.                                                              CIVIL ACTION NO. 5:22-cv-171
                                                               Honorable Judge John P. Bailey

DIVERSIFIED ENERGY COMPANY PLC,
et al.,

Defendants.

**████████ ORDER GRANTING MOTION TO FILE PLAINTIFFS'
UNREDACTED MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR RECONSIDERATION AND EXHIBIT D UNDER SEAL**

Pending before this Court is a Motion to File Plaintiffs' Unredacted Memorandum in

Support of Motion to Reconsider and Exhibit D Under Seal [Doc.__], filed September 5, 2024.

Therein, plaintiffs request an order permitting them to file their Plaintiffs' Memorandum in

Support of Motion (1) to Reconsider Order Granting Motion to Strike Common Law Allegations,

or Alternatively, (2) to Hold the Order in Abeyance Until the Completion of Class Certification

Discovery and Briefing and Exhibit D to the Memorandum under seal because the Memorandum

and Exhibit contain potential proprietary information under the Protective Order entered in this

case.

The Motion [Doc. 656] is GRANTED. The Clerk is DIRECTED to FILE UNDER

SEAL:

Plaintiffs' Memorandum of Law in Support of Motion for Class Certification

[Doc. 656-1 ] and Exhibit D [Doc. 656-2 ].

It is so ORDERED.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

DATED: **9-5-2024.**

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE