# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## Wheeling

**MARK McEVOY**, *et al.*,

        Plaintiffs,

v.                                 **Civil Action No. 5:22-CV-171**
                                                 Judge Bailey

**DIVERSIFIED ENERGY COMPANY PLC**,
*et al.*,

        Defendants.

## ORDER

In light of the pending Motion to Reconsider [Doc. 657], the deadlines for Class Certification briefing are reinstated for **all class allegations**, including those stricken in this Court's August 26, 2024 Order.

Responses to the Motion to Certify Class [Doc. 616] are due on or before **October 18, 2024**. *See* [Doc. 645 at ¶ 7]. Replies are due on or before **November 1, 2024**. *See* [id.].

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:** September 12, 2024.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

1