FILED: October 3, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-223
(5:22-cv-00171-JPB-JPM)

_____

MARK MCEVOY; JAMES TAWNEY; SUSAN TAWNEY; SAMUEL STARK; MARK GOFF; CAROL DELROSSO; SUSAN DENNISON; GEORGE DELROSSO, individually and on behalf of a proposed class; SCOTT CORCORAN; JENNIFER TANNER; CLINTON AND CANDACE DRAINER IRREVOCABLE TRUST; JEFFREY L. SALTIS; KATHY JOHNSON; EBEN FRITTS; BENJAMIN PATTERSON; CHAD SILVESTER; REGINA COLLETTE; JACOB COLLETTE; JOAN MEDLEY; CHRISTINE COCHRAN; MINERVA EVANS; LANE EVANS; KELLIE D. SALTIS; MAYNARD TANNER; HEIDI DEEM; TAMMY CAMPBELL; BONNIE GARRETT; COLLEEN GLADWELL; MICHAEL PHILLIPS; LOREN SMITH; BRUCE PERRONE; SUSAN LEFFLER; NORMAN GOOGEL

    Petitioners

v.

DIVERSIFIED ENERGY COMPANY PLC; DIVERSIFIED PRODUCTION, LLC; DIVERSIFIED GAS & OIL CORPORATION; EQT PRODUCTION COMPANY; EQT GATHERING, LLC; EQT MIDSTREAM PARTNERS, LP; EQT GP HOLDINGS, LP; EQT CORPORATION; CHESTER C. DODD, JR.; KATHRYN M. HUNT; LINDA DODD FLUHARTY

    Respondents

_____

O R D E R

_____

Upon consideration of submissions relative to plaintiffs' Rule 23(f) petition for permission to appeal order denying class certification, the court denies the petition.

Entered at the direction of Judge Niemeyer with the concurrence of Judge Rushing and Judge Heytens.

For the Court

/s/ Nwamaka Anowi, Clerk
