IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

MARK MCEVOY, et al., individually and
on behalf of a proposed class,

          Plaintiffs,

   v.

DIVERSIFIED ENERGY COMPANY PLC,
et al.,

          Defendants.

Civil Action No. 5:22-cv-171
The Honorable John P. Bailey

## STIPULATION OF VOLUNTARY DISMISSAL OF
## PLAINTIFF TAMMY CAMPBELL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal of Plaintiff Tammy Campbell ("Plaintiff") from this action. This dismissal is without prejudice as to Plaintiff's claims against Diversified Energy Company, PLC, Diversified Production, LLC, and Diversified Gas & Oil Corporation, and with prejudice as to Plaintiff's claims against EQT Production Company, EQT Gathering, LLC, and EQT Corporation. Each party shall bear its own costs.

Dated: November 4, 2024

Respectfully submitted by,

*/s/ John W. Barrett*
John W. Barrett, Esq. (WVSB #7289)
**BAILEY & GLASSER, LLP**
209 Capitol Street
Charleston, West Virginia 25301
(304) 345-6555 (phone)
(304) 342-1110 (fax)
jbarrett@baileyglasser.com
    *Counsel for Plaintiffs and*
    *Proposed Class*

1

        *s/ Jennifer J. Hicks*
        Jennifer J. Hicks, Esq.
        **BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.**
        300 Summers Street, Suite 1000
        Charleston WV 25301
        jhicks@babstcalland.com
         *Counsel for EQT Defendants*

        *s/ Howard M. Persinger, III*
        Howard M. Persinger, III, Esq.
        **PERSINGER & PERSINGER, L.C.**
        237 Capitol Street
        Charleston, WV 25301
        hmp3@persingerlaw.com
         *Counsel for Diversified Defendants*

        */s/ Ryan P. Orth*
        Ryan P. Orth (WVSB #13029)
        **CASEY & CHAPMAN, PLLC**
        Wheeling, WV 26003
        (304) 231-2405
        (866) 296-2591 (fax)
         *Counsel for Intervenor-Defendants*
         *Chester C. Dodd, Kathryn M. Hunt,*
         *and Linda Dodd Fluharty*

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

MARK MCEVOY, et al., individually and
on behalf of a proposed class,

           Plaintiffs,

                                       Civil Action No. 5:22-cv-171
v.                                  The Honorable John P. Bailey

DIVERSIFIED ENERGY COMPANY PLC,
et al.,

           Defendants.

## CERTIFICATE OF SERVICE

I, John W. Barrett, do hereby certify that on the 4th day of November, 2024, the foregoing **NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF TAMMY CAMPBELL** using the Court's CM/ECF was filed with the Clerk of Court using the CM/ECF System and a true and accurate copy was served upon the following parties via email as follows:

                                                        */s/ John W. Barrett*
                                                        John W. Barrett, Esq. (WVSB #7289)