IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING

MARK MCEVOY, et al., individually and
on behalf of a proposed class,

        Plaintiffs,

v.      CIVIL ACTION NO. 5:22-cv-171
    Honorable Judge John P. Bailey

DIVERSIFIED ENERGY COMPANY PLC,
et al.,

        Defendants.

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

For the reasons stated in the supporting Memorandum, Plaintiffs respectfully request the Court grant preliminary approval of the proposed class action settlement, adopt the proposed schedule in the memorandum, and enter the proposed Preliminary Approval Order attached as Exhibit 1.A to the memorandum.

Dated: November 6, 2024      Respectfully submitted,

*/s/ John W. Barrett*
John W. Barrett, Esq. (WVSB No. 7289)
Brian A. Glasser, Esq. (WVSB No. 6597)
Brian R. Swiger (WVSB No. 5872)
Athanasios Basdekis (WVSB No. 9832)
J. Lincoln Wolfe (WVSB No. 14117)
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, West Virginia 25301
(304) 345-6555 (phone)
(304) 342-1110 (fax)
bglasser@baileyglasser.com
jbarrett@baileyglasser.com
bswiger@baileyglasser.com
tbasdekis@baileyglasser.com
lwolfe@baileyglasser.com

Panida A. Anderson (admitted *pro hac vice*)
Bailey & Glasser, LLP
1055 Thomas Jefferson St. NW, Suite 540
Washington, DC 20007
Panderson@baileyglasser.com
Telephone: (202) 463-2101
Facsimile: (202) 463-2103

J. Michael Becher (WVSB No. 10588)
Joseph M. Lovett (WVSB No. 6926)
Isak Howell (WVSB No. 11558)
Benjamin Luckett (WVSB No. 11463)
Amanda Demmerle (WVSB No. 13930)
Claire Horan (admitted *pro hac vice*)
APPALACHIAN MOUNTAIN
ADVOCATES
P.O. Box 507
Lewisburg, WV 24901
(304) 645-9006
jlovett@appalmad.org
mbecher@appalmad.org
ihowell@appalmad.org
bluckett@appalmad.org
ademmerle@appalmad.org
choran@appalmad.org

*Attorneys for Plaintiffs and Proposed Class*

## UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF WEST VIRGINIA
## WHEELING DIVISION

MARK MCEVOY, et al., individually and
on behalf of a proposed class,

          Plaintiffs,

v.                                      CIVIL ACTION NO. 5:22-cv-171
                                        Honorable Judge John P. Bailey

DIVERSIFIED ENERGY COMPANY PLC,
et al.,

          Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of November 2024, a copy of **PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** was filed using CM/ECF, the Court's electronic notification system, which provided notice to all counsel of record.

                                                          */s/ John W. Barrett*
                                                          John W. Barrett, Esq. (WVSB No. 7289)