## **EXHIBIT C**

**Form Final Judgment**

## EXHIBIT 1.C

### Final Order of Dismissal

### UNITED STATES DISTRICT COURT FOR
### THE NORTHERN DISTRICT OF WEST VIRGINIA
### WHEELING DIVISION

MARK MCEVOY, et al., individually and
on behalf of a proposed class,

        Plaintiffs,

v.                                       CIVIL ACTION NO. 5:22-cv-171
                                                  Honorable Judge John P. Bailey

DIVERSIFIED ENERGY COMPANY PLC,
et al.,

        Defendants.

### FINAL ORDER OF DISMISSAL

Having granted final approval of the Parties' Settlement Agreement, and the period for appeal having run, the Court dismisses this action with prejudice, subject to the terms and conditions stated in the Final Approval Order. Except as otherwise provided in that Order, each party shall bear its own costs.

DATED: _____, 2025

                                                            Hon. John Preston Bailey
                                                            United States District Court