## **EXHIBIT E**

**Proposed Notice Program**

**EXHIBIT 1.E**

**Declaration Regarding Notice Program**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| MARK MCEVOY, *et al.*, | Civil Action No. 22-cv-00171-JPB |
| Plaintiffs, | **DECLARATION OF CECILY G. UHLFELDER OF KROLL SETTLEMENT ADMINISTRATION LLC IN CONNECTION WITH PRELIMINARY APPROVAL OF SETTLEMENT** |
| v. | |
| DIVERSIFIED ENERGY COMPANY PLC, *et al.*, | |
| Defendants. | |

I, Cecily G. Uhlfelder, hereby declare:

1.      I am the Media Director of Kroll Notice Media Solutions ("Kroll Media"),[1] a business unit of Kroll Settlement Administration LLC ("Kroll"), the proposed Class Notice Agent to be appointed in the above-captioned case. This declaration is based upon my personal knowledge as well as information provided to me by my associates and staff, including information reasonably relied upon in the fields of advertising media and communications.  This declaration is being filed in connection with preliminary approval of the Settlement.

2.      I have over twenty years of legal notice experience in mass tort, consumer and product liability class actions and bankruptcies. I have developed and implemented some of the largest and most complex programs in the legal notice industry for cases involving asbestos, NFL concussions, pharmaceuticals, polybutylene piping, and tobacco. My expertise includes the media planning, media buying, research, creative design process and data analysis of hundreds of court-approved national, local and international notice programs.  Prior to my professional experience

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Settlement Agreement.

in the class action notice and claims administration industry, I worked in general market advertising for several years, developing national corporate branding media campaigns.

3.     Kroll has extensive experience in class action matters, having provided services in class action settlements involving antitrust, securities, labor and employment, consumer, government enforcement matters. Kroll has provided class action services in over 3,000 settlements varying in size and complexity over the past 50 years.

4.     Kroll has been designated by Interim Class Counsel as the Class Notice Agent to provide notification and administration services in connection with the Settlement Agreement entered into this Action, including effectuating a notice plan that incorporates dissemination of the notice by mail, publication via media outlets, and through the use of a Settlement website to be created in connection with this matter.

5.     It is Kroll's understanding that it will be provided with a list of Settlement Class Members (the "Class List"), which will contain a combination of names, physical addresses, and other data elements pertinent to the administration of the Settlement.

## MAIL NOTICE

6.     Kroll will work with Interim Class Counsel and Defendants' counsel (collectively, "Counsel") to format the Mail Notice for mailing.  Upon approval, Kroll will coordinate the preparation of Mail Notice proofs for Counsel's review and final approval.

7.     As required under Article IV, paragraph 3 of the Settlement Agreement, Kroll will send the Mail Notice by first-class mail to the physical addresses of Settlement Class Members as provided on the Class List.

8.     In preparation for the Mail Notice mailing, Kroll will send the Class List through the United States Postal Service's ("USPS") National Change of Address ("NCOA") database. The NCOA process will provide updated addresses for Settlement Class Members who have submitted a change of address with the USPS in the last 48 months, and the process will also standardize the addresses for mailing.  Kroll will then prepare a mail file of Settlement Class Members that are to receive the Mail Notice via first-class mail.

9.      At the direction of Counsel, Mail Notices returned by the USPS with a forwarding address will be automatically re-mailed to the updated address provided by the USPS.

10.      At the direction of Counsel, Mail Notices returned by the USPS undeliverable as addressed without a forwarding address will be sent through an advanced address search process in an effort to find a more current address for the record.  If an updated address is obtained through the advanced address search process, Kroll will re-mail the Mail Notice to the updated address.

11.      The direct notice program as outlined in the Settlement Agreement and as expected to be implemented by Kroll contemplates a robust Class List that will allow for direct notice to reach the vast majority of Settlement Class Members through direct mail. Based upon information provided by Counsel, Kroll's experience as a settlement administrator and assuming data received is relatively up to date, Kroll estimates an average undeliverable rate of no more than 8% and, thus, has reason to believe direct notice will likely reach an estimated 92% of the proposed Settlement Class. These assumptions are subject to the accuracy and quality of the data received from Defendants.  This estimated reach projection is consistent with other court-approved, best-practicable notice programs and Federal Judicial Center Guidelines, which state that a notice plan that reaches over 70% of targeted class members is considered a high percentage and the "norm" of a notice campaign.[2]

## PUBLICATION NOTICE

12.      As required under Article IV, paragraph 3 of the Settlement Agreement, Publication Notice will also be provided via media outlets. Kroll Media's proposal for notice by publication is set forth below.

13.      The Settlement Class includes all persons and entities that own or lease any right, title, or interest in the surface of any piece or parcel of land in West Virginia, Ohio, Kentucky, Pennsylvania, Virginia, or Tennessee that have had a Diversified Well on said piece or parcel at any time between the date of the first complaint in the Action (July 8, 2022) and the date of the signing of the Settlement Agreement (November 4, 2024), including their predecessors, executors,

---

[2] Barbara Rothstein and Thomas Willging, Federal Judicial Center Managing Class Action Litigation:  A Pocket Guide for Judges, at 27 (3d Ed. 2010).

administrators, heirs, assigns, related parties or persons, tenants, and successors. Kroll Media has selected a target audience of Kentucky, Ohio, Pennsylvania, Tennessee, Virginia and West Viriginia adults 18 years of age or older.

## ONLINE DISPLAY

14.     Kroll Media will apply a programmatic approach to display advertising placements.[3] Digital banner ads will be purchased "programmatically," using a computer algorithm to show a specific ad to a specific visitor in a specific context. These ads are device agnostic, such that they will appear across desktop, laptop, tablet, or mobile device.

15.     Online display ads would specifically target all Kentucky, Ohio, Pennsylvania, Tennessee, Virgina and West Viriginia adults over the age of 18.  Additional impressions will be nationally targeted to the broader adult 18+ population.

16.     Online banner ads will include the most popular and widely accepted formats[4] such as 160x600 (wide skyscraper), 300x250 (rectangle), 300x600 (large skyscraper), 728x90 (leader board), 300x50 (mobile banner), 320x50 (mobile leader board), and 336x280 (large rectangle).[5]

## PRINT PUBLICATION – LOCAL NEWSPAPER

17.     The Publication Notice will be published, as a 1/6[th] page black and white ad, in Kentucky, Ohio, Pennsylvania, Tennessee, Virginia and West Virginia local daily newspapers as follows:

| LOCAL NEWSPAPER | STATE | INSERTIONS | CIRCULATION |
|---|---|---|---|
| *Bowling Green Daily News* | KY | 1 | 15,212 |

---

[3] In practice, when a user visits a website, an IP connection between the user's device and the publisher's webserver is established. The website then flags available ad tags so that the ad server can analyze data about the user, such as demographic attributes or location. This information is shared with advertising exchanges (*i.e.*, digital advertising marketplaces for ad space) where ad buyers can bid on the ad unit relevant to the campaign. If the ad unit is user-relevant, *i.e.,* it targets a class member, a bid is offered. Upon winning the bid for the ad unit, the ad is downloaded on a webpage for a user to see and this counts as an impression. Digital banner ads and social media ads include relevant information for the user to self-identify.  If the user clicks on the ad, an embedded link takes them to the settlement website, where they can learn more about the settlement and potentially file a claim.

[4] Digital ad unit dimensions are measured in pixels by height and width.

[5] Creating multiple ad sizes increases a notice plan's probability of getting the message in front of the right target audience at the right time.  If a web page serves only 300x250 and 728x90 ads, and the campaign only created a 320x50 ad, a notice plan ad will not have the opportunity to serve an ad on that website.

| | | | |
|---|---|---|---|
| *Lexington Herald-Leader* | KY | 1 | 34,750 |
| *Louisville Courier Journal* | KY | 1 | 31,582 |
| *Paducah Sun* | KY | 1 | 21,888 |
| *Cincinnati Enquirer* | OH | 1 | 33,942 |
| *Columbus Dispatch* | OH | 1 | 68,556 |
| *Johnstown Tribune-Democrat* | PA | 1 | 15,362 |
| *Pittsburgh Post-Gazette* | PA | 1 | 74,916 |
| *Wilkes-Barre Times-Leader* | PA | 1 | 17,732 |
| *Chattanooga Times Free Press* | TN | 1 | 26,613 |
| *Parsons News Leader* | TN | 1 | 3,000 |
| *Knoxville News Sentinel* | TN | 1 | 24,448 |
| *Memphis Commercial Appeal* | TN | 1 | 19,668 |
| *Nashville Tennessean* | TN | 1 | 25,142 |
| *Virginian-Pilot* | VA | 1 | 67,947 |
| *Richmond Times-Dispatch* | VA | 1 | 22,088 |
| *Roanoke Times* | VA | 1 | 20,925 |
| *Beckley Register-Herald* | WV | 1 | 7,800 |
| *Charleston Gazette-Mail* | WV | 1 | 22,947 |
| *Clarksburg Exponent-Telegram* | WV | 1 | 12,534 |
| *Parkersburg News and Sentinel* | WV | 1 | 9,297 |

## PRESS RELEASE

18.     Kroll Media would also issue a press release concerning the Settlement via PR Newswire's US1 distribution network.  This network includes thousands of news outlets.  Kroll Media would monitor for news mentions and report the results to the Court upon completion of the notice program.

## SETTLEMENT WEBSITE

19.     Kroll will work with Counsel to create a dedicated Settlement website. The Settlement website URL will be determined and approved by Counsel.  The Settlement website

will contain a summary of the Settlement, answers to frequently asked questions, will allow Settlement Class Members to contact the Class Notice Agent with any questions or changes of address, provide notice of important dates such as the Final Approval Hearing and the deadlines to object or submit a request for exclusion. The Settlement website will also contain downloadable copies of relevant Settlement documents including the Settlement Agreement, Preliminary Approval Order, Mail Notice, long form notice, and any other materials agreed upon by the Settlement Parties and/or required by the Court.

## TOLL-FREE TELEPHONE NUMBER

20.    Kroll will also establish a toll-free telephone number for the Settlement.  The toll-free telephone number will allow Settlement Class Members to call and obtain information about the Settlement through an Interactive Voice Response ("IVR") system and/or by speaking with a live operator option. Settlement Class Members may also request copies of the long form notice and the Settlement Agreement.

## POST OFFICE BOX

21.    Kroll will designate a post office box with the mailing address *McEvoy v. Diversified Energy Company PLC*, c/o Kroll Settlement Administration LLC, PO Box 225391, New York, NY 10150-5391, in order to receive opt-out requests, objections and correspondence from Settlement Class Members.

## CONCLUSION

22.     In my opinion, the proposed notice plan, which includes a combination of direct mail, online display and local newspaper advertising, reflects an appropriate and contemporary way to provide notice to the Settlement Class. This notice plan is consistent with other similar court-approved, best practicable notice programs, the requirements of Fed. Civ. P. 23(c)(2)(B), and the Federal Judicial Center guidelines for best practicable notice.[6]

---

[6] FED. JUD. CTR., *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* (2010), *available at* https://www.fjc.gov/sites/default/files/2012/NotCheck.pdf. The guide suggests that the minimum threshold for adequate notice is 70%. *See id.* at pp. 1, 3.

I declare under the penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on November 4, 2024 in Los Gatos, California.

_____
CECILY G. UHLFELDER

The following exhibits, all prepared by class counsel, are attached to this declaration:

     a.  Draft mailed postcard notice - Exhibit E(1)

     b.  Draft long form website notice – Exhibit E(2)

     c.  Draft publication notice – Exhibit E(3)

     d.  Draft press release – Exhibit E(4)

**<u>EXHIBIT E(1)</u>**

**Draft mailed postcard notice**

Court Seal

United States District Court
[Name of Case]
Case No.

## Class Action Notice
### Authorized by the U.S. District Court





**From 2022 to 2024, did you have an interest in land in WV, OH, KY, PA, VA or TN, with a Diversified Energy oil and gas well on that land?**

**There is a settlement of a lawsuit regarding Diversified Energy's plugging of such wells over a 10-year period, and regarding former well owner EQT's obligations.**

**To be part of this settlement, you need not do anything.**

**To exclude yourself from the settlement, you need to respond by [date].**

**Key things to know:**
- You can learn more at [website] or by scanning the QR code.
- This is an important legal document authorized by the Court.
- If you take no action, you will be a class member, and any Court ruling will apply to you.

- If you have questions or need assistance, please call [phone number]

# Court-Approved
## Legal Notice
## [Court Seal]

<<MAIL ID>>

<<NAME 1>>
<<NAME 2>>
<<ADDRESS LINE 1>>
<<ADDRESS LINE 2>>
<<ADDRESS LINE 3>>
<<ADDRESS LINE 4>>
<<ADDRESS LINE 5>>
<<CITY, STATE ZIP>>
<<COUNTRY>>

This is an important notice
about a class action lawsuit.

**EXHIBIT E(2)**

**Draft long form website notice**

Court Seal               United States District Court

*McEvoy, et al.*
               *v.*
*Diversified Energy and EQT*
Case No. 5:22-CV-171

## *Authorized by the U.S. District Court*

| | | |
|---|---|---|
| **From 2022 to 2024, did you have an interest in land in WV, OH, KY, PA, VA, or TN, with a Diversified Energy oil and gas well on that land?** | **There is a settlement of a lawsuit regarding Diversified Energy's plugging of such wells over a 10-year period, and regarding former well owner EQT's obligations.** | **To be part of this settlement, you do not need to do anything.** **To exclude yourself from the settlement, you need to respond by [date].** |

Important things to know:

- You can learn more at: [website]

- If you take no action, you will be a member of the settlement class.

- If you have questions or need assistance, please call [phone number].

# Table of Contents

**Table of Contents**..................................................................................................2

**About This Notice** ...............................................................................................3

    Why did I get this notice? ..............................................................................3

    What do I do next?.........................................................................................3

    What are the most important dates?..............................................................4

**Learning About the Lawsuit** ...............................................................................4

    What is this lawsuit about? .............................................................................4

    Why is there a settlement in this lawsuit?.......................................................5

    What happens next in this lawsuit? .................................................................5

**Learning About the Settlement**...........................................................................6

    What does the settlement provide?.................................................................6

    How do I know if I am part of this settlement?.................................................7

    Do I have a lawyer in this lawsuit? .................................................................8

    Do I have to pay the lawyers in this lawsuit? ..................................................8

**Opting Out**........................................................................................................8

    What if I don't want to be part of this settlement?...........................................8

    How do I opt out? ..........................................................................................9

**Objecting** .........................................................................................................9

    What if I disagree with the settlement?...........................................................9

**Doing Nothing** ................................................................................................10

    What are the consequences of doing nothing?.............................................10

**Key Resources** ................................................................................................10

    How do I get more information?...................................................................10

# About This Notice

## Why did I get this notice?

This notice is to tell you about the pending settlement of a class action lawsuit captioned *McEvoy v. Diversified Energy and EQT.*  In the lawsuit, Plaintiffs alleged that Diversified and EQT engaged in improper transfers of certain oil and gas wells and that Diversified wrongfully utilized land by failing to plug certain non-producing wells, among other things.

Diversified and EQT challenged Plaintiffs' claims.  Diversified and EQT maintained that the transfer of wells was proper and approved by state regulatory agencies, and that Diversified was complying with state law and consent orders in methodically plugging wells.  The Judge had not decided who was right.

The parties reached a settlement that is detailed below.  **You may be a member of the group of people affected, called the "class."** Members of the class are persons and entities that owned—from July 8, 2022 to November 4, 2024—a surface interest in land in West Virginia, Ohio, Kentucky, Pennsylvania, Virginia, or Tennessee, with a Diversified Energy oil and gas well on that land.  This notice gives you a summary of the terms of the proposed settlement agreement, explains what rights class members have, and helps class members make informed decisions about what action to take.

## What do I do next?

Read this notice so that you can understand what has been settled and to see if you are a part of the group it affects. Then, decide if you want to:

| Options | More information about each option |
|---|---|
| **Do Nothing** | Be a member of the class, with the opportunity to have non-producing wells plugged over the next 10 years. Give up certain rights resolved by the settlement. Give up certain legal rights, including the right to sue Diversified until January 1, 2034, for failing to plug your |

| | well. Diversified and EQT contest that citizens have a right to bring any such lawsuit. |
|---|---|
| **Opt Out** | You will not be a member of the class, and you will not release claims (to the extent they existed) against Diversified and EQT. |
| **Object** | To object, you must remain in the class and explain to the Court any specific disagreements you have with the proposed settlement. |

Read on to understand the specifics of the settlement and what each choice would mean for you.

## What are the most important dates?

Your deadline to object or opt out: **[date]**
Settlement approval hearing: **[date]**

# Learning About the Lawsuit

## What is this lawsuit about?

Beginning in 2022, a group of surface owners with Diversified wells on their properties filed a class action lawsuit against Diversified and EQT.

**Where can I learn more?**
You can get a complete copy of the proposed settlement and other key documents in this lawsuit at:
[website]

The lawsuit [available here] alleged that EQT sold approximately 12,000 wells to Diversified, and alleged that Diversified was unable to pay the cost of plugging all of those wells.

The lawsuit also alleged that Diversified was committing trespass on approximately 2,000 well locations because those did not produce gas continuously for a period of twelve months, and alleged that Diversified was negligent in its failure to plug those wells.

Diversified and EQT deny that they did anything wrong.  They challenged Plaintiffs' claims.  Diversified and EQT maintain, among other things, that the challenged transactions were entered into at arms-length and in good-faith; that Diversified was solvent at the time of the challenged transactions and remains solvent today; and that Diversified is party to valid, long-term consent orders with state well regulators that outline manageable and sustainable plugging commitments.

## Why is there a settlement in this lawsuit?

In 2024, the parties agreed to settle, which means they have reached an agreement to resolve the lawsuit. Both sides want to avoid the risk and expense of further litigation.

The settlement is for all persons and entities that owned or leased any right, title, or interest in the surface of any piece or parcel of land in six states—WV, OH, KY, PA, VA, and TN—who have Diversified Energy oil and gas wells on their land at any point from July 8, 2022 to November 4, 2024. The Court has not decided this case in favor of either side.

### What is a class action settlement?
A class action settlement is an agreement between the parties to resolve and end the case.

## What happens next in this lawsuit?

The Court will hold a Fairness hearing to decide whether to approve the settlement. The hearing will be held at:

**Where:**      US District Court for the Northern District of West Virginia
1125 Chapline Street
Wheeling, WV

**When:**       [time] on [date].

The Court has directed the parties to provide this notice about the proposed settlement agreement. Because the settlement of a class action decides the rights of all members of the proposed class, the Court must give final approval to the settlement before it can take

5

effect.

You don't have to attend, but you may at your own expense. You may also ask the Court for permission to speak and express your opinion about the settlement. If the Court does not approve the settlement or the parties decide to end it, it will be void and the lawsuit will continue. The date of the hearing may change without further notice to members of the class. To learn more and confirm the hearing date, go to [website].

# Learning About the Settlement

## What does the settlement provide?

The settlement requires Diversified to plug 2,600 wells in the six affected states through December 31, 2034. Diversified must plug 200 wells in 2025, and the annual requirement will increase periodically, to 325 wells in 2034. If Diversified misses those targets by more than 5% in any year it will be penalized and required to plug additional wells. The plugging schedule and related provisions are available [here].

Diversified has consent orders with state well regulators requiring Diversified to plug a certain number of wells per year for various numbers of years (depending on the State).  This settlement increases the number of wells that Diversified must plug.  To date, Diversified has been meeting or exceeding those state regulatory obligations.  As part of the settlement, Diversified has agreed to plug more wells over the next 10 years than currently required by state regulators.

Diversified will select the wells to plug. The settlement does not require that any specific wells be plugged. The wells Diversified selects must be roughly proportional in number (within 17.5%) to the percentage of Diversified's non-producing wells in each of the six affected states.

Diversified must plug all selected wells in compliance with applicable state plugging and safety regulations.

Additionally, if a surface owner has a bona fide health, safety, or

6

environmental concern, the surface owner can apply for well-plugging at no cost through an administrator appointed by the Court, provided that the concern is established by a declaration or other written submission. The administrator can require Diversified to plug no more than 10 such wells in any one-calendar year period.

Surface owners who do not opt out of the settlement cannot sue Diversified (for a period of ten years) or EQT about well plugging or the failure to plug wells. Surface owners retain the right to individually apply to their state environmental protection agency to request that their well be plugged, to the extent such a process exists under state law. Surface owners also keep the right to sue Diversified if Diversified's well plugging causes personal injury or property damage. You can read these provisions in detail [here].

The settlement also requires Diversified and EQT to pay up to $3.25 million each (for a total of up to $6.5 million). Some of this money will pay the cost of notifying class members of the settlement. It will also be used to pay any attorneys' fees, costs of the lawsuit, and service awards to class representatives approved by the Court. If the Court approves the settlement and the settlement takes effect, none of this money will be returned to Diversified and EQT.

## How do I know if I am part of this settlement?

If you have a Diversified well on your property, that well has an "API Number." You should obtain this API Number from your records or from the placard displayed on the well on your property, and enter the API number [on this website (hyperlink)] to determine if your well is affected by the lawsuit.

Persons or companies that only own or lease the minerals are not affected by the settlement at all. Only people or companies *who own or lease the surface* in WV, OH, KY, PA, VA, or TN on which a Diversified well is located are affected by this settlement.

The exact class definition can be found [here].

7

## Do I have a lawyer in this lawsuit?

In a class action, the court appoints class representatives and lawyers to work on the case and represent the interests of all the class members. For this settlement, the Court has appointed the following individuals and lawyers.

**Your lawyers:** [Names and Law Firm]. These are the lawyers who negotiated this settlement on your behalf.

If you want to be represented by your own lawyer, you may hire one at your own expense.

## Do I have to pay the lawyers in this lawsuit?

Lawyers' fees and costs will be paid from the up to $6.5 million paid by Diversified and EQT. **You will not have to pay the lawyers directly.**

To date, your lawyers have not been paid any money for their work or the expenses that they have paid for the case. To pay for some of their time and risk in bringing this case without any guarantee of payment unless they were successful, your lawyers will request, as part of the final approval of this Settlement, that the Court approve a payment of up to $6.25 million total for attorneys' fees and reimbursement of out-of-pocket expenses, including expert costs.

Lawyers' fees and expenses will only be awarded if approved by the Court as a fair and reasonable amount.  You have the right to object to the lawyers' fees even if you think the settlement terms are fair.

Your lawyers will also ask the Court to approve a payment of $3,000 each to the Class Representatives for the time and effort they contributed to the case.  If approved by the Court, these payments will be paid from the up to $6.5 million paid by Diversified and EQT.

# Opting Out

## What if I don't want to be part of this settlement?

You can opt out. If you do, you cannot object to the settlement.

8

However, you will not be bound or affected by anything that happens in this lawsuit and may be able to file your own case on an individual basis, to the extent you have any claims.

## How do I opt out?

To opt out of the settlement, you must complete the opt out form included with this notice and mail it by [date] to the Settlement Administrator at:

[Settlement Administrator]
[Street address]
[City, State, Zip Code]
[Phone Number]

Be sure to include your name, address, telephone number, API number(s) of the well(s) on your surface property affected by this settlement, and signature.

# Objecting

## What if I disagree with the settlement?

If you disagree with any part of the settlement (including the lawyers' fees) but don't want to opt out, you may object. You must give reasons why you think the Court should not approve it and say whether your objection applies to just you, a part of the class, or the entire class. The Court will consider your views. The Court can only approve or deny the settlement — it cannot change the terms of the settlement. You may, but don't need to, hire your own lawyer to help you.

To object, you must send a letter to the Court that:

(1) is postmarked by [date];
(2) includes the case name and number ([case name and number here])
(3) includes your full name, address and telephone number, and email address (if you have one);
(4) proof of class membership, including the API Number of the well

located on the your property, along with reasonable proof (such as tax assessment information or deeds) that you own the surface on which the well is located;

(5) states the reasons for your objection;

(6) identifies all class actions to which you have previously objected;

(7) says whether either you or your lawyer intend to appear at the final approval hearing and your lawyer's name;

(8) includes copies of all documents you wish to submit in support of your position;

(9) includes your handwritten signature.

Mail the letter to:

| [Settlement Administrator] [Street address] [City, State, Zip Code] [Phone Number] | [U.S. District Court] [Name of Courthouse] [Street address] [City, State, Zip Code] |
|---|---|

# Doing Nothing

## What are the consequences of doing nothing?

If you do nothing, you will be a part of the settlement class and be bound by the settlement and its "release" and covenant not to sue provisions. A full description of the claims and persons who will be released if this settlement is approved, as well as the covenant not to sue provision, can be found [here].

# Key Resources

## How do I get more information?

This notice is a summary of the proposed settlement. The complete settlement with all its terms can be found [here]. To get a copy of the settlement agreement or get answers to your questions:

- contact your lawyer (information below)

- visit the case website at [website]

10

- access the Court's [eCourt Public Portal] online or by visiting the Clerk's office of the Court (address below).

| Resource | Contact Information |
|---|---|
| **Case website** | [website] |
| **Settlement Administrator** | [Settlement Administrator]<br>[Street address]<br>[City, State, Zip Code]<br>[Phone Number] |
| **Your Lawyers** | [Law Firm]<br>[Law Firm email address]<br>[Street address]<br>[City, State, Zip Code]<br><br>[Law Firm]<br>[Law Firm email address]<br>[Street address]<br>[City, State, Zip Code] |
| **Court (DO NOT CONTACT)** | [U.S. District Court]<br>[Name of Courthouse]<br>[Street address]<br>[City, State, Zip Code] |

11

<u>**EXHIBIT E(3)**</u>

**Draft publication notice**

# Did You Have An Interest In Land With A Diversified Energy Oil & Gas Well?

## In WV, OH, KY, PA, VA, or TN
## Between July 2022 and November 2024

### *A proposed settlement may affect your rights.*

A proposed settlement has been reached in a lawsuit called *McEvoy v. Diversified Energy and EQT* that alleges Diversified and EQT engaged in improper transfers of certain oil and gas wells and that Diversified wrongfully used land by failing to plug certain non-producing wells, among other things.  Diversified and EQT deny any wrongdoing but have decided that it is in their best interests to settle the case in order to avoid the risk and expenses of further litigation.

### Who is included in the Settlement?
Members of the class are persons and entities that owned—from July 8, 2022 to November 4, 2024—a surface interest in land in West Virginia, Ohio, Kentucky, Pennsylvania, Virginia, or Tennessee, with a Diversified Energy oil and gas well on that land.

### What are the Settlement Benefits?
The settlement requires Diversified to plug a minimum of 2,600 wells in the affected states by December 31, 2034. If you have any health, safety, or environmental concerns, you can apply for well-plugging at no cost through a Court appointed administrator. More details are on **URLtbd.com**.

### What Are your Rights & Options?
- **Do Nothing:** Be a member of the class, with the opportunity to have non-producing wells plugged over the next 10 years. Give up certain legal rights, including the right to sue Diversified until January 1, 2034, for failing to plug your well. Diversified and EQT contest that citizens have a right to bring any such lawsuit.
- **Opt Out:** You will not be a member of the class, and you will not release claims (to the extent they existed) against Diversified and EQT.  The deadline to **opt out is Month 00, 2025**
- **Object:** To object, you must remain in the class and explain to the Court any specific disagreements you have with the proposed settlement. The deadline to **object is Month 00, 2025**.

The Court will hold a Fairness hearing at the US District Court for the Northern District of West Virginia, 1125 Chapline Street, Wheeling, WV 26003 on **Month 00, 2025** to consider approval of the settlement, a payment up to a  total of $0,000,000 for Class Counsel for attorneys' fees, plus Class Counsel's expenses, and an award of $3,000 for each Class Representative. In a Class Action Lawsuit, the Court appoints Class representatives and lawyers to work on the case and represent the interests of all Class Members.  All motions filed by Class Counsel will be available on the website after the hearing. You may appear at the hearing, at your own expense, but you do not need to.  You may also hire your own lawyer, at your own expense.

***This is only a summary***. More details about the Proposed Settlement and instructions on how to object or exclude yourself are available at **URLtbd.com** or by calling **000-000-0000**.

## Visit  URLtbd.com  or  Call  000-000-0000

**EXHIBIT E(4)**

**Draft press release**

Press Release
_____

# Did You Have An Interest In Land With A Diversified Energy Oil & Gas Well In WV, OH, KY, PA, VA, or TN?

### *A proposed settlement may affect your rights.*

Philadelphia, PA, Month 00, 2024 /PRNewswire/ -- The following statement is being issued by Kroll Settlement Administration regarding McEvoy v. Diversified Energy and EQT, No. 22-cv-00171-JPB (N.D.W. Va.).

A proposed settlement has been reached in a lawsuit called *McEvoy v. Diversified Energy and EQT* that alleges Diversified and EQT engaged in improper transfers of certain oil and gas wells and that Diversified wrongfully used land by failing to plug certain non-producing wells, among other things. Diversified and EQT deny any wrongdoing but have decided that it is in their best interests to settle the case in order to avoid the risk and expenses of further litigation.

### Who is included in the Settlement?
Members of the class are persons and entities that owned—from July 8, 2022 to November 4, 2024—a surface interest in land in West Virginia, Ohio, Kentucky, Pennsylvania, Virginia, or Tennessee, with a Diversified Energy oil and gas well on that land.

### What are the Settlement Benefits?
The settlement requires Diversified to plug 2,600 wells in the affected states by December 31, 2034. If you have any health, safety, or environmental concerns, you can apply for well-plugging at no cost through a Court appointed administrator. More details are on **URLtbd.com**.

### What Are your Rights & Options?
- **Do Nothing:** Be a member of the class, with the opportunity to have non-producing wells plugged over the next 10 years. Give up certain legal rights resolved by the settlement, including the right to sue Diversified until January 1, 2034, for failing to plug your well. Diversified and EQT contest that citizens have a right to bring any such lawsuit.
- **Opt Out:** You get out of the settlement and keep right to sue for claims in this case. The deadline to opt out is Month 00, 2025.
- **Opt Out:** You will not be a member of the class, and you will not release claims (to the extent they existed) **against** Diversified and EQT.  The deadline to opt out is Month 00, 2025.
- **Object**: To object, you must remain in the class and explain to the Court any specific disagreements you have with the proposed settlement.  The deadline to object is Month 00, 2025.

The Court will hold a Fairness hearing at the US District Court for the Northern District of West Virginia, 1125 Chapline Street, Wheeling, WV 26003 on **Month 00, 2025** to consider approval of the settlement, a payment up to a total of $0,000,000 for Class Counsel for attorneys' fees, plus Class Counsel's expenses, and an award of $0,000 for each Class Representative. In a Class Action Lawsuit, the Court appoints Class representatives and lawyers to work on the case and represent the interests of all Class Members. All motions filed by Class

Counsel will be available on the website before the hearing. You may appear at the hearing, at your own expense, but you do not need to. You may also hire your own lawyer, at your own expense.

***This is only a summary***. More details about the Proposed Settlement and instructions on how to object or exclude yourself are available at **URLtbd.com** or by calling **000-000-0000**.

# # #

**Source: Kroll Settlement Administration** *(Required for press release to be issued.)*

**Media Contact(s): Nancy Dolan, 781-929-2191** *or* **Sarah Shin, 310-291-9626** *(Required for press release to be issued. Not available to the general public, only to registered reporters).*

*Kroll will act as the media contact for the press release unless the client provides an alternate contact. Media contact is only available to reporters and media outlets registered with PR Newswire.*