IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

MARK MCEVOY, et al.,
individually and on behalf of a proposed class,

    Plaintiffs,

v.

Civil Action No. 5:22-cv-171
The Honorable John P. Bailey

DIVERSIFIED ENERGY COMPANY PLC, et al.,

    Defendants.

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES,
COSTS, AND SERVICE AWARDS**

For the reasons stated in the accompanying memorandum, Plaintiffs respectfully request the Court award (1) attorneys' fees of $4,354,836, (2) litigation costs of $1,945,164, and (3) service awards of $3,000 each to Mark McEvoy, James Tawney, Susan Tawney, Samuel Stark, Susan Dennison, Mark Goff, Carol DelRosso, George DelRosso, Benjamin Patterson, Chad Silvester, Clinton and Candace Drainer Irrevocable Trust, Eben Fritts, Heidi Deem, Jeffrey L. Saltis, Kellie D. Saltis, Lane Evans, Minerva Evans, Maynard Tanner, Jennifer Tanner, Joan Medley, Jacob Collette, Regina Collette, Scott Corcoran, Kathy Johnson, Christine Cochran, Bonnie Garrett, Colleen Gladwell, Michael Philips, Loren Smith, Bruce Perrone, Susan Leffler, and Norman Googel.

Dated: January 10, 2025

Respectfully submitted,

*/s John W. Barrett*
John W. Barrett (WVSB No. 7289)
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, West Virginia 25301
(304) 345-6555 (phone)
(304) 342-1110 (fax)
jbarrett@baileyglasser.com

Amanda Demmerle (WVSB No. 13930)
J. Michael Becher (WVSB No. 10588)
APPALACHIAN MOUNTAIN ADVOCATES
P.O. Box 507
Lewisburg, WV 24901
(304) 645-9006
ademmerle@appalmad.org
mbecher@appalmad.org

*Attorneys for Plaintiffs and Proposed Class*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF WEST VIRGINIA
# AT WHEELING

MARK MCEVOY, et al.,
individually and on behalf of a proposed class,

    Plaintiffs,

v.

Civil Action No. 5:22-cv-171
The Honorable John P. Bailey

DIVERSIFIED ENERGY COMPANY PLC, et al.,

    Defendants.

## CERTIFICATE OF SERVICE

I, John Barrett, certify that on January 10, 2025, a true and correct copy of **PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS** using CM/ECF, the Court's electronic notification system, which provided notice to all counsel of record.

                      */s John W. Barrett*
                      John W. Barrett (WVSB No. 7289)