# EXHIBIT B
# DECLARATION OF AMANDA DEMMERLE

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

MARK MCEVOY, et al., individually and
on behalf of a proposed class,

                Plaintiffs,

v.                                            CIVIL ACTION NO. 5:22-cv-171
                                              Honorable Judge John P. Bailey

DIVERSIFIED ENERGY COMPANY PLC,
et al.,

                Defendants.

**DECLARATION OF AMANDA DEMMERLE**

I, Amanda Demmerle, state and affirm that the following is true:

1) I am an attorney for Appalachian Mountain Advocates working for Plaintiffs in the above-styled civil action.

2) I have been integrally involved in this case since October 2022.

3) I have reviewed tens of thousands of documents produced in discovery, including the consent order agreements Diversified had with the States involved in this settlement.

4) Based on my knowledge of these documents and agreements, at the time the parties reached settlement, it was my understanding that Diversified was only obligated to plug 580 wells in West Virginia, Pennsylvania, Ohio, and Kentucky over a ten-year period.

5) This number of 580 wells is based on the consent order agreements available to me that had been produced by Diversified in discovery, which showed that Diversified was only obligated to plug 20 wells in West Virginia, Pennsylvania, Kentucky, and Ohio until the end of the agreements, and both the Kentucky and Ohio agreements end before the ten-year period.

6) I shared how I came up with the number of 580 wells with defense counsel around the time of settlement, and they did not object.

7) I was tasked with determining how many wells Diversified was currently obligated to plug under the consent order agreements in order to determine the value of the settlement above those obligations.

I swear, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

_[signature]_

Date: January 10, 2024

2