# EXHIBIT C
# DECLARATION OF
# J. MICHAEL BECHER

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF WEST VIRGINIA**

**WHEELING**

MARK MCEVOY, et al.,
individually and on behalf of a proposed class,

      Plaintiffs,

                                      Civil Action No. 5:22-cv-171
v.                                  The Honorable John P. Bailey

DIVERSIFIED ENERGY COMPANY PLC, et al.,

      Defendants.

**DECLARATION OF J. MICHAEL BECHER IN SUPPORT OF**
**MOTION FOR ATTORNEYS' FEES AND COSTS**

J. Michael Becher, affirm and state as follows:

      1.      I am supplying this declaration regarding my and my firm's qualifications and the

hours expended during the litigation of the instant action for the purposes of a lodestar

calculation or cross-check by the court.

      2.      Appalachian Mountain Advocates is a non-profit law firm, specializing in the

natural resource litigation in and around the Appalachian region. During the course of this

litigation Appalachian Mountain Advocates drew on the work and experience of seven separate

attorneys. I was tasked with the overall management of this litigation for Appalachian Mountain

Advocates and was involved in nearly every aspect of the case to some degree. This included the

initial development of factual and legal theories, guiding the overall strategy for the case,

authoring and/or editing legal briefs and other documents, reviewing discovery documents,

coordinating with co-counsel, arguing motions, developing expert testimony, taking factual

depositions, and defending expert depositions. This level of involvement in the litigation enables

me to describe the involvement of the Appalachian Mountain Advocates attorneys in this case,

the hours expended and the qualifications of our attorneys.

3.        Appalachian Mountain Advocates devoted an extraordinary amount of effort to

this case.  During litigation we drew on the time and experience of seven attorneys, many of

whom devoted a majority of their practice to the litigation of this matter during the pendency of

litigation.  This was an unprecedented outlay of resources for our firm, which consists of nine

attorneys and one support staffer.  Given the novel legal issues and factual complexity of the case

and the aggressive defense by highly competent counsel, it has presented extraordinary risks, as

outlined in the memorandum in support of this motion.

4.        Each of the Appalachian Mountain Advocates attorneys have provided me with

detailed fee records for their work. I have reviewed the hours submitted and spoken with each

individual to ensure that the hours reported, qualifications and responsibilities described, and

rates requested are well-founded and reasonable. From this work I have determined that we spent

at least 9,304.5 hours in attorney time on this case.

5.        The hourly rates I used in calculating our lodestar are reasonable and

commensurate with the rates we typically charge in our practice for complex litigation.

6.        At these rates we have incurred $3,486,574 in attorneys' fees.

7.        This does not include the extensive work that is often required in seeing a class

action settlement though final approval (including any appeals), or in carrying out ongoing

obligations to class members.

8.      The team from Appalachian Mountain Advocates was well-qualified to conduct the work necessary to see this matter through settlement. A description of each team member's qualifications and responsibilities in this matter is described below.

**J. Michael Becher**

9.      I, J. Michael Becher graduated from Denison University with a Bachelor of Science in Biology, *summa cum laude*, in 2002. In August 2004, I began law school at the University of Cincinnati College of Law. In addition to my academic studies, I served as president of the Public Interest Law Group, on the editorial board of both the Human Rights Quarterly and University of Cincinnati Law Review, and a founding member of the Environmental Law Group. I graduated from the College of Law in May 2007, *summa cum laude,* and was inducted into the Order of the Coif. After graduation, I clerked for three years with U.S. District Court Judge Robert C. Chambers in Huntington, West Virginia. I began at Appalachian Mountain Advocates in 2010 and was promoted to "Senior Attorney" in 2017. My practice is focused on the litigation of natural resource and energy issues in the central Appalachian region. I have served as counsel in more than 50 cases in federal court as well as more than three dozen cases before administrative hearing panels such as the West Virginia Environmental Quality Board, Pennsylvania Environmental Hearing Board, and West Viriginia Public Service Commission. These cases, both federal and administrative, are nearly all factually and legally complex and typically require extensive use of expert testimony. I have participated in panels and presentations on natural resource law including the Public Interest Environmental Law Conference in Eugene, Oregon, the Pennsylvania Environmental Law Forum, and the Appalachian Public Interest Environmental Law Forum. I have served as a guest lecturer for college courses at the University of Delaware and at West Virginia University.

10.    As described in paragraph 2 above, I was involved in nearly every aspect of this case for Appalachian Mountain Advocates and was responsible for overall management of litigation for the team.

**Amanda Demmerle**

11.    Amanda Demmerle Mrs. Demmerle has been integrally involved in this case, including leading document review of the hundreds of thousands of documents produced in discovery, participating in most of the offensive trial depositions in this case, developing expert testimony, drafting various motions and briefs, attending hearings, and participating in mediations and meet and confers with opposing counsel. Beginning in April 2023, as a result of the number of issues that arose in this matter, Mrs. Demmerle also kept a running list of discrete tasks which needed to be completed within a defied timeframe. This task list was initially updated weekly and later daily as litigation progressed. As such, Mrs. Demmerle was an invaluable asset in managing the litigation, in addition to her other contributions to the case. Mrs. Demmerle devoted most of her practice, since joining Appalachian Mountain advocates in the fall of 2022, to this litigation.

12.    Mrs. Demmerle is a graduate of the University of Virginia, with Bachelor of Art degrees in Environmental Science and Environmental Thought and Practice. Ms. Demmerle then graduated first in her class from the West Virginia University College of Law, where she served as the Senior Managing Editor of the West Virginia Law Review and earned the 2020 Burton Distinguished Writing Award for Law Schools for her published law review note. While at law school, Mrs. Demmerle focused her studies on environmental and energy law, receiving an Energy and Sustainable Development Law Concentration. After graduation, Mrs. Demmerle clerked for the Honorable Robert B. King of the U.S. Court of Appeals for the Fourth Circuit and

the Honorable Frank W. Volk of the U.S. District Court for the Southern District of West Virginia, furthering her legal writing and analysis skills and participating in multiple multi-day trials. Mrs. Demmerle joined Appalachian Mountain Advocates at the end of her clerkship for Judge Volk in the fall of 2022.

**Benjamin Luckett**

13.     Benjamin Luckett participated heavily in the development of legal theories for this litigation. After the filing of the action Mr. Luckett focused primarily on the investigation and recruitment of clients, as well as on authorship of briefs on dispositive motions such as responses to motions to dismiss and judgments on the pleadings. Mr. Luckett was in charge of arguing those motions as well. In addition, Mr. Luckett was co-author of briefs submitted on appeal and contributed research and writing to numerous other briefs ranging from discovery motions to class certification issues.

14.     Mr. Luckett graduated from Lewis and Clark Law School in May 2010, *summa cum laude*, with a certificate in environmental law. Upon graduation, Mr. Luckett received the Williamson Public Interest Environmental Law Award, given to one student in each graduating class who has demonstrated commitment, vision, leadership, and creativity in the field of public interest environmental law. In addition to his studies, Mr. Luckett served as student director of the Northwest Environmental Defense Center, served on the board of the Public Interest Law Project, served on the editorial board of *Environmental Law*, the nation's oldest law review dedicated solely to environmental issues, and competed in and won the Jeffrey G. Miller National Environmental Law Moot Court Competition.  After graduation, Mr. Luckett began work as a staff attorney with the Appalachian Center for the Economy and the Environment (now Appalachian Mountain Advocates) litigating natural resource and energy cases in the United

States District Courts across Appalachia as well as the Courts of Appeals for the Fourth Circuit,

Sixth Circuit, Ninth Circuit, and District of Columbia Circuit. In the course of his work for

Appalachian Mountain Advocates, Mr. Luckett—now a Senior Attorney with the firm has

litigated at least 50 cases in federal court and has argued several times before Circuit Courts of

Appeal.

**Isak Howell**

15.    Isak Howell worked on this case for Appalachian Mountain Advocates until May

1, 2023, at which time he continued to work on the matter for Bailey and Glasser. Mr. Howell

assisted with legal research and development of this action. After filing of the Complaint, Mr.

Howell focused his work on identification and recruitment of plaintiffs and defensive discovery.

Mr. Howell was responsible for client communications throughout the case, including gathering

and reviewing Plaintiffs' documents for disclosures.  I have only included the hours in which Mr.

Howell worked prior to May 1, 2023, to calculate the value of his time for the lodestar

calculation. I understand that time he incurred after that will be reflected in the Declaration of

John Barrett.

16.    Isak Howell graduated from the University of Virginia School of Law in 2007,

where he was a member of the Order of the Coif. He focused on environmental law, served as

Managing Editor of the Virginia Environmental Law Review, and was an officer in the Virginia

Environmental Law Forum. After graduation, he served as law clerk to the Honorable Samuel G.

Wilson of the U.S. District Court for the Western District of Virginia, participating in criminal

trials, civil trials, and appellate work when Judge Wilson sat by designation at the U.S. Court of

Appeals for the Fourth Circuit. Mr. Howell worked as a civil litigation associate for two years

before establishing his own practice and a contract relationship with Appalachian Mountain

Advocates. In his own practice, he focuses on environmental, property, and nonprofit matters. He is licensed to practice in Virginia and West Virginia, and has been lead counsel at trials and appellate hearings in state and federal courts.

**Claire Horan**

17.     Claire Horan contributed to numerous aspects of the litigation including document review, defensive discovery, preparing for and defending depositions of Representative Plaintiffs, and the development of expert testimony.  Ms. Horan also helped prepare for offensive depositions and took the deposition of Diversified's Reserve Engineer, Trevor Mallernee.

18.     Claire Horan graduated *summa cum laude* from Cornell University in 2007 with a double major in Evolutionary Biology and Ecology and English. After a career in education, she enrolled at Harvard Law School in 2015 and received her law degree *cum laude* in May 2018. While at Harvard she was the Editor-in-Chief for the Harvard Environmental Law Review, was recognized as a Dean's Scholar, and received the Barron Fellowship for Public Interest Environmental Law, and the Chayes International Public Service Fellowship. She was also recognized for contributing more than 1,000 hours of pro-bono legal work during her law school tenure. After receiving her degree, Ms. Horan clerked for The Honorable Travis R. McDonough of the United States District Court for the Eastern District of Tennessee.  She then served as an associate attorney at the Southern Environmental Law Center where she focused on energy and natural gas litigation.  Ms. Horan joined Appalachian Mountain Advocates in June of 2023.

**Elizabeth Bower**

19.     Elizabeth Bower graduated from the University of Vermont Law School in 2017. After clerking for a year for Justice Susan M. Carney on the Alaska Supreme Court of Appeals,

she joined Appalachian Mountain Advocates in 2019 and worked with the firm until the summer

of 2024. Ms. Bower's role in this litigation was limited to assistance with document review.

**Joseph Lovett**

20.      Joseph Lovett founded Appalachian Mountain Advocates in 2001 and has served

as Executive Director and a lead attorney at the organization ever since. He has litigated scores

of complicated natural resource and energy cases with a focus on litigation in federal courts for

over 25 years and worked with dozens of experts. Mr. Lovett graduated from law school at the

University of Pennsylvania in 1995. For two years thereafter he served as a law clerk for the

Honorable Charles H. Haden II. His work has resulted in hundreds of millions of dollars in

pollution treatment installed by Defendants.

21.      During the course of this litigation, Mr. Lovett was primarily responsible for the

overall strategy of litigation for Appalachian Mountain Advocates and, as executive director,

managing the workload and division of labor for the firm's attorneys contributing to the case. To

fulfill these responsibilities Mr. Lovett was regularly consulted on the progress of litigation,

reviewed key documents and factual developments, participated in expert strategy sessions, and

reviewed major filings.  Mr. Lovett was also responsible for developing and evaluating

settlement proposals and negotiations of settlement terms.


Executed:  January 10, 2025                                  Respectfully submitted,

                                                             _____
                                                             J. Michael Becher
                                                             W.Va. Bar No. 10588
                                                             Appalachian Mountain Advocates