IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

MARK MCEVOY, et al.,
individually and on behalf of a proposed class,

    Plaintiffs,

v.

                      Civil Action No. 5:22-cv-171
                      The Honorable John P. Bailey

DIVERSIFIED ENERGY COMPANY PLC, et al.,

    Defendants.

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to the Court's Order for Preliminary Approval (ECF No. 688) Plaintiffs now file this Motion for Final Approval of Class Action Settlement. Since the time of preliminary approval, the Class Notice Agent has provided notice to class members through direct mailing, newspapers, internet advertisements, and press release. Only a relatively small portion of the potential class members have opted out. The upcoming objection deadline is March 17th, and Plaintiffs' will respond to any objections by March 26th, prior to the issuance of the final order.

One minor change to the class definition has been requested by the U.S. Department of the Interior. As such Plaintiffs now request that the class definition reach as follows:

The proposed Settlement Class definition is as follows:

All persons and entities that own or lease any right, title, or interest in the surface of any piece or parcel of land in West Virginia, Ohio, Kentucky, Pennsylvania, Virginia, or Tennessee that have had a Diversified Well on said piece or parcel at any time between the date of the first complaint in the Action (July 8, 2022) and the date of the signing of the Settlement Agreement (November 4, 2024), including their predecessors, executors, administrators, heirs, assigns, related parties or persons, tenants, and successors.

The Settlement Class now excludes (a) Defendants, any entity or division in which Defendants

have a controlling interest, and their legal representatives, officers, directors, employees, assigns and successors; (b) the judge to whom this case is assigned, the judge's staff, and any member of the judge's immediate family, (c) all employees of the law firms representing Plaintiffs and the Settlement Class Members, and (d) any federal, state, or local governmental entity and (e) <u>any Indian Tribe as defined at 30 U.S.C. § 1702(4) or Indian allottee as defined at 30 U.S.C. § 1702(2)</u>.

The notice requirements have now been met in accordance with this Court's Order, and the Federal Rules of Civil Procedure. Class certification complies with requirements of ascertainability and the requirements of Rule 23(b)(3). The settlement is fair, reasonable, and adequate. As such, and as more fully described in the accompanying memorandum, Plaintiffs respectfully request that the Court grant final approval of the proposed class action settlement after objections and responses and the scheduled hearing on April 11, 2025.

Dated: February 24, 2025

Respectfully submitted,

*/s John W. Barrett*
John W. Barrett (WVSB No. 7289)
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, West Virginia 25301
(304) 345-6555 (phone)
(304) 342-1110 (fax)
jbarrett@baileyglasser.com

Amanda Demmerle (WVSB No. 13930)
J. Michael Becher (WVSB No. 10588)
APPALACHIAN MOUNTAIN ADVOCATES
P.O. Box 507
Lewisburg, WV 24901
(304) 645-9006
ademmerle@appalmad.org
mbecher@appalmad.org

*Attorneys for Plaintiffs and Proposed Class*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

MARK MCEVOY, et al.,
individually and on behalf of a proposed class,

    Plaintiffs,

    v.

Civil Action No. 5:22-cv-171
The Honorable John P. Bailey

DIVERSIFIED ENERGY COMPANY PLC, et al.,

    Defendants.

## CERTIFICATE OF SERVICE

I, John Barrett, certify that on February 24, 2025, a true and correct copy of **PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** using CM/ECF, the Court's electronic notification system, which provided notice to all counsel of record.

*/s John W. Barrett*
John W. Barrett (WVSB No. 7289)