# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# Wheeling

**MARK McEVOY**, *et al.*,

        Plaintiffs,

v.                               **Civil Action No. 5:22-CV-171**
                                                   Judge Bailey

**DIVERSIFIED ENERGY COMPANY PLC**,
*et al.*,

        Defendants.

## **ORDER**

For reasons appearing to the Court, the Final Approval Hearing is **RESCHEDULED** for **April 7, 2025, at 11:00 a.m.**

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: March 13, 2025.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE