UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING

MARK MCEVOY, et al., individually and
on behalf of a proposed class,

                    Plaintiffs,

v.                                          CIVIL ACTION NO. 5:22-cv-171
                                           Honorable Judge John P. Bailey

DIVERSIFIED ENERGY COMPANY PLC,
et al.,

                    Defendants.

## NOTICE OF FILING CORRECTED EXHIBIT

      With apologies for the error, Plaintiffs hereby submit a corrected Exhibit F to the Declaration of Cecily G. Uhlfelder of Kroll Settlement Administration LLC in Connection with Final Approval of Settlement, which was attached as Exhibit 1 to Plaintiffs' Submission (1) Notifying the Court That No Objections to the Proposed Settlement Have Been Lodged, (2) Filing the Notice and Opt-Out Declaration of the Class Notice Agent, and (3) Providing Final Approval Orders (ECF No. 702).

      The corrected Exhibit F is a complete list of opt-outs, and adds eight entities inadvertently omitted from the previously filed exhibit.

      Additionally, Plaintiffs also request that this list replace the Exhibit A attached to the Final Approval Order, ECF No. 699.

Dated: March 28, 2025                              Respectfully submitted,

                                                         */s/ John W. Barrett*
                                                         John W. Barrett, Esq. (WVSB No. 7289)
                                                         Brian A. Glasser, Esq. (WVSB No. 6597)
                                                         Brian R. Swiger (WVSB No. 5872)
                                                         Athanasios Basdekis (WVSB No. 9832)

        BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, West Virginia 25301
(304) 345-6555 (phone)
(304) 342-1110 (fax)
bglasser@baileyglasser.com
jbarrett@baileyglasser.com
bswiger@baileyglasser.com
tbasdekis@baileyglasser.com

J. Michael Becher (WVSB No. 10588)
Joseph M. Lovett (WVSB No. 6926)
Isak Howell (WVSB No. 11558)
Benjamin Luckett (WVSB No. 11463)
Amanda Demmerle (WVSB No. 13930)
Claire Horan (admitted *pro hac vice*)
APPALACHIAN MOUNTAIN
ADVOCATES
P.O. Box 507
Lewisburg, WV 24901
(304) 645-9006
jlovett@appalmad.org
mbecher@appalmad.org
ihowell@appalmad.org
bluckett@appalmad.org
ademmerle@appalmad.org
choran@appalmad.org

        *Attorneys for Plaintiffs and Proposed Class*

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING

MARK MCEVOY, et al., individually and
on behalf of a proposed class,

               Plaintiffs,

v.                                                  CIVIL ACTION NO. 5:22-cv-171
                                                  Honorable Judge John P. Bailey

DIVERSIFIED ENERGY COMPANY PLC,
et al.,

               Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28TH day of March 2025, a copy of **NOTICE OF FILING CORRECTED EXHIBIT** was filed using CM/ECF, the Court's electronic notification system, which provided notice to all counsel of record.

                                                  */s/ John W. Barrett*
                                                  John W. Barrett, Esq. (WVSB No. 7289)